1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

ATTACHMATE CORPORATION, a
Washington corporation,

11

Plaintiff,

12

v.

13

CELCOM AXIATA BERHAD, f.k.a.
CELCOM (MALAYSIA) BERHAD, a Foreign
corporation,

14
15

Defendant.

16

Case No.:

COMPLAINT

JURY DEMAND

17
18

Plaintiff Attachmate Corporation, for its Complaint, alleges as follows:

19

**I. PARTIES**

20

1.    Plaintiff Attachmate Corporation is a Washington corporation with its principal

21

place of business in Seattle, Washington.

22

2.    Defendant Celcom Axiata Berhad, formerly known as Celcom (Malaysia) Berhad,

23

is a company doing business worldwide with its principal place of business in Kuala Lumpur,

24

Malaysia.

25

**II. JURISDICTION AND VENUE**

26

3.    This civil action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.*, and

27

Washington common law.  This Court has jurisdiction over the subject matter of this Complaint

COMPLAINT
43392-616 \ 480829.doc

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  pursuant to 28 U.S.C. § 1331 and § 1338(a) and supplemental jurisdiction over the Washington

2  State claims under 28 U.S.C. § 1367. This Court also has jurisdiction over this case under 28

3  U.S.C. § 1332 in that there is diversity of citizenship between the parties and the amount in

4  controversy exceeds $75,000.

5      4.     This Court has jurisdiction over the Defendant pursuant to RCW 4.28.185, as

6  Defendant has committed tortious acts within this state, and this action concerns the ownership,

7  use and possession of property situated in this state. This Court also has jurisdiction over the

8  Defendant because Defendant transacts business in Washington state.

9      5.     Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) & (c) and

10  § 1400(a) as a substantial part of the events giving rise to Plaintiff's claims occurred in this

11  district, and a substantial part of the property that is the subject of this action is situated in this

12  district.

13                                        **III. FACTS**

14      6.     Plaintiff Attachmate Corporation, which merged with WRQ, Inc. in 2005, is a

15  leader in multi-host access, integration, and security management software, serves over 60,000

16  customers in nearly 60 countries worldwide, and has been doing business since 1980.

17      7.     Plaintiff has developed and distributed a variety of software products and

18  continues to develop and distribute various software products. One such family of software

19  products is the **Reflection** family of products (hereafter "Attachmate Products").

20      8.     The Attachmate Products are "terminal emulator" products. This technology

21  replaces the need for classic "dumb terminals." So-called "dumb terminals" provided a direct

22  connection to host systems, but offered no other functionality. For example, an older model of a

23  cash register would be considered a "dumb terminal" that allowed only direct payment

24  transactions, while more extensive account management functionality would be handled using a

25  personal computer ("PC") or mainframe computer.

26      9.     Emulation renders "dumb terminals" unnecessary by allowing users to access

27  information on a host system from a PC. For example, the Attachmate Products can be used by

COMPLAINT

43392-616 · 480829.doc              -2-

STOKES LAWRENCE, P.S.
500 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  clients to allow their employees to access their host applications and perform mission critical

2  functions, such as accessing accounts payable information and manufacturing information.

3      10.    Customers can license and obtain Plaintiff's software products through Plaintiff's

4  sales representatives or through authorized reseller representatives.

5      11.    Plaintiff's website and the Attachmate Products themselves each feature a

6  prominent copyright notice.

7      12.    Plaintiff has expended considerable effort and expense in developing and

8  promoting the Attachmate Products.

9      13.    As a result of Plaintiff's extensive efforts, the Attachmate Products are valuable,

10  proprietary products.

11      14.    The Attachmate Products contain material wholly original to Plaintiff and are

12  copyrightable subject matter under the Copyright Act of 1976.

13      15.    Plaintiff owns, among others, the following Copyright Registrations:  TX 6-201-

14  107; TX 5-104-609; TX 5-425-462; TX 5-852-650; TX 7-051-863.  True and correct copies of

15  these Copyright Registrations are attached as Exhibit A.

16      16.    Ownership rights to the Attachmate Products that originally belonged to WRQ,

17  Inc. were assigned from WRQ, Inc. to Attachmate Corporation in 2005.  Such assignment was

18  duly recorded in the U.S. Copyright Office.

19      17.    Defendant does business in Washington state by virtue of its roaming contracts

20  with T-Mobile USA, headquartered in Bellevue, Washington.  Upon information and belief,

21  Defendant also has a business alliance with Vodafone Group, an owner of Verizon Wireless.

22      18.    Defendant provides its cellular telephone customers "absolute coverage" in the

23  U.S., which includes providing cellular telephone service to its customers when they are in the

24  State of Washington.

25      19.    Defendant actively engaged Plaintiff by entering into license agreements with

26  Plaintiff; Defendant licensed from Plaintiff the right to install single-user desktop copies of

27  several types and versions of Attachmate Products.

COMPLAINT

43392-616 \ 480829.doc                    -3-

STOKES LAWRENCE, P.S.
500 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

20.     Defendant has not licensed any Attachmate Products for "concurrent use," which would allow multiple users or multiple desktop computers to install, use, access, display, run or otherwise interact with the Attachmate Product under a concurrent license.

21.     Defendant was provided with paper and electronic copies of Plaintiff's applicable End User License Agreement ("EULA") for each Attachmate Product. Defendant received and agreed to the EULAs when it installed the Attachmate products. Representative copies of the EULAs for the Attachmate Products at issue in this Complaint are attached hereto as Exhibits B-1 through B-5.

22.     Each EULA includes the address of Plaintiff's headquarters in Washington state and encourages Defendant to contact Plaintiff at the Washington address with questions.

23.     The EULAs grant the Defendant the right to install, use, access, display, run or otherwise interact with one copy of the Attachmate Product on a single personal computer per license purchased and require that any further use or installation of the Attachmate Product may be accomplished only if the Defendant has purchased a separate license for each computing device that has the Attachmate Product installed or has the ability to access or use the Attachmate Product.

24.     According to the explicit terms of the EULAs, Defendant may not install, use, access, display, run or otherwise interact with versions of the Attachmate Products for which it has no license.

25.     The EULAs prohibit Defendant from sharing or using the software concurrently on different computers and prohibit installation on a network server.

26.     The EULAs require Defendant to implement internal safeguards to prevent any unauthorized copying, unauthorized distribution, or unauthorized use of the Attachmate Products. They also provide Plaintiff with the right to request an installation report from Defendant or to conduct a third-party audit of the Attachmate Products installed on Defendant's systems.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

27.    Along with the EULAs, Defendant entered into maintenance support plans with Plaintiff, in which it agreed to pay for maintenance services for some Attachmate Products.

28.    Pursuant to the EULAs, Plaintiff requested a third-party audit of Attachmate Products installed on Defendant's computers and systems.  The audit by KPMG occurred on March 3, 2009.

29.    The audit revealed widespread over-installation and misuse of the following Attachmate Products:  Reflection Suite for X, v. 6.60; Reflection Suite for X, v. 7.60; Reflection Suite for X, v. 7.70;  Reflection X, v. 6.10; Reflection X, v. 9.00; and Reflection X, v. 11.00.

30.    Defendant has exceeded the scope of any applicable licenses from Plaintiff, and has installed, used, allowed access to, displayed, run or otherwise interacted with excess copies of Attachmate Products, as well as unlicensed versions of Attachmate Products.  In fact, the audit showed that Defendant has, on thousands of occasions, installed, used, allowed access to, displayed, run or otherwise interacted with Attachmate Products for which Defendant has never purchased a single license.

31.    The audit also revealed that Defendant allowed hundreds of computing devices to access the Attachmate Software through a network server or a Citrix server without complying with requirements in the EULAs.  Upon information and belief, Defendant has otherwise made unauthorized reproductions and unauthorized use of Plaintiff's Attachmate Products.

32.    Upon information and belief, Defendant failed to implement internal controls on copying, distribution, accessibility, use or interaction with the Attachmate Products and has failed to install an appropriate software metering package.

33.    Notwithstanding the unauthorized reproduction, installation, access to and use of Plaintiff's software products, Defendant has refused to pay license and maintenance fees to bring its use and installation of Attachmate Products into compliance with Plaintiff's license requirements and other contractual requirements.

34.    Since 1997 and continuing to the present, Defendant has purchased software products from Plaintiff, a Washington corporation, and has continued to use the Attachmate

COMPLAINT

43392-616 \ 480829.doc                                                    -5-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1   Products and has continued to avail itself of the benefit of Plaintiff's copyrighted works and

2   Plaintiff's contractual promises.

3       35.     Defendant's ongoing infringement of Plaintiff's copyrights and breaches of the

4   EULA's injured and continues to injure Plaintiff in Washington where Plaintiff has its principal

5   place of business.

6       36.     Defendant's activities were taken willfully and in bad faith.

7                                   **IV. CLAIMS**

8                                   **FIRST CLAIM**
                                **COPYRIGHT INFRINGEMENT**

9

10      37.     Plaintiff realleges and incorporates by reference the allegations contained in the
    paragraphs above as if fully set forth herein.

11

12      38.     Plaintiff is the owner of copyrights in and to the Attachmate Products, and it is
    entitled to bring an action for copyright infringement pursuant to 17 U.S.C. § 101, *et seq.*

13

14      39.     Defendant's installation of the Attachmate Products exceeds the scope of the
    EULAs to Defendant and infringes and continues to infringe Plaintiff's exclusive rights granted

15  by 17 U.S.C. § 106.

16      40.     Defendant has knowingly, willfully and deliberately infringed Plaintiff's

17  copyrights in the Attachmate Products and continues to do so.

18      41.     Plaintiff has suffered and is continuing to suffer damages as a result of

19  Defendant's aforesaid acts, in an amount to be proven at trial.

20      42.     Plaintiff's remedy at law is not itself adequate to compensate Plaintiff for injuries

21  inflicted and threatened by Defendant.

22                                  **SECOND CLAIM**
                        **BREACH OF EXPRESS AND IMPLIED CONTRACT**

23

24      43.     Plaintiff realleges and incorporates by reference the allegations contained in the

25  paragraphs 1- 36, above, as if fully set forth herein.

26      44.     Defendant's licenses from Plaintiff of Attachmate Products are governed by the

27  EULAs.  The EULAs are valid, enforceable contracts.

COMPLAINT

43392-616 \ 480829.doc                    -6-

STOKES LAWRENCE, P.S.
560 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 624-6000

45.    The EULAs and other contractual agreements between the parties create rights based upon the parties' contractual promises and not existing under copyright law.

46.    Defendant has breached and continues to breach the EULAs by installing, using, allowing access to, displaying, running and otherwise interacting with unlicensed copies of the Attachmate Products.

47.    Defendant has breached and continues to breach the EULAs by failing to pay Plaintiff the required license fees for all copies used, installed, allowed access to, displayed, run or otherwise interacted with, as required by the EULAs.

48.    Defendant has breached and continues to breach the EULAs by improperly making the Attachmate Products available to unlicensed desktops on a shared or concurrent basis, or through a network server, including a Citrix server.

49.    Defendant has breached and continues to breach the EULAs by failing to monitor or implement controls on installation, usage, access to, display, running or otherwise interacting with, the Attachmate Products.

50.    Defendant has breached and continues to breach its contractual agreements by failing to pay maintenance fees.

51.    As a direct and proximate result of these and other express and implied breaches of the EULAs, Plaintiff has suffered and is continuing to suffer damages, in an amount to be determined at trial.

52.    Plaintiff's remedy at law is not itself adequate to compensate Plaintiff for injuries inflicted and threatened by Defendant.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1.    For judgment in favor of Plaintiff Attachmate Corporation and against Defendant Celcom Axiata Herhad, f.k.a. Celcom (Malaysia) Berhad on all causes of action;

2.    For a preliminary and permanent injunction

COMPLAINT
43392-616  480829.doc

-7-

1        (a)      enjoining and restraining Defendant, its officers, directors, agents, employees, representatives, and all persons acting in concert with them from engaging in further such acts of copyright infringement and/or breach of contract; and

        (b)      requiring Defendant to produce for deposition by Plaintiff, within twenty (20) days following the Court's Order, a corporate representative to testify and be deposed on the subjects of Defendant's compliance or noncompliance with its licenses with Plaintiff, including without limitation Defendant's installation, de-installation, deployment, use and reproduction of the Attachmate Products;

3.      For an award of Plaintiff's actual damages, including but not limited to lost product licensing fees and maintenance fees, and an award of all profits received, directly or indirectly, by Defendant in connection with its breach of contract and each infringement pursuant to the common law and/or 17 U.S.C. § 504(b);

4.      For an award of statutory damages in the maximum amount permitted by law pursuant to 17 U.S.C. § 504(c), based on Defendant's willful infringement;

5.      For an award of Plaintiff's costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505, the EULAs or any other basis permitted by law and the equity powers of the Court;

6.      For an award of prejudgment and post-judgment interest on all applicable amounts; and

7.      That Plaintiff be awarded such other and further relief as the Court may deem equitable and proper.

## JURY DEMAND

Plaintiff requests a jury trial on all issues so triable.

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1    DATED this 26th day of March, 2010.

2                                    STOKES LAWRENCE, P.S.

3

4                                    By: /s/ Justo G. Gonzalez
                                         Leslie C. Ruiter (WSBA #28090)
5                                        Shelley M. Hall (WSBA #28586)
                                         Justo G. Gonzalez (WSBA #39127)
6
                                     Attorneys for Plaintiff Attachmate Corporation
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT

43392-616  480829.doc                      -9-                    STOKES LAWRENCE, P.S.
                                                                 500 FIFTH AVENUE, SUITE 4000
                                                                 SEATTLE, WASHINGTON 98104-3179
                                                                      (206) 626-6000

EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST

TX 6-201-107

EFFECTIVE DATE OF REGISTRATION

Month Dec    Day 01    Year 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Reflection X version 7.0 for Windows 95, Windows 98 and Windows NT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**a**   **NAME OF AUTHOR ▼**
WRQ, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program, excluding source code licensed from third parties

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year in all cases.

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month June    Day 26    Year 1998
United States    ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WRQ, Inc.; 1500 Dexter Ave. N.
Seattle, WA 98109

APPLICATION RECEIVED
Dec 2, 2005
Dec 21, 2004

ONE DEPOSIT RECEIVED
Dec. 21. 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXAMINED BY _Auo/KMA_    FORM TX

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼    **a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**

**6**
See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **a**

Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼    **b**

Candy Marshall; WRQ, Inc.
1500 Dexter Ave. N.
Seattle, WA 98109

Area code and daytime telephone number ▶ 206-217-7788    Fax number ▶ 206-272-1508

Email ▶ candym@wrq.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _WRQ, Inc._

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Candy S. Marshall, General Counsel    Date▶ December 22, 2004

Handwritten signature (X) ▼

X _Candy S. Marshall_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Candy Marshall c/o WRQ, Inc.

Number/Street/Apt ▼
1500 Dexter Ave. N.

City/State/ZIP ▼
Seattle, WA 98109

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx    Web Rev: July 2003    ℗ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

OFFICIAL SEAL

Register of Copyrights
United States of America



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5 – 104 – 609



*TX0005104609*



EFFECTIVE DATE OF REGISTRATION

| 4 | 28 | 00 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1.**
TITLE OF THIS WORK ▼
REFLECTION SUITE FOR X, Version 8.0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a**
NAME OF AUTHOR ▼
WRQ, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program, manuals and packaging to extent copyrightable.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2000 ◀ Year

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 4   Year ▶ 2000
Nation U.S.A. ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WRQ, Inc.
1500 Dexter Avenue North
Seattle, WA. 98109

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 28 2000
ONE DEPOSIT RECEIVED
Apr 28 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Reflection Suite for X, version 7.0 (application pending)

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new source code added, new and improved additions to the manuals

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                   Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

WRQ, Inc.
Attn: Patricia Wiedmaier
1500 Dexter Avenue North
Seattle, WA. 98109

**b**

Area code and daytime telephone number ▶ (206) 217-7500          Fax number ▶ (206) 301-6964

Email ▶
    patw@wrq.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  WRQ, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Candy Marshall - VP - Human Resources and General Counsel          Date ▶ 04/11/00

Handwritten signature (X) ▼

X _Candy J. Marshall_

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
WRQ, Inc. (Attn: Patricia Wiedmaier)

Number/Street/Apt ▼
1500 Dexter Avenue North

City/State/ZIP ▼
Seattle, WA. 98109

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999          ⟲ PRINTED ON RECYCLED PAPER          ✮U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRA

**TX 5-425-462**

*TXu05425462*

EFFECTIVE DATE OF REGISTRATION

11    2    01
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

TITLE OF THIS WORK ▼
Reflection(r) X, version 9.0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

NAME OF AUTHOR ▼
WRQ, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program, manuals and packaging, excluding photographs, to extent copyrightable.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2001 ◀Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information    Month▶ September    Day▶ 4    Year▶ 2001
ONLY if this work has been published.                                    ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WRQ, Inc
1500 Dexter Ave. N.
Seattle, WA 98112

APPLICATION RECEIVED
NOV 0 2 2001
ONE DEPOSIT RECEIVED
NOV 0 2 2001
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page
· See detailed instructions        · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____    FORM TX

CHECKED BY

☑ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX5--104-608        Year of Registration ▶ 2000

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Reflection X, version 8.0

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New source code added, including for A/400, and improvements and additions to manual.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
WRQ, Inc., Attn. S. Leigh Fulwood
1500 Dexter Ave. N.
Seattle, WA  98109

Area code and daytime telephone number ▶                          Fax number ▶ (206)272-1388

Email ▶ leighf@wrq.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                          ☐ author
Check only one ▶                          ☐ other copyright claimant
                                          ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☑ authorized agent of  WRQ, Inc.
by me in this application are correct to the best of my knowledge.         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

S. Leigh Fulwood                                          Date ▶ October 31, 2001

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
S. Leigh Fulwood, Senior Corporate Counsel

Number/Street/Apt ▼
1500 Dexter Ave. North

City/State/ZIP ▼
Seattle, WA  98112

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order   As of
   payable to Register of Copyrights              July 1,
3. Deposit material                                 1999,
                                                    the
MAIL TO:                                            filing
Library of Congress                                 fee for
Copyright Office                                    Form TX
101 Independence Avenue, S.E.                       is $30.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—200,000          ⊕ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM TX
**For a Nondramatic Literary Work**
**UNITED STATES COPYRIGHT OFFICE**

TX 5-852-650



**EFFECTIVE DATE OF REGISTRATION**

| 12 | 16 | 03 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Reflection(r) X, Version 11.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Reflection X, Version 10.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
WRQ, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire computer program including on-line help and manual, packaging to the extent copyrightable

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ October     Day ▶ 6     Year ▶ 2003     Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
WRQ, Inc ; 1500 Dexter Ave N ; Seattle WA 98112

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

**APPLICATION RECEIVED**
DEC 16 2003
**ONE DEPOSIT RECEIVED**
DEC 16 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**     • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▶ TX5-661-365    Year of Registration ▶ 2002

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Reflection X, Version 10 0

**6**
**a**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New source code added and additional improvements to manual

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                    Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

WRQ, Inc.
1500 Dexter Ave. North
Seattle, WA  98112

**b**

Area code and daytime telephone number ▶                    Fax number ▶ (206)272-1388

Email ▶ legal@wrq.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  WRQ, Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

S. Leigh Fulwood                                    Date ▶ December 12, 2003

Handwritten signature (X) ▼

x S. Leigh Fulwood

| | |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>WRQ, Inc<br><br>Number/Street/Apt ▼<br>1500 Dexter Ave N<br><br>City/State/ZIP ▼<br>Seattle, WA  98112 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

**9**

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20,000  Web Rev June 2002  ♻ Printed on recycled paper                    U S Government Printing Office 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-051-863

**Effective date of registration:**

January 25, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Reflection X v.6.1 |
| **Previous or Alternative Title:** | prior version |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 1997 | | |
| **Date of 1st Publication:** | June 9, 1997 | **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| ■ **Author:** | Attachmate Corporation | |
| **Author Created:** | entire computer program, excluding third party source code | |
| **Work made for hire:** | Yes | |
| **Domiciled in:** | United States | |
| **Anonymous:** | No | **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Attachmate Corporation |
| | c/o Jennifer Guild, 1500 Dexter Avenue N., Seattle, WA, 98109 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Jennifer Guild |
| **Date:** | January 19, 2010 |

Registration #:    TX0007051863

Service Request #:    1-321719355

Attachmate Corporation
c/o Jennifer Guild
1500 Dexter Avenue N.
Seattle, WA 98109

EXHIBIT B-1

Case 2:10-cv-00526-MAT    Document 1    Filed 03/26/2010    Page 22 of 114

6/1997  v.6



**WRQ®** Reflection and Express Software

# END USER LICENSE AGREEMENT
# FOR REFLECTION SOFTWARE



**IMPORTANT---READ CAREFULLY BEFORE OPENING THE SOFTWARE PACKET(S):**

This WRQ End User License Agreement ("License") is a legal agreement between you (either an individual or a single entity) and WRQ, Inc. ("WRQ") for the enclosed WRQ software product, which includes computer software and may include associated media, printed materials, and "online" or electronic documentation ("Software"). By opening the software packet(s), installing, copying, or otherwise using the Software, you agree to be bound by the terms of this License. If you do not agree to the terms of this License, return the unopened packet(s) and all accompanying items to your place of purchase for a full refund.

## Software License

### 1. GRANT OF LICENSE.

If you have acquired a SINGLE USER LICENSE of the Software, WRQ grants you the following rights:

- **Single User License.** You may install and use one copy of the Software on only one computer at any one time. The Software may not be shared or used concurrently on different computers. If the Software is a bundled product containing several distinct software programs, all the software programs must be used on the same computer. The Software is "in use" when it is loaded into temporary memory (i.e., "RAM") or installed in permanent memory (e.g., hard disk, CD-ROM or other storage device) of the computer.

- **Storage/Network Use.** You may not install the Software on a network server without separate written permission from WRQ.

If you have acquired a VOLUME LICENSE of this Software, WRQ grants you the following rights:

- **Volume License.** Subject to payment of all applicable license fees, and your compliance with the terms of this License, you may make the number of copies of the Software you have purchased from WRQ or its authorized resellers. You may install and use each authorized copy of the Software only on a single computer owned and controlled by you.

- **Storage/Network Use.** You may also store or install a copy of the Software on a storage device, such as a network server. You may install or run the Software from an intranet server. However, you must acquire and dedicate a license for each separate computer on which the Software is installed or run from the server. A license for the Software may not be shared or used concurrently on different computers. An authorized user's License may be extended to include use on that individual's home computer or laptop, provided that the Software is not used simultaneously on the user's different computers. When a user is no longer authorized, you shall ensure the destruction of any such extra copy(ies).

If you have acquired a CONCURRENT LICENSE of this Software, WRQ grants you the following rights:

- **Concurrent License.** Subject to payment of all applicable license fees, and your compliance with the terms of this license, you may install the Software on a network server(s) owned and controlled by you and use it to run up to the number of concurrent sessions you have purchased from WRQ or its authorized resellers. Any computer that has access to the server is allowed to run the Software up to the license limit. As part of the installation of the Software you agree to use one of the software metering packages on the WRQ approved software metering list to ensure that you are in compliance.

2

## 2. OTHER RIGHTS AND LIMITATIONS.

- **Limitations on Reverse Engineering, Decompilation, and Disassembly.** You may not reverse engineer, decompile, disassemble or otherwise reduce the Software to a human-perceivable form, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

- **Modification.** You may not modify, or create derivative works based upon the Software or any part of the Software.

- **Rental.** You may not rent, lease, sell, sublicense, or lend the Software without prior written approval from WRQ.

- **Separation of Components.** The Software is licensed as a single product. Its component parts may not be separated for use on more than one computer.

- **Title.** WRQ reserves all rights not expressly granted under this License.

- **Software Transfer.**
  a. *Single User License.* If you have acquired a single user license, you may permanently transfer all of your rights under this License, provided you retain no copies, you transfer all of the Software (including all component parts, the media and printed materials, any upgrades, and this License), and the recipient agrees to the terms of this License. If the Software is an upgrade, any transfer must include all prior versions of the Software.
  b. *Volume/Concurrent License.* If you have acquired a volume license or concurrent license, you may not assign your rights or obligations under this License to any person or entity without the prior written consent of WRQ.

- **Back-up or Archival Purposes.** Once you install the Software on a single computer or intranet server, you may keep the original solely for backup or archival purposes.

- **Termination.** Without prejudice to any other rights, WRQ may terminate this License if you fail to comply with the terms and conditions of this License. In such event, you must immediately destroy all copies of the Software and all of its component parts or, at WRQ's direction, return them to WRQ.

## 3. AUDIT RIGHTS/INSTITUTIONAL SAFEGUARDS.

If you have acquired either a volume license or a concurrent license for the Software, WRQ or its agents shall have the right to audit your premises and systems for compliance with this License during regular business hours upon WRQ's request. Upon request by WRQ, you shall provide WRQ with written certification of the number of copies or concurrent usage of the Software.

## 4. UPGRADES.

If the Software is acquired as an upgrade, you must be properly licensed to use a product identified by WRQ as being eligible for the upgrade in order to use the Software. A Software acquired as an upgrade replaces and/or supplements the product that formed the basis for your eligibility for the upgrade. You may use the resulting upgraded product only in accordance with the terms of this License. If the Software is an upgrade of a component of a package of software programs that you licensed as a single product, the Software may be used and transferred only as part of that single product package and may not be separated for use on more than one computer. Upgrades of the Software, if obtained, must be obtained for the total of all authorized copies or concurrent sessions.

3

## 5. COPYRIGHT.

All title and copyrights in and to the Software, the accompanying printed materials, and any copies of the Software are owned by WRQ or its suppliers. All copies of the Software made by you must contain the applicable WRQ copyright notices and any other proprietary rights legends that are included in the Software as provided to you by WRQ. The Software is protected by copyright laws and international treaty provisions. You may not copy the printed materials accompanying the Software except as expressly authorized by WRQ.

## 6. DUAL-MEDIA SOFTWARE.

If you receive the Software in more than one medium, you may use only one medium that is appropriate for your single computer. You may not use or install the other medium on another computer. You may not loan, rent, lease, sell or otherwise transfer the other medium to another user, except as part of the permanent transfer (as provided above) of the Software.

## 7. LIMITED WARRANTY.

For a period of ninety (90) days from date of receipt, WRQ warrants that, when used as directed, (a) the unmodified Software will perform substantially in accordance with the accompanying written materials, and (b) any media will be free of defects. Some states and jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to you.

## 8. CUSTOMER REMEDIES.

Except as provided in Section 11, WRQ's and its suppliers' entire liability and your exclusive remedy arising from or in connection with the Software, accompanying written documentation, and/or this License shall be, at WRQ's option, either (a) return of the price paid, if any, or (b) repair or replacement of the Software that does not meet WRQ's Limited Warranty and which is returned to WRQ with a copy of your receipt. This Limited Warranty is void if failure of the Software has resulted from modification, accident, abuse, or misapplication. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. **Outside the United States, neither these remedies nor any product support services offered by WRQ are available without proof of purchase from an authorized international source.**

## 9. NO OTHER WARRANTIES.

You assume full responsibility for the selection of the Software to achieve your intended purposes, for the proper installation and use of the Software, and for verifying the results obtained from use of the Software. WRQ and its suppliers make no representation, warranty or condition that the functions contained in the Software will meet your requirements, or that the operation of the Software will be interruption- or error-free. EXCEPT AS OTHERWISE PROVIDED IN THIS LICENSE AND TO THE FULL EXTENT PERMITTED BY LAW, WRQ AND ITS SUPPLIERS EXPRESSLY DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WITH REGARD TO THE SOFTWARE. ALL WARRANTIES AND CONDITIONS SHALL TERMINATE NINETY (90) DAYS FROM THE DATE OF RECEIPT OF THE SOFTWARE BY THE ORIGINAL LICENSEE UNDER THIS LICENSE. This limited warranty gives you specific legal rights. You may have others, which vary from jurisdiction to jurisdiction.

4

## 15. ENTIRE AGREEMENT.

This License shall constitute the complete, final and exclusive statement of the terms and conditions between the parties with respect to the license of the Software, superseding all prior negotiations, agreements, and representations. Such License shall not be modified except by written consent of both parties. The terms of this License shall control any conflicting or inconsistent terms in any printed form used by the parties for convenience in performing the License. If any part of this License is held to be unenforceable, it shall not affect the enforceability of any other part. If any part of this License is held to be unenforceable as written, it shall be enforced to the maximum extent allowed by applicable law.

## 16. ALLOCATION OF RISK.

The provisions of this License, including the warranty limitations, exclusive remedies, and limitations of liability, are unrelated, independent allocations of risks between you and WRQ. Unenforceability of any such allocations shall not affect the enforceability of the other allocations. WRQ's pricing reflects the allocations of risk contained in this License.

Should you have any questions concerning this License, or if you desire to contact WRQ for any reason, please contact the WRQ representative serving your company, or write: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, USA.

6

Case 2:10-cv-00526-MAT     Document 1     Filed 03/26/2010     Page 27 of 114

7



WRQ³

Corporate Headquarters
1500 Dexter Avenue North
Seattle, WA 98109 USA
+1.206.217.7100
+1.206.217.0293 FAX
800.872.2829

S.E. Asian Headquarters
9 Temasek Boulevard #23-03
Suntec Tower 2
Singapore 038989
+65.336.3122
+65.336.5233 FAX

E-mail: info@wrq.com
www: http://www.wrq.com

European Headquarters
Buitenhof 47
2513 AH The Hague
The Netherlands
+31.70.375.11.00
+31.70.356.12.44 FAX

France, Southern Europe
+33.1.49.19.88.00
+33.1.48.16.99 FAX

Germany
+49.2102.4965.0
+49.2102.4965.65 FAX



©1997 WRQ, Inc. All rights reserved. WRQ, the WRQ logo, Reflection, Reflection Network Series, and Reflection Suite for the Enterprise are trademarks of WRQ, Inc., registered in the U.S. and other countries. Other brand and product names are the trademarks of their respective owners.
6/97 19-0044-000

EXHIBIT B-2

*END USER LICENSE AGREEMENT*

*ENDBENUTZERLIZENZVEREINBARUNG*
*BEZÜGLICH DER REFLECTION-SOFTWARE*

*CONVENTION DE DROITS D'UTILISATION*
*DU LOGICIEL « REFLECTION » DE WRQ*

ソフトウェアエンドユーザ使用許諾契約



**IMPORTANT—READ CAREFULLY**

This WRQ End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and WRQ, Inc. ("WRQ") for the enclosed WRQ software product, which includes computer software and associated documentation ("Software"). The Software also includes any updates and supplements to the original Software provided to you by WRQ. Any product provided along with the Software that is associated with a separate end-user license agreement is licensed to you under the terms of that license agreement. By installing, copying, downloading, accessing or otherwise using the Software, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not use or install the Software. If you have purchased the Software, promptly return the Software and all accompanying materials with proof of purchase to your place of purchase for a refund.

ENGLISH

---

**SOFTWARE LICENSE**

The Software is confidential and protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The Software is licensed, not sold.

1 GRANT OF LICENSE. This EULA grants you the following rights:

- You may install, use, access, display, run, or otherwise interact with ("Run") one copy of the Software on a single computer or workstation ("Computer"). You may also store or install a copy of the Software on a storage device, such as a network server(s), used only to allow your other Computers to Run the Software over an internal network. You must acquire and dedicate a license for each Computer on which the Software is Run. The primary user of the Computer on which the Software Runs may make a second copy for his or her exclusive use on a home or portable Computer. If you deploy WRQ Software to an end user by establishing a Roaming User Profile setting in Windows NT or Windows 2000, you must acquire and dedicate a license for each end user who will access the WRQ Software under a Roaming User Profile ("Roaming User"). A Roaming User who is licensed to use the Software may install and use the Software on multiple desktops, so long as the Roaming User uses only one copy of the Software at one time. You must ensure that copies of the Software for use by Roaming Users on desktops outside your control are destroyed when a Roaming User's right to use the Software is terminated.

- If you have acquired concurrent licenses for the Software, you may allow as many users to Run the Software at the same time as the number of concurrent licenses you have acquired, provided you (i) monitor, control, and (on WRQ's request) report on, concurrent usage both over a network and on individual computers; and (ii) have a valid WRQ certificate for your concurrent licenses.

* If you have acquired a Time-Limited Evaluation version of the Software, you may Run one copy of the Software on a Computer for the Evaluation Period only, solely for evaluation and test purposes and not for production use. The "Evaluation Period" extends from your first use of the Software to the earlier of (i) the date when the Time-Limited Evaluation version automatically ceases to function or (ii) sixty (60) days after your first use. At the end of the Evaluation Period, your license to Run the Time-Limited Evaluation version of the Software is automatically terminated. You may not extend the time limits of the Software in any manner. If you choose to evaluate more than one Software program provided on the media, the Evaluation Period may be different for each program.

**2** OTHER RIGHTS AND LIMITATIONS.

* LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is permitted by applicable law.

* RENTAL. You may not rent, lease, sell, sublicense, or lend the Software.

* SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one Computer.

* LANGUAGE VERSIONS. If the media provided to you includes more than one language version of the same Software, you may Run any of the language versions of the Software (except Japanese), provided the total number of copies Run does not exceed the number of licenses you have acquired. You must acquire licenses for the Japanese version of the Software in order to Run the Japanese version.

* DCOM95. You may only use copies of the DCOM95 component on computer(s) for which you have licensed Microsoft Windows operating system platforms.

* TRANSFER. You may not transfer or assign your rights or obligations under this EULA to any person or entity without the prior written consent of WRQ. However, if the Software is labeled "Single User", you may permanently transfer all of your rights under this EULA, as long as: (i) you retain no copies, (ii) you transfer all of the Software (including all accompanying materials, and all prior versions), and (iii) the recipient agrees to the terms of this EULA.

* SUPPLEMENTAL CODE. A Patch is supplemental code (sometimes referred to as a fix) which addresses one or more specific issues in the Software; it is considered part of the Software and is subject to the terms and conditions of this EULA unless accompanied by its own terms. You may use a Patch only if WRQ has authorized you to do so and only for your licensed copies of the Software for which the authorization was given.

ENGLISH

- COMPLIMENTARY SOFTWARE. If the Software is labeled "Complimentary" or "Comp", then, notwithstanding other sections of this EULA, your use of the Software is limited to use for demonstration, test, or evaluation purposes.

- RESERVATION OF RIGHTS. WRQ reserves all rights not expressly granted under this EULA.

3 TERMINATION. If you violate any term of this EULA, WRQ may terminate this EULA without waiving any other rights. If your EULA is terminated, you must destroy all copies of the Software and, on request of WRQ, certify said destruction.

4 SAFEGUARDS/AUDIT RIGHTS. You agree to: (i) implement internal safeguards to prevent any unauthorized copying, distribution, or use of the Software; (ii) provide WRQ with written certification of the number of copies or concurrent usage of the Software on request, and (iii) to allow WRQ to audit your premises and systems for compliance with this EULA during regular business hours. WRQ will pay for the cost of the audit unless the audit shows a discrepancy which is five percent (5%) or more of the number of copies of the Software Run over the licenses you have acquired; in which event, you shall pay for the cost of the audit.

5 UPGRADES. You may only Run an upgrade to the Software if you have acquired a license for the Software. Software acquired as an upgrade replaces and/or supplements all prior versions. You may Run the resulting upgrade only in accordance with the terms and conditions of this EULA. Upgrades of the Software, if obtained, must be obtained for the total of all authorized copies or concurrent users.

6 COPYRIGHT. WRQ and its suppliers retain all ownership of the Software and all copies thereof. Except as expressly provided in this EULA, you may not make copies of the Software or the printed materials accompanying the Software. You may make one copy of electronic documentation accompanying the Software for each license you have acquired for the Software. You must include all applicable copyright notices and other proprietary rights legends that come with the Software if you make copies.

7 BACKUP COPY. You may keep the original media on which the Software was provided by WRQ solely for backup or archival purposes. If the original media is required to use the Software on the Computer, you may make one copy of the Software solely for backup or archival purposes.

8 EXPORT. You agree that you will not export or re-export the Software, any part thereof, or any process or service that is the direct product of the Software (the foregoing collectively referred to as the "Restricted Components"), to any country, person or entity subject to U.S. export restrictions. You specifically agree not to export or re-export any of the Restricted Components (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to Cuba, Iran, Iraq,

3

Libya, North Korea, Sudan and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the Restricted Components back to such country; (ii) to any person or entity who you know or have reason to know will utilize the Restricted Components in the design, development or production of nuclear, chemical or biological weapons; or (iii) to any person or entity who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. Government. You warrant and represent that neither the Bureau of Export Administration of the U.S. Commerce Department nor any other U.S. federal agency has suspended, revoked or denied your export privileges.

9 **U.S. GOVERNMENT RESTRICTED RIGHTS.** Software and documentation delivered to civilian agencies of the U.S. Government pursuant to solicitations dated prior to December 1, 1995, and Software and documentation delivered to the Department of Defense of the U.S. Government pursuant to solicitations dated prior to September 29, 1995, are provided with RESTRICTED RIGHTS; use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph FAR 52.227-14(g)(Jun. 1987) or subparagraph DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988). All Software and documentation delivered to civilian agencies or the Department of the Defense of the U.S. Government pursuant to solicitations issued after the dates specified above, are delivered with commercial licensing rights as set forth in this EULA only.

10 **GOVERNING LAW AND ATTORNEYS' FEES.** This EULA is governed by the laws of the State of Washington, USA, excluding its conflict of laws rules, and specifically excludes the United Nations Convention on Contracts for the International Sale of Goods. If you acquired this Software in a country outside of the United States, that country's laws may apply. In any action or suit to enforce any right or remedy under this EULA or to interpret any provision of this EULA, the prevailing party will be entitled to recover its costs, including reasonable attorneys' fees.

11 **ENTIRE AGREEMENT.** This EULA constitutes the entire agreement between you and WRQ with respect to the Software, and replaces all other agreements or representations, whether written or oral. The terms of this EULA cannot be modified by any terms in any printed forms used by the parties in performing the EULA, and can only be modified by express written consent of both parties. If any part of this EULA is held to be unenforceable as written, it will be enforced to the maximum extent allowed by applicable law, and will not affect the enforceability of any other part. The original of this EULA is in English. If it is translated into another language, the English language version shall prevail.

Should you have any questions concerning this EULA, or if you desire to contact WRQ for any reason, please contact the WRQ representative serving your company, or write: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

4

THE FOLLOWING LIMITED WARRANTY ON THE SOFTWARE IS INCORPORATED INTO THIS EULA BY REFERENCE.

**LIMITED WARRANTY**

LIMITED WARRANTY. For a period of ninety (90) days from the date you receive the Software, WRQ warrants that (a) the unmodified Software will perform substantially in accordance with the accompanying written materials when used as directed and (b) WRQ media will be free of defects. Any implied warranties are limited to the 90 day period. This Limited Warranty is void if failure of the Software has resulted from modification, accident, abuse, or misapplication. This Limited Warranty does not apply to any Time-Limited Evaluation versions of the Software, which are provided "AS IS" with no warranty whatsoever. Some jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to you.

YOUR EXCLUSIVE REMEDY. WRQ'S AND ITS SUPPLIERS' ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY ARISING FROM A BREACH OF THE LIMITED WARRANTY IS, AT WRQ'S OPTION, EITHER REPAIR OR REPLACEMENT OF THE NONCONFORMING SOFTWARE, OR RETURN OF THE PRICE YOU PAID FOR THE NONCONFORMING SOFTWARE. YOU MUST RETURN ALL NONCONFORMING SOFTWARE TO WRQ WITH YOUR PROOF OF PURCHASE TO BE ENTITLED TO THIS REMEDY. ANY REPLACEMENT SOFTWARE WILL BE WARRANTED FOR THE REMAINDER OF THE ORIGINAL WARRANTY PERIOD OR THIRTY (30) DAYS, WHICHEVER IS LONGER. OUTSIDE THE UNITED STATES, NEITHER THESE REMEDIES NOR ANY PRODUCT SUPPORT SERVICES OFFERED BY WRQ ARE AVAILABLE WITHOUT PROOF OF YOUR PURCHASE FROM AN AUTHORIZED INTERNATIONAL SOURCE.

NO OTHER WARRANTIES. TO THE FULL EXTENT PERMITTED BY LAW, WRQ AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, WITH REGARD TO THE SOFTWARE AND THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHERS, WHICH VARY FROM JURISDICTION TO JURISDICTION.

LIMITATION OF LIABILITY. WRQ AND ITS SUPPLIERS WILL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR PERSONAL INJURY, LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR CONFIDENTIAL INFORMATION, LOSS OF PRIVACY, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT, EVEN IF WRQ OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, THE ENTIRE LIABILITY OF WRQ AND ITS SUPPLIERS UNDER THIS AGREEMENT AND LIMITED WARRANTY SHALL BE LIMITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR TECHNICAL SUPPORT THAT CAUSES THE DAMAGE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

ENGLISH

5

6

**WICHTIG – BITTE AUFMERKSAM LESEN, BEVOR SIE DIE SOFTWARE INSTALLIEREN ODER BENUTZEN:**

**Diese WRQ-Endbenutzerlizenzvereinbarung (im Folgenden „EULA" [End User License Agreement] genannt) ist eine Vereinbarung zwischen Ihnen (als natürlicher oder juristischer Person) und WRQ, Inc. (im Folgenden „WRQ" genannt) bezüglich der Benutzung des Software-Pakets, dem sie beiligt, welches aus Software und Begleitmaterialien (im Folgenden „Software" genannt) besteht. Die Software beinhaltet ebenfalls alle Updates und Ergänzungen zur von WRQ gelieferten Original-Software. Alle mit der Software gelieferten Produkte, die über eine getrennte Endbenutzerlizenzvereinbarung verfügen, werden gemäß den Bestimmungen der jeweiligen Lizenzvereinbarung lizenziert. Durch Installieren, Kopieren, Herunterladen, Zugreifen oder anderweitige Nutzung der Software stimmen Sie dieser EULA mit allen ihren Bestimmungen zu. Wenn Sie den Bestimmungen dieser EULA nicht zustimmen, benutzen oder installieren Sie die Software nicht. Geben Sie die Software, einschließlich der gesamten Begleitmaterialien, zusammen mit dem Kaufbeleg an die Bezugsquelle zurück, wo Ihnen der Kaufpreis zurückerstattet wird.**

**DEUTSCH**

---

**SOFTWARE-LIZENZ**

Die Software ist vertraulich und durch Urheberrechtsschutzgesetze und internationale Urheberrechtsverträge sowie durch Gesetze und Verträge über geistiges Eigentum geschützt. Die Software wird lizenziert, nicht verkauft.

1  IHRE NUTZUNGSRECHTE. Die EULA erteilt Ihnen die folgenden Rechte:

- Sie haben das Recht, eine Kopie der Software auf einem Computer oder einem Arbeitsplatz (im folgenden „Computer" genannt) zu installieren, zu benutzen, anzuzeigen, auszuführen, auf die Kopie zuzugreifen oder anderweitig mit ihr zu interagieren (im folgenden „ausführen" genannt). Sie haben außerdem das Recht, eine Kopie der Software auf einem Speichergerät, wie z. B. auf einem oder mehreren Netz-Servern zu speichern oder zu installieren, wenn das Speichergerät ausschließlich verwendet wird, damit Ihre anderen Computer die Software über ein internes Netzwerk ausführen. Sie müssen für jeden Computer, auf dem die Software ausgeführt wird, eine gesonderte Lizenz erwerben und zuordnen. Der Hauptbenutzer des Computers, auf dem die Software ausgeführt wird, darf eine zweite Kopie der Software für den ausschließlichen Einsatz auf einem Heimcomputer oder einem tragbaren Computer anfertigen. Wenn Sie WRQ-Software für einen Endbenutzer bereitstellen und zu diesem Zweck Server-gespeicherte Benutzerprofile unter Windows NT oder Windows 2000 erstellen, müssen Sie für jeden Endbenutzer, der mittels eines Server-gespeicherten Benutzerprofils (im Folgenden „Roaming User" genannt) auf

7

die WRQ-Software zugreift, eine gesonderte Lizenz erwerben und ihm diese zuordnen. Ein Roaming-User, der über eine Lizenz zur Nutzung der Software verfügt, hat das Recht, die Software auf mehreren Desktop-Rechnern zu installieren und zu nutzen, solange der Roaming-User jeweils nur eine Kopie der Software gleichzeitig ausführt. Sie müssen sicherstellen, dass Kopien der Software, die durch Roaming-User auf Desktop-Rechnern genutzt werden, über die Sie keine Kontrolle haben, vernichtet werden, sobald das Recht des Roaming-Users auf die Nutzung der Software endet.

- Wenn Sie die Software mit einer Lizenz für gleichzeitigen Zugriff erworben haben, darf die Software von so vielen Benutzern gleichzeitig ausgeführt werden, wie in Ihrer Lizenz für den gleichzeitigen Zugriff vereinbart ist, wenn Sie (i) die gleichzeitige Nutzung der Software sowohl im Netzwerk als auch auf Einzelcomputern überwachen, steuern und (auf Verlangen von WRQ) Berichte erstellen und (ii) ein gültiges WRQ-Zertifikat für die Lizenzen für den gleichzeitigen Zugriff haben.

- Wenn Sie eine zeitlich begrenzte Evaluierungsversion der Software erworben haben, haben Sie das Recht, eine Kopie der Software ausschließlich zu Test- und Auswertungszwecken, nicht aber zu Produktionszwecken während des Evaluierungszeitraums auf einem Computer auszuführen. Der „Evaluierungszeitraum" beginnt mit der ersten Ausführung der Software und endet (i) an dem Tag, an dem die zeitlich begrenzte Evaluierungsversion automatisch ihre Funktion einstellt oder (ii) sechzig (60) Tage nach der erstmaligen Ausführung. Am Ende des Evaluierungszeitraums endet automatisch Ihre Lizenz zur Ausführung der zeitlich begrenzten Evaluierungsversion der Software. Sie sind nicht berechtigt, die zeitlichen Begrenzungen der Software in irgendeiner Weise zu erweitern. Wenn Sie mehr als eines der Software-Programme testen möchten, die auf den Ihnen gelieferten Datenträgern vorhanden sind, so gilt unter Umständen für jedes Programm ein anderer Evaluierungszeitraum.

**2 SONSTIGE RECHTE UND EINSCHRÄNKUNGEN.**

- EINSCHRÄNKUNGEN BEZÜGLICH RÜCKENTWICKLUNG, ABÄNDERUNG DER SOFTWARE. Sie sind nicht berechtigt, die Software zurückzuentwickeln oder in irgendeiner Form abzuändern, es sei denn, das anwendbare Recht gestattet es, und dann nur insoweit rechtlich zulässig.

- VERMIETUNG. Sie sind nicht berechtigt, die Software zu vermieten, zu verleasen, zu verkaufen, per Unterlizenz weiterzugeben oder zu verleihen.

- TRENNUNG DER KOMPONENTEN. Die Software ist als einheitliches Produkt lizenziert. Sie sind nicht berechtigt, Teile hiervon separat auf verschiedenen Computern einzusetzen.

- SPRACHVERSIONEN. Wenn die Ihnen gelieferten Datenträger mehrere Sprachversionen derselben Software enthalten, dürfen Sie jede Sprachversion (außer Japanisch) ausführen, solange die Gesamtzahl der ausgeführten Kopien die Lizenzen, die Sie für die Software

8

erworben haben, nicht überschreitet. Zur Ausführung der japanischen Version müssen Sie Lizenzen für die japanische Version der Software erwerben.

- DCOM95. Sie dürfen Kopien der DCOM95-Komponente nur auf den Computern benutzen, für die Sie lizenzierte Microsoft Windows-Betriebssystemplattformen besitzen.

- ÜBERTRAGUNG. Sie dürfen Ihre Rechte und Pflichten aus dieser EULA nur an eine natürliche oder juristische Person übertragen oder zuordnen, wenn eine vorherige schriftliche Einwilligung seitens WRQ vorliegt. Wenn die Software jedoch als Einzellizenz gekennzeichnet ist, können Sie die Gesamtheit Ihrer Rechte aus dieser EULA dauerhaft übertragen, sofern Sie (i) keine Kopie zurückbehalten, (ii) die vollständige Software (einschließlich aller Begleitmaterialien und aller älteren Versionen, die sich in Ihrem Besitz befinden) übertragen und (iii) die/der Empfänger(in) den Bedingungen dieser EULA zustimmt.

- ZUSÄTZLICHER CODE. Ein Patch (manchmal auch als Fix bezeichnet) ist ein zusätzlicher Code, der dazu dient, Probleme an einer oder mehreren spezifischen Stellen in der Software zu lösen. Er ist als Teil der Software entsprechend den Bestimmungen dieser EULA zu behandeln, wenn nicht eigene Bedingungen für ihn gelten. Sie haben nur dann das Recht, ein Patch zu nutzen, wenn WRQ sie dazu berechtigt hat, wobei diese Berechtigung nur für die lizenzierten Kopien der Software gilt.

- FREIEXEMPLARE. Wenn die Software als „Freiexemplar" gekennzeichnet ist, ist die Verwendung der Software ungeachtet anderer Bestimmungen dieser EULA auf Demo-, Test- oder Auswertungszwecke beschränkt.

- VORBEHALTUNG VON RECHTEN. Alle Rechte, die Ihnen durch diese EULA nicht ausdrücklich eingeräumt werden, sind WRQ vorbehalten.

3  BEENDIGUNG DER EULA. Wenn Sie irgendeiner Bestimmung dieser EULA zuwiderhandeln, ist WRQ unbeschadet aller anderen Rechte berechtigt, die EULA fristlos zu kündigen. Ist die EULA beendet, sind Sie verpflichtet, alle Kopien der Software zu vernichten und auf Verlangen von WRQ die Vernichtung zu zertifizieren.

4  VERTRAGLICHE SCHUTZBESTIMMUNGEN / PRÜFRECHT. Sie verpflichten sich, (i) geeignete Vorkehrungen zu treffen, um eine unzulässige Vervielfältigung, Verteilung oder Verwendung der Software zu verhindern, (ii) WRQ auf Anforderung eine schriftliche Erklärung bezüglich der Anzahl der eingesetzten Exemplare der Software bzw. des Umfangs der gleichzeitigen Nutzung vorzulegen, und (iii) es WRQ zu ermöglichen, während der üblichen Geschäftszeiten in Ihren Geschäftsräumen und auf Ihren DV-Systemen die Einhaltung der Bestimmungen dieser EULA zu überprüfen. WRQ trägt die Kosten der Prüfung, es sei denn, die Prüfungsergebnisse liegen um fünf Prozent (5 %) oder mehr höher als Ihre Angaben bezüglich der Anzahl der ausgeführten Exemplare der Software bzw. des Umfangs der gleichzeitigen Nutzung; in diesem Fall tragen Sie die Kosten.

9

5 UPGRADES. Wenn Sie ein Software-Upgrade ausführen möchten, müssen Sie über eine gültige Lizenz für solche Software verfügen. Als Upgrade erworbene Software ersetzt und/oder ergänzt alle vorherigen Versionen dieser Software. Das Upgrade kann von Ihnen nur entsprechend den Bestimmungen dieser EULA ausgeführt werden. Wenn Upgrades erworben werden, muss dies für alle autorisierten Kopien und Benutzer geschehen.

6 URHEBERRECHT. Alle Eigentumsrechte zu der Software und deren Kopien verbleiben bei WRQ und den WRQ-Lieferanten. Sie sind nicht berechtigt, sonstige Kopien der Software anzufertigen oder das gedruckte Begleitmaterial zu vervielfältigen, es sei denn, die EULA erteilt Ihnen hierzu die ausdrückliche Erlaubnis. Sie dürfen pro Lizenz, die Sie für die Software erworben haben, eine Kopie der elektronischen Begleitdokumentation anfertigen. Sie müssen alle Urheberrechtsvermerke und andere Hinweise auf Eigentumsrechte, die mit der Software geliefert werden, in allen von Ihnen angefertigten Kopien übernehmen.

7 SICHERUNGSKOPIE. Sie dürfen den Originaldatenträger, auf dem Software von WRQ geliefert wird, ausschließlich für Sicherungs- oder Archivierungszwecke behalten. Wenn der Original-datenträger für den Einsatz der Software auf dem Computer erforderlich ist, dürfen Sie eine Kopie der Software ausschließlich für Sicherungs- oder Archivierungszwecke anfertigen.

8 AUSFUHR. Sie verpflichten sich, die Software, irgendeinen Teil der Software oder irgen-deinen Prozess bzw. irgendeine Dienstleistung, der bzw. die ein direktes Produkt der Software ist (das Vorangehende wird zusammengefasst als „einfuhrbeschränkte Komponenten" bezeichnet) nicht in ein Land bzw. an eine natürliche oder juristische Person, das bzw. die den US-Exportbeschränkungen unterliegt, auszuführen oder wiederauszuführen. Sie verpflichten sich insbesondere, keine der einfuhrbeschränkten Komponenten (i) in ein Land, für das die USA eine Ausfuhrsperre oder -beschränkung von Waren oder Dienstleistungen verhängt hat, einschließlich derzeit, jedoch nicht ausschließlich, Kuba, Iran, Irak, Libyen, Nordkorea, Sudan und Syrien, oder an einen Staatsbürger eines dieser Länder, unabhängig von seinem derzeitigen Aufenthaltsort, die Übertragung bzw. den Transport der einfuhrbeschränkten Komponenten in eines dieser Länder beabsichtigt, (ii) an eine natürliche oder juristische Person, von der Sie wissen oder vermuten, dass die einfuhrbeschränkten Komponenten beim Design, bei der Entwicklung oder bei der Herstellung von atomaren, chemischen oder biologischen Waffen verwendet werden, oder (iii) an eine natürliche oder juristische Person, die einem US-Ausfuhrgeschäftsverbot durch eine US-Bundesbehörde unterliegt, auszuführen oder wieder-auszuführen. Sie übernehmen die Gewähr, dass weder das Bureau of Export Administration des U.S. Commerce Department noch eine andere US-Bundesbehörde Ihre Ausfuhrgenehmigungen eingestellt, widerrufen oder abgelehnt hat.

9 EINGESCHRÄNKTE RECHTE DER US-REGIERUNG. Für Software und Dokumentation, die auf-grund vor dem 1. Dezember 1995 erteilter Aufträge an US-Zivilbehörden oder aufgrund vor dem 29. September 1995 erteilter Aufträge an das US-Verteidigungsministerium geliefert ·wurden, gelten EINGESCHRÄNKTE RECHTE. Die Verwendung, Vervielfältigung oder

10

Veröffentlichung durch die Regierung unterliegt den Einschränkungen, wie sie in Unterabschnitt FAR 52.227-14(g)(Juni 1987) oder Unterabschnitt DFAR 252.227-7013 (c)(1)(ii)(Oktober 1988) enthalten sind. Für die gesamte Software und Dokumentation, die aufgrund nach den oben aufgeführten Daten erteilter Aufträge an US-Regierungsstellen oder an das US-Verteidigungsministerium geliefert wurden, gelten lediglich die handelsüblichen Nutzungsrechte, wie sie in dieser EULA eingeräumt werden.

10  ANWENDBARES RECHT UND ANWALTSKOSTEN. Wenn Sie dieses Produkt in den USA erworben haben, unterliegt diese EULA den Gesetzen des Staates Washington mit Ausnahme der Conflict of Laws Rules und unter ausdrücklichem Ausschluss des UN Convention on Contracts for the International Sale of Goods. Wenn Sie dieses Produkt außerhalb der USA erworben haben, gilt ggf. das lokal anwendbare Recht. Im Falle gerichtlichen Vorgehens zur Durchsetzung von Rechten oder Ansprüchen aus dieser EULA oder zur Auslegung von Bedingungen dieser EULA ist die obsiegende Partei berechtigt, ihre Kosten einschließlich angemessener Anwaltskosten von der Gegenpartei einzufordern.

11  SCHLUSSBESTIMMUNGEN. Diese EULA stellt die alleinige Vereinbarung zwischen Ihnen und WRQ hinsichtlich der Software dar und ersetzt alle anderen bisher zwischen den Parteien erfolgten schriftlichen oder mündlichen Vereinbarungen und Absichtserklärungen. Die Bestimmungen dieser EULA können nur durch ausdrückliche schriftliche Einwilligung beider Parteien geändert werden. Falls einzelne Bestimmungen dieser EULA unwirksam bzw. undurchführbar sind, wird der Bestand der EULA im Übrigen nicht davon berührt. Die unwirksame oder undurchführbare Bestimmung ist so umzudeuten, dass sie rechtswirksam oder durchführbar ist. Die originale Version dieser EULA wurde in englischer Sprache geschrieben. Falls diese EULA in eine andere Sprache übersetzt wird, gilt nur die originale englische Version.

Falls Sie Fragen zu dieser EULA haben oder WRQ ansprechen möchten, wenden Sie sich bitte an den WRQ-Vertriebspartner, der Sie betreut, oder schreiben Sie an: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, USA.

---

DIE ALS ANLAGE BEIGEFÜGTE ERKLÄRUNG ZUR BESCHRÄNKTEN HERSTELLERGARANTIE IST WICHTIGER BESTANDTEIL DIESER EULA.

BESCHRÄNKTE HERSTELLERGARANTIE

BESCHRÄNKTE HERSTELLERGARANTIE. WRQ garantiert für einen Zeitraum von neunzig (90) Tagen ab Erhalt der Software, dass (a) die ungeänderte Software bei sachgemäßem Gebrauch im Wesentlichen gemäß der mitgelieferten Dokumentation funktioniert und (b) dass der/die Datenträger, auf dem/denen die Software geliefert wird, fehlerfrei ist/sind. Alle gesetzlichen Gewährleistungen sind auf den genannten Zeitraum von 90 Tagen beschränkt. Die Garantie gilt nicht, wenn die geltend gemachten Mängel Folge einer Änderung an der Software, eines Unfalls,

DEUTSCH

11

eines Missbrauchs oder eines unsachgemäßen Gebrauchs sind. Diese beschränkte Hersteller-garantie gilt nicht für zeitlich begrenzte Evaluierungsversionen der Software, die unter Ausschluss jeglicher Gewährleistung geliefert werden. Einige Gerichtsbarkeiten erlauben keine Fristen für gesetzliche Gewährleistungen. In diesem Fall trifft die oben aufgeführte Einschränkung u. U. nicht auf Sie zu.

IHRE AUSSCHLIESSLICHEN ANSPRÜCHE. Die Haftung von WRQ und den Lieferanten von WRQ Ihnen gegenüber sowie Ihr Anspruch gegenüber WRQ und den Lieferanten von WRQ bei einer Verletzung der Gewährleistungspflicht beschränkt sich nach Wahl von WRQ auf folgende Möglichkeiten: Instandsetzung bzw. Umtausch der beanstandeten Software oder Rückerstattung des von Ihnen bezahlten Kaufpreises für die beanstandete Software. Die beanstandete Software muss in diesem Fall zusammen mit dem Kaufbeleg an WRQ zurückgegeben werden. Für die Ersatz-Software übernimmt WRQ eine Garantie nur für den Rest der ursprünglichen Garantiedauer oder für dreißig (30) Tage, wobei die jeweils längere Frist gilt. Außerhalb der USA gelten sowohl diese Ansprüche als auch Ihr Anspruch auf irgendwelche von WRQ ange-botenen Kundendienstleistungen nur, wenn Sie den Nachweis erbringen, dass Sie die Software von einer autorisierten internationalen Bezugsquelle rechtmäßig erworben haben.

AUSSCHLUSS JEDER WEITEREN GEWÄHRLEISTUNG. IM GRÖSSTMÖGLICHEN DURCH DAS ANWENDBARE RECHT GESTATTETEN UMFANG LEHNEN WRQ UND SEINE LIEFERANTEN HIERMIT ALLE SCHRIFTLICHEN ODER MÜNDLICHEN GEWÄHRLEISTUNGEN IN BEZUG AUF DIE SOFTWARE UND DIE BEREITSTELLUNG BZW. NICHTBEREITSTELLUNG VON KUNDENDIENSTLEISTUNGEN AB, SEIEN SIE AUSDRÜCKLICH ODER GESETZLICH, EINSCHLIESSLICH, JEDOCH NICHT BESCHRÄNKT AUF GEWÄHRLEISTUNGEN IN BEZUG AUF HANDELSÜBLICHKEIT, EIGNUNG FÜR EINEN BESTIMMTEN ZWECK, TITEL UND NICHTVERLETZUNG DER RECHTE DRITTER. DIESE GEWÄHRLEISTUNG GIBT IHNEN BESTIMMTE RECHTE. JE NACH GERICHTSBARKEIT BESITZEN SIE MÖGLICHERWEISE WEITERE RECHTE.

HAFTUNGSBESCHRÄNKUNG. WEDER WRQ NOCH DIE LIEFERANTEN VON WRQ HAFTEN FÜR IRGENDWELCHE SPEZIELLEN, ZUFÄLLIGEN, INDIREKTEN ODER FOLGESCHÄDEN (EINSCHLIESSLICH, ABER NICHT BESCHRÄNKT AUF PERSONENSCHÄDEN, SCHÄDEN AUS ENTGANGENEM GEWINN, BETRIEBSUNTERBRECHUNG, VERLUST VON GESCHÄFTLICHEN ODER VERTRAULICHEN INFORMATIONEN ODER DATEN, VERLETZUNGEN VON VERTRAULICHKEITS- ODER GEHEIMHALTUNGSBESTIMMUNGEN ODER IRGENDWELCHEN ANDEREN FINANZIELLEN VERLUSTEN), DIE AUFGRUND DER BENUTZUNG DIESER SOFTWARE BZW. DER UNMÖGLICHKEIT, SIE ZU BENUTZEN, ODER AUFGRUND DER BEREITSTELLUNG BZW. NICHTBEREITSTELLUNG VON KUNDENDIENST-LEISTUNGEN ENTSTEHEN, UND ZWAR SELBST DANN NICHT, WENN WRQ BZW. SEINE LIEFERANTEN VON DER MÖGLICHKEIT EINES SOLCHEN SCHADENS IN KENNTNIS GESETZT WORDEN SIND. AUF JEDEN FALL IST DIE HAFTUNG VON WRQ UND SEINEN LIEFERANTEN AUF DEN BETRAG BESCHRÄNKT, DEN SIE BEZAHLT HABEN, UM DIE SOFTWARE ODER DIE KUNDENDIENSTLEISTUNG ZU ERWERBEN, DIE DIE URSACHE DES SCHADENS WAR. EINIGE GERICHTSBARKEITEN ERLAUBEN KEINEN HAFTUNGSAUSSCHLUSS BZW. KEINE HAFTUNGSEINSCHRÄNKUNG. IN DIESEM FALL TRIFFT DIE OBEN AUFGEFÜHRTE EINSCHRÄNKUNG U. U. NICHT AUF SIE ZU.

12

**ATTENTION—A LIRE IMPERATIVEMENT AVANT D'INSTALLER OU D'UTILISER LE LOGICIEL :**

**La Convention des droits d'utilisation du logiciel WRQ (ci-après la « Convention ») constitue un contrat de licence entre vous (personne physique ou personne morale) et la société WRQ, Inc. (ci-après « WRQ ») pour l'utilisation du logiciel WRQ, comprenant le logiciel et les matériels d'accompagnement (ci-après le « Logiciel »). Le Logiciel inclut également toutes les mises à jour et les suppléments du Logiciel initial que vous a fourni WRQ. Tout produit accompagnant le Logiciel qui est lié à une convention de droits d'utilisation distincte vous est octroyé selon les termes de ladite convention. En installant le Logiciel, en le copiant, en le téléchargeant, en l'utilisant de quelque manière que ce soit, vous vous engagez à respecter les termes de cette convention. En cas de désaccord sur les termes de la Convention, n'installez pas le Logiciel et ne l'utilisez pas. Si vous avez acheté le Logiciel, vous le devez renvoyer rapidement, avec tous les matériels d'accompagnement et votre justificatif d'achat, au revendeur qui vous l'a fourni afin d'obtenir son remboursement.**

**FRANÇAIS**

**ACCORD DE LICENCE**

Le Logiciel est confidentiel et protégé par des lois relatives à la propriété industrielle et par les dispositions de traités internationaux en matière de droits d'auteur. La présente Convention de droits d'utilisation est un contrat de licence de Logiciel et non un contrat de vente.

1 UTILISATION AUTORISÉE DU LOGICIEL. Cette Convention vous accorde les droits suivants :

- Vous êtes en droit d'installer, d'utiliser, d'ouvrir, d'afficher, d'exécuter ou encore d'interagir (« Exécuter ») avec un exemplaire du Logiciel sur un seul ordinateur ou station de travail (« Ordinateur »). Vous pouvez également enregistrer ou installer une copie du Logiciel sur un dispositif de stockage, tels qu'un (des) serveur(s) de réseau, afin de permettre à d'autres Ordinateurs d'Exécuter le Logiciel sur un réseau interne. Vous devez acquérir et réserver une licence pour chaque Ordinateur sur lequel le Logiciel est Exécuté. L'utilisateur principal de l'Ordinateur sur lequel le Logiciel est Exécuté est en droit de faire une copie du Logiciel pour son usage personnel exclusif sur son Ordinateur personnel à domicile ou sur son Ordinateur portable. Si vous déployez le logiciel WRQ pour un utilisateur final en créant un paramétrage de profil d'utilisateur itinérant sous Windows NT ou Windows 2000, vous devez acquérir une licence et la réserver pour chaque utilisateur final qui accédera au logiciel WRQ sous un profil d'utilisateur itinérant (« Utilisateur itinérant »). Un Utilisateur itinérant détenteur d'une licence d'utilisation du Logiciel peut installer et utiliser le Logiciel sur plusieurs postes de travail, du moment qu'il n'utilise qu'un exemplaire du Logiciel à la fois. Vous devez veiller à la destruction des exemplaires du Logiciel destinés à être utilisés par les Utilisateurs itinérants sur des postes de travail échappant à votre contrôle dès l'expiration des droits d'utilisation du Logiciel correspondants.

13

- Si vous avez acquis le Logiciel avec une licence multi-utilisateur, vous êtes en droit de permettre à plusieurs utilisateurs d'exécuter le Logiciel en même temps, proportionnellement au nombre de licences multi-utilisateur qui ont été acquises, à condition (i) de surveiller, de contrôler et à la demande de WRQ d'établir des rapports d'utilisations multi-utilisateur sur un réseau ou sur des ordinateurs individuels ; et (ii) de faire valoir un certificat WRQ de justification valide concernant les licences multi-utilisateur.

- Si vous avez reçu une version d'évaluation avec période d'utilisation limitée du Logiciel, vous êtes en droit d'exécuter un exemplaire du Logiciel sur un ordinateur uniquement pendant la Période d'évaluation stipulée et aux seules fins d'évaluation et de test, à l'exclusion de tout usage destiné à la production. La « Période d'évaluation » va de la première exécution du Logiciel à la première des deux échéances suivantes : (i) la date d'expiration automatique de la version d'évaluation à durée limitée, ou (ii) soixante (60) jours après la première exécution de la version d'évaluation à durée limitée. Au terme de la Période d'évaluation, la licence octroyée pour cette version d'évaluation à durée limitée du Logiciel est terminée automatiquement. Vous ne pouvez en aucune manière proroger la date de validité du Logiciel. Si vous procédez à l'évaluation de plusieurs des programmes logiciels fournis sur le support de distribution, la Période d'évaluation limitée peut être différente dans chaque cas.

2 AUTRES DROITS ET LIMITATIONS.

- LIMITATIONS SUR L'ANALYSE RETROTECHNIQUE, LA DECOMPILATION ET LE DESASSEMBLAGE. Sous réserve des opérations autorisées par la loi applicable, il vous est interdit d'analyser par rétrotechnique, de décompiler ou de désassembler le Logiciel de quelque manière que ce soit.

- LOCATION. Il vous est interdit de louer le Logiciel, de le prêter, de le vendre, ou d'accorder des sous-licences sur le Logiciel.

- SEPARATION DES COMPOSANTS. Votre licence porte sur le Logiciel dans son intégralité. Vous ne pouvez pas en dériver les composants pour les utiliser sur plus d'un Ordinateur.

- VERSIONS LINGUISTIQUES. Si le support médiatique inclut plusieurs versions linguistiques du même Logiciel, vous êtes autorisé à Exécuter les versions linguistiques du Logiciel (sauf la version japonaise), à condition que le nombre total de copies Exécutées ne dépasse pas le nombre de licences que vous avez acquises. Pour pouvoir exécuter la version japonaise du Logiciel, vous devez acquérir les licences d'utilisation correspondantes.

- DCOM95. Vous n'êtes autorisé à utiliser des copies du composant DCOM95 que sur les Ordinateurs pour lesquels vous disposez de licences de système d'exploitation Microsoft Windows.

14

- TRANSFERT. Vous n'êtes pas autorisé à transférer ou à attribuer vos droits ou vos obligations inhérents à cette Convention à une personne physique ou morale sans l'accord écrit préalable de WRQ. Toutefois, si le Logiciel porte la mention « Licence mono-utilisateur », vous pouvez transférer définitivement à un tiers l'intégralité des droits que vous accorde cette Convention, dans la mesure où : (i) vous ne gardez aucune copie du Logiciel, (ii) vous remettez à ce tiers le Logiciel complet (y compris tous les matériels d'accompagnement et toutes les versions antérieures) et (iii) ce tiers s'engage à respecter les termes de la Convention.

- CODE SUPPLÉMENTAIRE. Un correctif est un code supplémentaire (désigné parfois par « patch ») destiné à résoudre des problèmes spécifiques dans le Logiciel. En l'absence de termes et conditions qui lui sont propres, le correctif est considéré comme faisant partie intégrante du Logiciel et est, à ce titre, soumis aux termes et conditions de cette Convention. Vous êtes en droit d'utiliser un correctif uniquement si WRQ vous a autorisé à le faire et seulement pour les exemplaires du Logiciel assortis d'une licence d'utilisation pour lesquels cette autorisation a été accordée.

- LOGICIELS GRATUITS. Si le Logiciel porte la mention « Complimentary » ou « Comp » alors, nonobstant les autres sections de cette Convention, votre utilisation du Logiciel ne doit intervenir qu'à titre de démonstration, de test ou d'évaluation.

- RÉSERVATION DES DROITS. WRQ se réserve tous les droits qui ne seraient pas expressément accordés au titre de cette Convention.

3 RÉSILIATION. WRQ pourra résilier la Convention si vous manquez à l'une de vos obligations en vertu de cette Convention, sans pour autant renoncer à ses autres droits. Si la Convention est résiliée, vous êtes tenu de détruire toutes les copies du Logiciel qui sont en votre possession, si WRQ vous le demande, et de justifier cette destruction.

4 SAUVEGARDES/DROITS DE CONTRÔLE. Vous vous engagez à :
(i) prendre les mesures de sécurité internes pour empêcher toute copie, distribution ou utilisation non autorisée du Logiciel ; (ii) justifier à la demande de WRQ, par une déclaration écrite, le nombre de copies du Logiciel que vous détenez ou le nombre d'utilisations concomitantes du Logiciel, et (iii) à permettre que WRQ inspecte vos locaux et vos systèmes informatiques pendant les heures de bureau, afin de vérifier si les Logiciels sont utilisés en conformité avec les dispositions de cette Convention. WRQ prendra en charge les frais occasionnés par ce contrôle, sauf si le nombre d'utilisations concomitantes du Logiciel est supérieur à cinq pour cent (5 %) ou plus aux valeurs que vous avez indiquées ; dans ce cas, les frais occasionnés par le contrôle vous incomberont.

5 MISES À NIVEAU. Vous n'êtes en droit d'exécuter une mise à niveau du Logiciel que si vous disposez d'une licence pour celui-ci. Le Logiciel acquis sous la forme d'une mise à niveau remplace et/ou s'ajoute à toutes les versions antérieures de ce Logiciel. L'exécution des mises à

FRANÇAIS

15

jour est assujettie aux dispositions de la présente Convention. Les mises à niveau ne peuvent être obtenues, le cas échéant, que pour le nombre total de copies ou d'utilisateurs concomitants autorisés.

6   DROITS D'AUTEUR. WRQ et ses fournisseurs conservent le titre et la propriété du Logiciel et de toutes les copies associées. Vous n'êtes autorisé à copier le Logiciel que selon les termes expressément accordés au titre de cette Convention. Pour chaque licence de logiciel en votre possession, vous n'êtes autorisé qu'à copier une seule fois la documentation électronique accompagnant le Logiciel. Vous êtes tenu d'y faire figurer toutes les mentions relatives aux droits d'auteur et à tout autre droit relatif à la propriété industrielle.

7   COPIE DE SAUVEGARDE. Vous êtes en droit de conserver les supports originaux sur lesquels le Logiciel vous a été fourni à des fins de sauvegarde et d'archivage uniquement. Si l'emploi des supports originaux est nécessaire à l'exécution du Logiciel sur l'Ordinateur, vous n'êtes autorisé à faire une copie du Logiciel qu'à des fins de sauvegarde et d'archivage uniquement. A l'exception de ce qui est expressément prévu au titre des présentes, vous n'êtes pas autorisé à copier le Logiciel ou la documentation écrite accompagnant le Logiciel.

8   EXPORTATION. Vous vous engagez à ne pas exporter ni réexporter tout ou partie du Logiciel, ou un procédé ou un service qui en serait le produit direct (collectivement, les « Composants restreints ») vers un pays, une personne physique ou morale qui ferait objet de restrictions à l'exportation selon les lois des Etats-Unis d'Amérique. Vous vous engagez plus particulièrement à ne pas exporter ni réexporter l'un des Composants restreints (i) vers un pays comptant parmi les pays faisant objet d'un embargo ou d'une restriction sur l'exportation des biens et services de la part des Etats-Unis, notamment vers Cuba, l'Iran, l'Iraq, la Libye, la Corée du Nord, le Soudan et la Syrie, ou vers tout citoyen de l'un de ces pays, où qu'il se trouve, qui envisagerait de transmettre ou de transporter les Composants restreints vers ces pays ; (ii) vers toute personne physique ou morale que vous auriez des raisons de croire ou soupçonner d'utiliser les Composants restreints pour concevoir, développer ou produire des armes biologiques, chimiques ou nucléaires ; ou (iii) vers toute personne physique ou morale faisant l'objet d'une interdiction sur les exportations américaines par l'une des agences fédérales du gouvernement américain. Vous certifiez déclarer que ni le Bureau de l'administration des exportations du Ministère du commerce américain ni toute autre agence fédérale du gouvernement américain n'a suspendu, révoqué ou refusé vos privilèges d'exportation.

9   DROITS RESTREINTS DU GOUVERNEMENT AMERICAIN. Les logiciels et la documentation livrés aux agences civiles du gouvernement américain en vertu de demandes antérieures au 1er décembre 1995, et les logiciels et la documentation livrés au Ministère de la défense du gouvernement américain en vertu de demandes antérieures au 29 septembre 1995, sont fournis avec des DROITS RESTREINTS. Leur usage, leur reproduction ou leur divulgation par le gouvernement américain sont soumis aux restrictions du sous-paragraphe FAR 52.227-14(g) (Juin 1987) ou DFAR 252.227-7013 (c)(1)(ii) (Octobre 1988). Tous les logiciels et la documen-

15

tation livrés aux agences civiles ou au Ministère de la défense du gouvernement américain en vertu de demandes postérieures aux dates spécifiées ci-dessus, sont délivrés uniquement avec les droits de licence prévus dans la présente Convention.

10 **LOI D'INTERPRETATION ET HONORAIRES D'AVOCAT.** Cette Convention est régie par les lois de l'Etat de Washington aux Etats-Unis d'Amérique, à l'exception des règles liées aux conflits de lois et à l'exception expresse des dispositions de la Convention des Nations Unies sur le commerce international des marchandises. Si vous avez acquis le Logiciel dans un pays autre que les Etats-Unis d'Amérique, les lois de ce pays pourraient s'appliquer à votre cas. En cas d'action ou de procès relatif à l'exécution d'un droit ou d'un recours prévus par cette Convention ou relatif à l'interprétation d'une disposition quelconque de la Convention, la partie qui prévaudra sera en droit d'être remboursée des coûts qu'elle aura supportés, y compris des honoraires raisonnables de ses avocats.

11 **DISPOSITIONS FINALES.** La présente Convention constitue l'intégralité de l'accord conclu entre vous et WRQ en ce qui concerne le Logiciel ; en tant que telle, la Convention remplace tous les autres accords ou déclarations antérieurs la concernant, qu'ils soient de nature écrite ou orale. Les dispositions de cette Convention ne doivent pas être modifiées par les termes de formulaires imprimés que les parties utiliseraient dans l'exécution de cette Convention, et toute modification doit faire l'objet d'un accord formel rédigé par les deux parties. Dans l'hypothèse où l'une des clauses de la Convention serait déclarée nulle, ceci n'entraînerait pas pour autant la nullité de la Convention elle-même, dont les autres clauses continueront à s'appliquer. La version originale de cette Convention est rédigée en anglais. Si la Convention est traduite dans une autre langue, la version anglaise originale prévaudra.

Si vous avez des questions concernant cette Convention ou si vous désirez contacter WRQ pour quelque raison que ce soit, veuillez vous mettre en rapport avec le représentant de WRQ attaché à votre entreprise, ou écrire à : WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, Etats-Unis.

FRANCAIS

---

### LA DECLARATION SUR LES LIMITES DE GARANTIE APPLICABLES AU LOGICIEL CI-APRES CONSTITUE UNE PARTIE INDISSOCIABLE DE CETTE CONVENTION.

### GARANTIE LIMITEE

**GARANTIE LIMITEE.** Sous réserve d'une utilisation conforme à ses instructions, WRQ garantit (a) que le Logiciel non modifié par l'utilisateur fonctionne pour l'essentiel conformément aux spécifications prévues dans la documentation qui l'accompagne et (b) que les supports fournis par WRQ seront exempts de vices de fabrication, et ce pendant une période de quatre-vingt-dix (90) jours à compter de la date d'acquisition du Logiciel. Les garanties implicites, de quelque nature qu'elles soient, sont limitées à quatre-vingt-dix (90) jours. La garantie limitée restera sans effet si l'anomalie du Logiciel est le résultat d'une modification apportée au Logiciel, d'un accident, ou

17

d'une utilisation abusive ou non conforme. La garantie limitée ne s'applique pas aux versions d'évaluation à durée limitée du Logiciel, lesquelles sont fournies « EN L'ETAT », sans garantie d'aucune sorte. Certaines juridictions n'admettent pas de limitations sur la durée d'une garantie implicite. Il est donc possible que ces restrictions ne s'appliquent pas dans votre cas.

**VOTRE SEUL RECOURS.** La totalité de la responsabilité de WRQ et de ses fournisseurs et votre seul recours se limitent, au choix de WRQ, au remplacement ou à la réparation du Logiciel non conforme, ou au remboursement du prix payé pour le Logiciel non conforme. Vous devez renvoyer tout Logiciel non conforme à WRQ, accompagné de son justificatif d'achat, pour pouvoir faire valoir ce recours. Le Logiciel de remplacement sera garanti pour la période de garantie d'origine restant à couvrir ou pour trente (30) jours à compter de la date de remplacement, selon la période la plus longue considérée. En dehors des Etats-Unis, vous ne pourrez exercer aucun de ces recours, ni bénéficier d'une assistance technique offerte par WRQ sans avoir apporté la preuve d'avoir acquis le Logiciel auprès d'un revendeur agréé.

EXCLUSION DE TOUTE AUTRE GARANTIE. DANS LA MESURE AUTORISEE PAR LA LOI, WRQ ET SES FOURNISSEURS N'ADMETTENT AUCUNE GARANTIE, ORALE OU ECRITE, EXPLICITE OU IMPLICITE, NOTAMMENT LES GARANTIES IMPLICITES SUR LA VALEUR COMMERCIALE DU PRODUIT ET SON ADAPTATION A UN USAGE PARTICULIER, SUR LES CONTREFACONS ET LA PROPRIETE INTELLECTUELLE, QUANT AU LOGICIEL ET AUX DISPOSITIONS PREVOYANT LA FOURNITURE DE L'ASSISTANCE TECHNIQUE. CETTE GARANTIE VOUS ACCORDE DES DROITS LEGAUX SPECIFIQUES. VOUS POUVEZ EN AVOIR D'AUTRES QUI PEUVENT VARIER D'UNE JURIDICTION A L'AUTRE.

LIMITATION DE RESPONSABILITE. WRQ OU SES FOURNISSEURS NE SAURAIENT ETRE EN AUCUN CAS TENUS RESPONSABLES DES DOMMAGES PARTICULIERS, INDIRECTS, ACCIDENTELS OU CONSECUTIFS RESULTANT DE BLESSURES CORPORELLES, DE LA PERTE DES PROFITS COMMERCIAUX, DE L'INTERRUPTION DE LA CONDUITE DES AFFAIRES, DE LA PERTE D'INFORMA-TIONS COMMERCIALES, CONFIDENTIELLES OU DE TOUTE AUTRE PERTE PECUNIERE, QUI DECOULERAIENT DE L'UTILISATION OU DE L'IMPOSSIBILITE D'UTILISER LE LOGICIEL, OU DE LA FOURNITURE OU DU DEFAUT A FOURNIR L'ASSISTANCE TECHNIQUE QUAND MEME WRQ OU SES FOURNISSEURS ETAIENT PREVENUS DE L'EVENTUALITE DE TELS DOMMAGES. EN TOUT ETAT DE CAUSE, LA RESPONSABILITE DE WRQ OU DE SES FOURNISSEURS AUX TERMES DE CET ACCORD ET DE SA GARANTIE LIMITEE NE POURRA NULLEMENT EXCEDER LE MONTANT EFFEC-TIVEMENT PAYE PAR L'UTILISATEUR POUR L'ACQUISITION DU LOGICIEL OU POUR L'ASSIS-TANCE TECHNIQUE A L'ORIGINE DES DOMMAGES. ETANT DONNE QUE CERTAINES JURIDICTIONS N'AUTORISENT PAS L'EXCLUSION OU LA LIMITATION DE LA RESPONSABILITE, LA PRESENTE LIMITATION NE S'APPLIQUE PAS NECESSAIREMENT DANS VOTRE CAS.

18

重要! ソフトウェアをインストールまたは使用する前に必ずお読み下さい。

この WRQ エンドユーザ使用許諾契約 (以下「本契約」といいます) は、ユーザ (個人または i 団体) と WRQ, Inc. (以下「WRQ 社」といいます) との法的契約で、パッケージの中にはコンピュータソフトウェアとその印刷物 (以下「本件ソフトウェア」といいます) が入っています。本件ソフトウェアには、WRQ 社からお客様に提供されたすべてのアップデート及び付属品が含まれています。本件ソフトウェアに付属する別のエンドユーザ使用許諾契約によって使用権を与えられたすべての製品は、その使用権の条項に基づいて、お客様に使用権が与えられています。

このパッケージを開封したときは、お客様が本契約条項に同意されたものとみなされます。もし、本契約条項に同意いただけない場合は、このパッケージを開封しないでそのまま代理店へ速やかにご返送下さい。その場合は、お支払いいただいた代金をお返し致します。


## ソフトウェアの使用権

本件ソフトウェアは業務上の秘密事項であり、また、著作権法及び国際著作権条約、その他の知的所有権法や条約によって保護されています。本件ソフトウェアは使用権を許諾するもので、それを売却することはできません。

1 使用許諾。本契約は次の権利を授与します。

- お客様は、1 台のコンピュータまたは PC ワークステーション (以下「コンピュータ」といいます) に 1 本のソフトウェアをインストール、使用、アクセス、表示、実行または操作 (以下「実行」といいます) することができます。また、お客様は内部ネットワークを経由して他のコンピュータで本件ソフトウェアを実行するためだけに使用する目的で、ネットワークサーバなどの記憶装置に本件ソフトウェアを保管またはインストールすることができます。本件ソフトウェアを実行する各コンピュータに、本件ソフトウェアの使用権が必要です。使用権を得たコンピュータを主として実行する方は、その方の自宅またはポータブルコンピュータで補助的に使用する必要がある場合に限って、本件ソフトウェアのコピーを一部だけ作成することが許されます。Windows NT または Windows 2000 でローミングユーザプロファイルを確立して WRQ ソフトウェアをエンドユーザに配布構成する場合は、ローミングユーザプロファイル (以下「ローミングユーザ」といいます) で WRQ ソフトウェアにアクセスする各エンドユーザのライセンスを入手し、そのユーザ用に設定しなければなりません。ソフトウェアを使用するためにライセンスを与えられたローミングユーザは、一度に 1 つのソフトウェアのコピーを使用する限り、ソフトウェアを複数のデスクトップにインストールして使用することができます。ソフトウェアを使用するローミングユーザの権利が破棄された場合には、ローミングユーザによって使用される管理下のデスクトップ以外にあるソフトウェアのコピーも削除しなければなりません。

- お客様が本件ソフトウェアの同時使用ライセンスを購入された場合は、次の条件を満たす場合にのみ、同時使用を許された人数に至るまで同時に本件ソフトウェアを実行することができます。(i) ネットワーク上、および個々のコンピュータ上での同時使用を監視、制御、及び (WRQ 社の要請に応じて) 報告すること。(ii) 同時使用ライセンス用に WRQ 社より正規の証明書を取得すること。

- 期間制限付きのソフトウェア評価版を使用する場合は、その評価期間に限り、機能を使用する目的ではなく評価およびテストの目的にのみ、ソフトウェアの 1 つのコピーを実行することができます。「評価期間」

日本語

19

は、ソフトウェアを最初に使用した日から、(i) 期間制限付きの評価版が自動的に機能の動作を停止する日、または (ii) ソフトウェアを最初に使用した日から 60 日間のいずれか早い方の時期まで延長されます。評価期間が過ぎると、ソフトウェアの期限付き評価版の実行ライセンスは、自動的に破棄されます。この期間制限をいかなる方法によっても延長させることはできません。メディアに含まれている複数のソフトウェアプログラムを評価する場合は、各プログラムによって評価期間が異なる場合があります。

**2　その他の権利と使用権の制限**

- **リバースエンジニア、逆コンパイル及び逆アセンブルに関する制限。**お客様は、該当する法律に規定されている範囲を超えて、本件ソフトウェアをリバースエンジニア、逆コンパイルまたは逆アセンブルすることはできません。

- **貸与。**お客様は、本件ソフトウェアをお客様の従業員以外の第三者に使用させたり、売却、再使用許諾、貸与することはできません。

- **製品の分離。**本件ソフトウェアは単一の製品として使用許諾されたものであり、したがってこれを分離分解して、複数のコンピュータで使用することはできません。

- **複数言語版。**本件ソフトウェアのメディアに複数の言語版のソフトウェア (日本語を除く) が含まれている場合は、使用コピーの総数がお客様の購入された本件ソフトウェア使用権の数を超えない限りにおいて、各プログラム及び各言語版を実行することができます。日本語版のソフトウェアを実行するには、日本語版ソフトウェア用のライセンスが必要です。

- **DCOM95。**Microsoft Windows オペレーティングシステムプラットフォームの使用権を持つコンピュータで、DCOM95 のコピーを使用することができます。

- **譲渡。**WRQ 社に書面で通知することなしに、本契約にある権利及び義務を第三者に譲渡することはできません。しかし、本件ソフトウェアに「シングルユーザバージョン」と記載されている場合は、次の条件をすべて満たしたときに限り、本契約の権利を第三者に譲渡することができます。(i) お客様が譲渡後本件ソフトウェアのコピーを一切保存しないこと、(ii) 本件ソフトウェアの全て (付属品及び旧バージョンを含む) を引渡すこと、(iii) 受取る方が本契約にある条項に同意すること。

- **補完コード。**パッチは、ソフトウェアの1つまたは複数の特定の問題を解決する補完コードで、コードに独自の規約条項が付属している場合以外は、本件ソフトウェアの一部と見なされ、本契約条項の対象となります。パッチは、WRQ から使用を許可された場合、および使用を許可されているソフトウェアのコピーにのみ使用することができます。

- **非売品ソフトウェア。**本件ソフトウェアに「非売品」と記載されている場合は、本契約の他の節にかかわらず、本件ソフトウェアの使用は、製品のデモ、テストまたは評価目的に制限されます。

- **権利の保有。**WRQ 社は、本契約で明示的に許可していないすべての権利を保有します。

**3　解除。**お客様が本契約に違反した場合、WRQ 社はその他の権利を与えることなく本契約を解除できます。その場合は、お客様は WRQ 社の指示により本件ソフトウェアのすべてのコピーを破棄するものとします。

20

4　**不正使用防止及び立ち入り検査権。**お客様は以下の条件 (i)、(ii)、(iii) に同意されたものと見なされます。(i) 本件ソフトウェアのいかなる無許可複製、配布、あるいは使用を防止するため、利用許可者及び組織内部において不正使用防止措置を実施すること。(ii) WRQ 社の要請に応じ、本件ソフトウェアのコピー数あるいは同時使用枚につき、同社に証明書を提出すること。(iii) 本契約内容が遵守されているかを確認するため、お客様の通常営業時間内に、WRQ 社に施設及び管理体制の立ち入り検査を許可すること。立ち入り検査の結果、お客様が購入された使用件数を超えて、実行されている本件ソフトウェアコピー枚の差が 5％ 未満の場合は、WRQ 社が立ち入り検査費用を支払うものとし、上記の差が 5％ 以上である場合は、立ち入り検査費用はお客様の負担とします。

5　**更新バージョン。**お客様は、本件ソフトウェアを所有している場合に限って、この更新バージョンを実行することができます。本件ソフトウェアの更新バージョンは旧バージョンに取って代わるかまたはその補完となります。更新バージョンは、本契約の条件に従って実行されるものとします。本件ソフトウェアの更新バージョンを使用する場合は、旧バージョンのすべてのコピー及び同時使用権者全部の使用権を所有しなければなりません。

6　**著作権。**本件ソフトウェア及びすべてのコピーの所有権は、WRQ 社またはその代理店に帰属します。本契約に明示されている以外の場合は、本件ソフトウェアや本件ソフトウェアに付随する印刷物のコピーを作成することはできません。お客様は、本件ソフトウェアに関して購入された各使用権に対して、本件ソフトウェアに付属するオンライン印刷物のコピーを一部作成することができます。お客様がオンライン印刷物のコピーを作成されるときは、必ず本件ソフトウェアに添付されているものと同じ著作権表示その他の商標の説明をコピーにも添付して下さい。

7　**バックアップコピー。**お客様は WRQ 社から提供された本件ソフトウェアの元の記録媒体をバックアップまたは保存用の目的で保存しておくことができます。コンピュータで本件ソフトウェアを使用する際に元の記録媒体が必要な場合は、本件ソフトウェアのコピーを、バックアップまたは保存用の目的でのみ一部だけ作成することができます。

8　**輸出規制。**お客様は、本件ソフトウェア及びいかなる部分、本件ソフトウェアの直接製品である工程またはサービス（前述の「制御されているコンポーネント」を参照）をも、アメリカ合衆国輸出規制の対象とならないかなる国、個人、または法人にも輸出または再輸出しないことに同意したものとします。特に、お客様は、制御されているコンポーネントを (i) キューバ、イラン、イラク、リビア、北朝鮮人民共和国、スーダン、シリアなどのアメリカ合衆国が物資やサービスの輸出を禁止している国と同等の扱いを行っているその他の国に、制限されているコンポーネントを転送または輸送する可能性のあるいかなる国籍を持つ個人へ、(ii) 核兵器、化学兵器または細菌兵器などの設計、開発または製造のために制御されたコンポーネントを利用する可能性のある個人や法人へ、または、(iii) アメリカ合衆国政府機関からアメリカ合衆国輸出取引への参加を禁止されているいかなる個人や法人へ輸出しないことに同意したものとします。お客様は、アメリカ合衆国商省いかなる輸出管理事務局及びいかなるアメリカ合衆国政府機関からもお客様の輸出権を一時停止、廃棄、拒否されたことがないことを保証し、両者するものとします。

9　**アメリカ合衆国政府による規制。**アメリカ合衆国政府の民間機関の懇願によって 1995 年 12 月 1 日以降に発行されたソフトウェア及び印刷物、及びアメリカ合衆国政府の防衛局の懇願によって 1995 年 9 月 29 日以降に発行されたソフトウェア及び印刷物は、限定権利とともに配布されています。政府による使用、コピー、公開は、副

日本語

21

節 FAR 52.227-14(g)(1987年6月)、または副節 DFAR 252.227-7013 (c)(1)(ii)(1988年10月) に述べられているように、制限の対象となります。上記に示した日付以降にアメリカ合衆国の民間機関または防衛局の懇願によって発行されたすべてのソフトウェア及び印刷物は、この契約に述べられている商用ライセンスの権利のみとともに配布されています。

10  準拠法。本契約は、アメリカ合衆国ワシントン州法を準拠法とします。国際動産売買契約に関する国連条約は適用されません。なお、本件ソフトウェアをアメリカ合衆国外でお買い上げいただいた場合、その国の法規が適用されます。本契約について紛争が生じた場合、勝訴した当事者は、相手方に対して弁護士費用を含む費用を請求することができます。

11  完全同意。本契約が本件ソフトウェアに関するお客様と WRQ 社との間のすべての契約であり、他のすべての書面の記載または口頭による契約に優先します。本契約の条件は、本契約を行使する一方からの文書によって修正されることはなく、両者により署名された書面によってのみ修正することができます。本契約に含まれるいずれかの条項が効力を失った場合においても、他の条項は有効であるものとします。本契約の原版は、英語で書かれています。他の言語に翻訳されている場合は、英語版が優先されます。

本件ソフトウェアの本契約に関するご質問や、その他の理由で WRQ 社に連絡をご希望の方は、WRQ 社の代理店、または、WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA までご連絡下さい。

以下に本件ソフトウェアの限定保証を参考として記載します。

**製品保証**

**保証の条件。**お客様のお手元に本件ソフトウェアが届いてから 90 日間、WRQ 社は、(a) 変更の加えられていない本件ソフトウェアを正しく使用した場合、本件ソフトウェアが付属の印刷物に記載されたとおりに実質的に機能すること、及び (b) WRQ 社の記録媒体に物理的な欠陥のないことを保証します。黙示的保証も同様に 90 日間に限られます。本件ソフトウェアの不具合が、ソフトウェアの改変、事故、誤用または他の外使用に起因する場合は、この保証は適用されません。この保証条件は、保証で提供される、期間制限付きの評価版ソフトウェアには適用されません。司法管轄によっては黙示的保証による継続期間の制限を認めない場合があり、この場合は上記制限は適用されません。

**保証責任。**この保証が適用になる場合、WRQ 社または代理店は、WRQ 社の選択により、不具合の生じた本件ソフトウェアの修理または交換を行うか、お客様が本件ソフトウェアに対して支払われた代金をお返しいたします。この賠償を受けるためには、WRQ 社にすべての不具合の生じた本件ソフトウェアとそのソフトウェアの代金の領収書とともに返却するものとします。本件ソフトウェアが交換、再提供される場合は、元の保証期間の残りか交換、再提供から 30 日かのいずれか長い方の期間この保証を適用します。アメリカ合衆国外では、本件ソフトウェアについてこの保証の適用を要求される場合、または、WRQ 社のサポートサービスを要求される場合は、必ず指定代理店の発行した本件ソフトウェアの代金の領収書を提示して下さい。

**その他の保証。**WRQ 社も代理店も、本件ソフトウェア及び技術サポートの提供や未提供に関して、口頭または書面、あるいは、明示または黙示であるとを問わず、本件ソフトウェアの市場性、特定目的への適合性、第三者の知的所有権を侵害しないことなど一切の保証をするものではありません。この保証は、お客様に特定の法的権利を授与するものです。その他の保証は司法管轄によって異なる場合があります。

22

**責任の限定。** WRQ 社及び代理店は、いかなる場合であっても、それが予見できたか否かにかかわらず、本件ソフトウェアの使用または使用不能や、技術サポートの提供または未提供によって生じたお客様の特別損害、偶発損害、間接損害もしくは結果損害 (例えば、人身損害、逸失利益、業務の中断等) について賠償する責任を負わないものとします。いかなる場合も、WRQ 社及び代理店のお客様に対する損害賠償責任は、お客様が実際に支払われた本件ソフトウェアまたは技術サポートの代金相当額をもってその上限といたします。司法管轄によっては、責任の除外または制限を認めない場合があり、この場合は上記制限は適用されません。

日本語

23

◇ **WRQ**

**Corporate Headquarters**
1500 Dexter Avenue North
Seattle, Washington 98109
TEL  206 217 7500
      800 872 2829
FAX  206 217 7515

For regional office information, visit www.wrq.com.

**European Headquarters**
The Netherlands
TEL +31 70 375 1100
FAX +31 70 356 1244

**Asia Pacific Headquarters**
Singapore
TEL +65 336 5122
FAX +65 336 5233

**WRQ.COM**
EMAIL info@wrq.com

© 2001 WRQ, Inc. All rights reserved. WRQ, the WRQ logo, and Reflection are trademarks of WRQ, Inc., registered in the USA and other countries. Other brand and product names are trademarks of their respective owners.

© 2001 WRQ, Inc. Alle Rechte vorbehalten. WRQ, das WRQ Firmenzeichen und Reflection sind in den USA und anderen Ländern eingetragene Marken der Warenzeichen von WRQ, Inc. Andere Marken- oder Produktnamen sind eingetragene Warenzeichen der entsprechenden Inhaber.

© 2001 WRQ, Inc. Tous droits réservés. WRQ, le logo WRQ et Reflection sont des marques commerciales de WRQ, Inc. exposées aux Etats-Unis et dans d'autres pays. Les autres noms de marques et de produits sont des marques commerciales de leurs propriétaires respectifs.

© 2001 WRQ, Inc. All rights reserved. WRQ ロゴ、Reflectionは、WRQ, Inc. の商標であり、米国及びその他各国で登録されています。その他のブランド名及び製品名は各社の商標です。

Printed in the USA. 7/01 19-0044-0095

EXHIBIT B-3



**WRQ** Reflection and Express Software

## WRQ END USER LICENSE AGREEMENT

## WRQ-ENDBENUTZERLIZENZVEREINBARUNG

## CONTRATO DE LICENCIA WRQ PARA USUARIO FINAL

## CONVENTION DE DROITS D'UTILISATION DU LOGICIEL WRQ

## CONTRATO DE LICENÇA PARA USUÁRIO FINAL WRQ

## WRQ エンドユーザ使用許諾契約

**IMPORTANT—READ CAREFULLY BEFORE OPENING THE SOFTWARE PACKET(S):**

This is a legal agreement (the "Agreement") between you (either an individual or a single entity) and WRQ, Inc. ("WRQ") for the enclosed WRQ software product, which includes computer software and any associated materials ("Software"). BY OPENING THE SOFTWARE PACKET(S), INSTALLING, COPYING, OR OTHERWISE USING THE SOFTWARE, YOU AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT. If you do not agree to the terms, return the unopened packet(s) and all accompanying items to your place of purchase for a full refund.

## WRQ END USER LICENSE AGREEMENT

1    GRANT OF LICENSE.

> ⮞ If you have acquired a Single User License of the Software, you may install and use one copy of the Software on only one computer at any one time. The Software is "in use" when it is loaded in temporary or permanent memory of the computer.

> ⮞ If you have acquired a Volume License of the Software, you may install and use one copy of the Software on each of as many computers as the number of licenses you have acquired. You may also install a copy of the Software on a network server(s), provided you acquire and dedicate a License for each computer on which the Software is installed or run. The primary user of the computer on which the Software is installed may make a second copy for his or her exclusive use on a home or portable computer. If the primary user changes, you shall ensure the destruction of the second copy.

> ⮞ If you have acquired a Concurrent License of this Software, you may allow as many users to install and use the Software at the same time

as the number of licenses you have acquired. As part of the installation of the Software, you agree to use a software metering package which can monitor concurrent usage both over a network and on individual computers and can provide usage reports upon request by WRQ.

> ⮞ If you have acquired a License for Reflection° for Citrix° WinFrame° or for Reflection with Citrix WinFrame, you may use the Software in accordance with the provisions for a Concurrent License, except that (i) you are not obligated to use a software metering package, and (ii) the Software is licensed to you for use solely in conjunction with the Citrix WinFrame software product.

2    LIMITS ON USE. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is permitted by applicable law. You may not rent, lease, sell, sublicense, or lend the Software. The Software is licensed as a single product. Its component parts may not be separated for use on more than one computer, except, (1) if the media provided to you includes multiple WRQ programs for the same desktop operating system ("Programs") or multiple language versions of the same Software ("Languages") and (2) if the Software does not have the designation "Suite" or "Citrix" in its name, you may use each Program or Language, provided the total number of copies in use does not exceed the number of licenses you have acquired for the Software. If you have acquired a Single User License, you may permanently transfer all of your rights under this Agreement, as long as: (i) you retain no copies, (ii) you transfer all of the Software (including all accompanying materials, and all prior versions), and (iii) the recipient agrees to the terms of this Agreement. If you have acquired a Volume or a Concurrent License, you may not assign your rights or obligations under this Agreement to any person or entity without the prior written consent of WRQ.

2

3    TERMINATION. If you violate any term of this Agreement, WRQ may terminate this Agreement without waiving any other rights. If your Agreement is terminated, you must return the Software or, at WRQ's direction, destroy all copies of the Software. WRQ keeps all rights not expressly granted under this Agreement.

4    SAFEGUARDS/AUDIT RIGHTS. You agree to: (i) implement internal safeguards to prevent any unauthorized copying, distribution, or use of the Software; (ii) provide WRQ with written certification of the number of copies or concurrent usage of the Software on request, and (iii) to allow WRQ to audit your premises and systems for compliance with this Agreement during regular business hours. WRQ will pay for the cost of the audit unless the audit shows a discrepancy which is five percent (5%) or more of the number of copies of the Software in use over the licenses you have acquired; in which event, you shall pay for the cost of the audit.

5    UPGRADES AND SUPPLEMENTAL CODE. You must be licensed to use Software identified by WRQ as being eligible for an upgrade in order to use the upgrade. Software acquired as an upgrade replaces and/or supplements all prior versions. You may use the resulting upgrade only in accordance with the terms and conditions of this Agreement. Upgrades of the Software, if obtained, must be obtained for the total of all authorized copies or concurrent users. If you receive any supplemental software code as part of WRQ technical support services related to the Software, such code is considered part of the Software and subject to the terms and conditions of this Agreement.

6    COPYRIGHT. The Software is licensed to you, not sold. WRQ and its suppliers own the Software. The Software is protected by copyright laws and international treaty provisions. If you make copies, you must include all applicable copyright notices and other proprietary rights legends that come with the Software. You may not copy the printed materials accompanying the Software except as expressly authorized by WRQ. You may make and keep one copy of the Software solely for backup or archival purposes.

7    EXPORT. You agree that the Software will not be shipped, transferred or exported into any country or used by any person or entity or in any manner prohibited by the United States Export Administration Act, the International Traffic in Arms Regulations of the U.S. State Department, or any other export laws, restrictions, or regulations of any jurisdiction. You warrant and represent that neither the U.S. State Department Office of Defense Trade Controls nor any other U.S. agency has suspended, revoked, or denied your export privileges.

8    U.S. GOVERNMENT RESTRICTED RIGHTS. The Software is provided with U.S. Government RESTRICTED RIGHTS. Use, duplication, or disclosure by the Government is subject to restrictions as set forth in FAR 52.227-14(g)(Jun. 1987) or DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988). All Software and documentation delivered to: (i) civilian agencies of the U.S. Government pursuant to solicitations issued after December 1, 1995, or (ii) the Department of the Defense of the U.S. Government on solicitations issued after September 29, 1995, are delivered with only the commercial licensing rights set forth in this Agreement. Manufacturer is WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

9    GOVERNING LAW AND ATTORNEYS' FEES. This Agreement is governed by the laws of the State of Washington, USA, excluding its conflict of laws rules, and specifically excludes the United Nations Convention on Contracts for the International Sale of Goods. If you acquired this Software in a country outside of the United States, that country's laws may apply. In any action or suit to enforce any right or remedy under this Agreement or to interpret any provision of this Agreement, the prevailing party will be entitled to recover its costs, including reasonable attorneys' fees.

3

10  ENTIRE AGREEMENT. This Agreement constitutes the entire agreement between you and WRQ with respect to the Software, and replaces all other representations. This Agreement cannot be modified except by written consent of both parties. The terms of this Agreement will control any conflicting or inconsistent terms in any printed forms used by the parties for convenience in performing the Agreement. If any part of this Agreement is held to be unenforceable as written, it will be enforced to the maximum extent allowed by applicable law, and will not affect the enforceability of any other part.

Should you have any questions concerning this Agreement, or if you desire to contact WRQ for any reason, please contact the WRQ representative serving your company, or write: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

**The following Limited Warranty on the Software is incorporated into this Agreement by reference.**

## LIMITED WARRANTY

LIMITED WARRANTY. For a period of ninety (90) days from the date you receive the Software, WRQ warrants that, when used as directed, (a) the unmodified Software will perform substantially in accordance with the accompanying written materials, and (b) any WRQ media will be free of defects. Any implied warranties on the Software are limited to the 90 day period. This Limited Warranty is void if failure of the Software has resulted from modification, accident, abuse, or misapplication. Some jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to you.

YOUR EXCLUSIVE REMEDY. WRQ's and its suppliers' entire liability and your exclusive remedy arising from your use of the Software is, at WRQ's option, either (a) return of the price you paid, if any, or (b) repair or replacement of the Software which must be returned to WRQ with a copy of your receipt.

Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States, neither these remedies nor any product support services offered by WRQ are available without proof of your purchase from an authorized international source.

NO OTHER WARRANTIES. EXCEPT AS OTHERWISE PROVIDED IN THIS AGREEMENT AND TO THE FULL EXTENT PERMITTED BY LAW, WRQ AND ITS SUPPLIERS PROVIDE THE SOFTWARE AS IS AND DISCLAIM ALL WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, NON-INFRINGEMENT, AND ANY WARRANTIES RELATING TO VIRUSES, WITH REGARD TO THE SOFTWARE. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. This warranty gives you specific legal rights. You may have others, which vary from jurisdiction to jurisdiction.

LIMITATION OF LIABILITY. WRQ AND ITS SUPPLIERS WILL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR PERSONAL INJURY, LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR CONFIDENTIAL INFORMATION, LOSS OF PRIVACY, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE, EVEN IF WRQ OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR ANY REASON (INCLUDING, WITHOUT LIMITATION, DIRECT OR GENERAL DAMAGES), THE ENTIRE LIABILITY OF WRQ AND ITS SUPPLIERS UNDER THIS AGREEMENT AND LIMITED WARRANTY SHALL BE LIMITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE THAT CAUSES THE DAMAGE. Because some jurisdictions do not allow the exclusion or limitation of liability, the above limitation may not apply to you.

4

## WICHTIG – B!TTE AUFMERKSAM LESEN, BEVOR SIE DIE VERPACKUNG DER SOFTWARE ÖFFNEN!

Dieses ist eine Vereinbarung (im folgenden „die Vereinbarung" genannt) zwischen Ihnen (als natürlicher oder juristischer Person) und WRQ, Inc. (im folgenden „WRQ" genannt) bezüglich der Benutzung des Software-Pakets, dem sie beilag, welches aus Software und Begleitmaterialien (im folgenden „Software" genannt) besteht. DURCH DAS ÖFFNEN DER VERPACKUNG, DAS INSTALLIEREN, KOPIEREN ODER ANDERWEITIGE BENUTZEN DER SOFTWARE STIMMEN SIE DIESER VEREINBARUNG MIT ALLEN IHREN BESTIMMUNGEN ZU. Wenn Sie den Bestimmungen der Vereinbarung nicht zustimmen möchten, senden Sie bitte die originalverpackte Software ungeöffnet und einschließlich der gesamten Begleitmaterialien an Ihre Bezugsquelle zurück, wo Ihnen der volle Kaufpreis zurück erstattet wird.

## WRQ-ENDBENUTZERLIZENZVEREINBARUNG

1   IHRE NUTZUNGSRECHTE.

- ▸ Wenn Sie die Software mit einer Einzellizenz erworben haben, haben Sie das Recht, eine Kopie der Software auf einem Computer zu benutzen. Die Software gilt als in Benutzung befindlich, sobald sie vorübergehend oder dauerhaft auf dem Computer gespeichert ist.

- ▸ Wenn Sie die Software mit einer arbeitsplatzgebundene Mehrbenutzerlizenz erworben haben, haben Sie das Recht, jeweils eine Kopie der Software auf so vielen Computern zu installieren und zu benutzen, wie in Ihrer Mehrbenutzerlizenz vereinbart ist. Sie haben auch das Recht, eine Kopie der Software auf einem oder mehreren Netz-Servern zu installieren, wenn für jeden Computer, auf dem die Software installiert ist oder läuft, eine gesonderte Lizenz erworben wurde

und zugeordnet werden kann. Der Hauptbenutzer des Computers, auf dem die Software installiert ist, darf eine zweite Kopie der Software für den ausschließlichen Einsatz auf einem Heimcomputer oder einem tragbaren Computer anfertigen. Sie verpflichten sich, diese Zweitkopie zu vernichten, wenn der Hauptbenutzer wechselt.

- ▸ Wenn Sie die Software mit einer Lizenz für gleichzeitigen Zugriff erworben haben, darf dix Software von so vielen Benutzern installiert und gleichzeitig genutzt werden wie in Ihrer Lizenz für gleichzeitigen Zugriff vereinbart ist. Mit der Installation der Software verpflichten Sie sich jedoch, ein Software-Paket zur Lizenznutzungskontrolle einzusetzen, das die gleichzeitige Nutzung der Software sowohl im Netz als auch auf Einzelcomputern überwacht und darüber Lizenznutzungsberichte erstellt, die WRQ auf Verlangen vorzulegen sind.

- ▸ Wenn Sie eine Lizenz für Reflection® for Citrix® WinFrame® oder für Reflection with Citrix WinFrame erworben haben, darf die Software gemäß den Bestimmungen einer Lizenz für gleichzeitigen Zugriff genutzt werden mit der Maßgabe, daß Sie (i) kein Software-Paket zur Lizenznutzungskontrolle einzusetzen brauchen und daß Sie (ii) die Software nur in Verbindung mit der WinFrame-Software von Citrix verwenden dürfen.

2   EINSCHRÄNKUNG DER NUTZUNGS-RECHTE. Sie sind nicht berechtigt, die Software zurückzuentwickeln (reverse engineering), zu dekompilieren oder zu disassemblieren, es sei denn und nur insoweit das anwendbare Recht es gestattet. Sie sind des weiteren nicht berechtigt, die Software zu vermieten, zu verleasen, zu verkaufen, per Unterlizenz weiterzugeben oder zu verleihen. Die Software ist als einheitliches Produkt lizenziert. Sie sind nicht berechtigt, Teile hiervon separat auf verschiedenen Computern einzusetzen. Ausnahme: wenn (1) die Ihnen gelieferten Datenträger mehrere verschiedene WRQ-Programme

(„Programme") für dasselbe Arbeitsplatz-Betriebssystem oder mehrere verschiedene Sprachversionen („Sprachen") derselben Software enthalten, und (2) in der Benennung der Software die Wörter "Suite" or "Citrix" nicht vor kommen, dann dürfen Sie jedes Programm bzw. jede Sprache getrennt verwenden, solange die Gesamtzahl der Lizensen, die Sie für die Software erworben haben, nicht überschritten wird. Haben Sie eine Einzellizenz erworben, können Sie die Gesamtheit Ihrer Rechte aus dieser dauerhaft übertragen, sofern Sie (i) keine Kopie zurückbehalten, (ii) die vollständige Software (einschließlich aller Begleitmaterialien und aller älteren Versionen, die sich in Ihrem Besitz befinden) übertragen und (iii) der/die Empfänger(in) den Bedingungen dieser Vereinbarung zustimmt. Haben Sie jedoch eine arbeitsplatzgebundene ehrbenutzerlizenz oder eine Lizenz für gleichzeitigen Zugriff erworben, sind Sie nicht berechtigt, Ihre Rechte und Pflichten aus dieser an Dritte zu übertragen, es sei denn WRQ stimmt dem schriftlich zu.

3  BEENDIGUNG DER VEREINBARUNG. Wenn Sie irgendeiner der Bestimmungen dieser Vereinbarung zuwiderhandeln, ist WRQ unbeschadet aller anderen Rechte berechtigt, die Vereinbarung fristlos zu kündigen. Ist die Vereinbarung beendet, sind Sie verpflichtet, die Software zurückzugeben oder, nach entsprechender Anweisung durch WRQ, alle Kopien der Software zu vernichten, die sich in Ihrem Besitz befinden. Alle Rechte, die Ihnen durch diese Vereinbarung nicht ausdrücklich eingeräumt werden, liegen bei WRQ.

4  VERTRAGLICHE SCHUTZBESTIMMUNGEN / PRÜFRECHT. Sie verpflichten sich, (i) geeignete Vorkehrungen zu treffen, um eine unzulässige Vervielfältigung, Bereitstellung oder Verwendung der Software zu verhindern, (ii) WRQ auf Anforderung eine schriftliche Erklärung bezüglich der Zahl der eingesetzten Exemplare der Software bzw. des Umfangs der gleichzeitigen Nutzung vorzulegen, und (iii) es WRQ zu ermöglichen, während der üblichen Geschäftszeiten in Ihren Geschäftsräumen und auf Ihren DV-Systemen

die Einhaltung der Bestimmungen dieser Vereinbarung zu überprüfen. WRQ trägt die Kosten der Prüfung, es sei denn die Prüfungsergebnisse liegen um 5 % oder mehr höher als Ihre Angaben bezüglich der Zahl der eingesetzten Exemplare der Software bzw. des Umfangs der gleichzeitigen Nutzung; in diesem Fall tragen Sie die Kosten.

5  UPGRADES UND PROGRAMMZUSÄTZE. Wenn Sie ein Upgrade einsetzen wollen, müssen Sie über eine gültige Lizenz für solche Software verfügen, die laut WRQ zum Bezug des Upgrades qualifiziert. Als Upgrade erworbene Software ersetzt und/oder ergänzt alle vorherigen Versionen dieser Software. Das Upgrade kann von Ihnen nur entsprechend den Bestimmungen dieser Vereinbarung eingesetzt werden. Wenn Upgrades erworben werden, muß dies für alle autorisierten Kopien und Benutzer geschehen. Programmzusätze und -erweiterungen, die Sie im Rahmen der technischen Unterstützung vom WRQ-Kundendienst erhalten, sind als Teil der lizenzierten Software entsprechend den Bestimmungen dieser Vereinbarung zu behandeln.

6  URHEBERRECHT. Mit der von Ihnen erworbenen Lizenz haben Sie keinerlei Eigentumsrechte an der Software erworben, sondern lediglich das Recht zur Benutzung der Software entsprechend den Bestimmungen dieser Lizenzvereinbarung. Alle Eigentumsrechte verbleiben bei WRQ und WRQ's Lieferanten. Die Software ist urheberrechtlich geschützt. Wenn Sie Kopien von der Software anfertigen, müssen Sie deshalb alle Urheberrechtsvermerke und andere Hinweise auf Eigentumsrechte übernehmen, die mit der Software geliefert werden. Sie sind nicht berechtigt, das gedruckte Begleitmaterial zu vervielfältigen, es sei denn WRQ erteilt Ihnen hierzu die ausdrückliche Erlaubnis. Eine Kopie der Software darf zur ausschließlichen Verwendung als Sicherungskopie oder zu Archivierungszwecken angefertigt werden.

7  AUSFUHR. Sie verpflichten sich, diese Software nicht in ein Land zu liefern, zu übertragen oder zu exportieren und keine Benutzung der Software durch eine natürliche oder juristische Person zuzulassen, das bzw. die einem Verbot durch den

United States Export Administration Act, die International Traffic in Arms Regulations of the U.S. State Department, irgendeinem anderen Ausfuhrgesetz, einer Einschränkung oder Regulierung eines anderen Landes unterliegen.

8  EINGESCHRÄNKTE RECHTE DER US-REGIERUNG. Der US-Regierung wird das Produkt mit eingeschränkten Rechten zur Verfügung gestellt. Verwendung, Vervielfältigung oder Veröffentlichung durch die Regierung unterliegt den Einschränkungen, wie sie in FAR 52.227-14(g) (Jun. 1987) oder DFAR 252.227-7013(c)(1)(ii) (Oct. 1988) enthalten sind. Für Software und Dokumentationen, die (i) aufgrund von nach dem 1.12.1995 erteilten Aufträgen an US-Regierungsstellen oder (ii) aufgrund von nach dem 29.9.1995 erteilten Aufträgen an das US-Verteidigungsministerium geliefert wurden, gelten lediglich die handelsüblichen Nutzungsrechte wie sie in dieser Vereinbarung eingeräumt werden. Hersteller der Software ist: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, USA.

9  ANWENDBARES RECHT. Wenn Sie dieses Produkt in den USA erworben haben, unterliegt diese Vereinbarung den Gesetzen des Staates Washington mit Ausnahme der Conflict of Laws Rules und unter ausdrücklichem Ausschluß des UN-Kaufrechts. Im Falle gerichtlichen Vorgehens zur Durchsetzung von Rechten oder Ansprüchen aus dieser Vereinbarung oder zur Auslegung von Lizenzbedingungen ist die obsiegende Partei berechtigt, ihre Kosten einschließlich angemessener Anwaltskosten von der Gegenpartei einzufordern. Wenn Sie dieses Produkt außerhalb der USA erworben haben, gilt das lokal anwendbare Recht, ebenfalls unter Ausschluß des UN-Kaufrechts.

10  SCHLUSSBESTIMMUNGEN. Diese Vereinbarung ersetzt alle anderen bisher zwischen den Parteien erfolgten Absichtserklärungen. Nebenabreden sind keine getroffen worden. Die Aufhebung, Änderung und Ergänzung dieser Vereinbarung bedarf der Schriftform. Mündliche Absprachen, einschließlich solcher über die Aufhebung der

Schriftform, sind nichtig. Geschäftsbedingungen des Lizenznehmers gelten nur, soweit sie den Bestimmungen dieser Vereinbarung nicht zuwiderlaufen. Falls einzelne Bestimmungen dieser Vereinbarung unwirksam bzw. undurchführbar sind oder werden sollten, wird der Bestand der Vereinbarung im übrigen davon nicht berührt. Die unwirksame oder undurchführbare Bestimmung ist so umzudeuten, daß sie rechtswirksam oder durchführbar wird.

Falls Sie Fragen zu oder WRQ ansprechen möchten, wenden Sie sich bitte an den WRQ-Vertriebspartner, der Sie betreut, oder schreiben Sie an: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, USA.

**Die als Anlage beigefügte Erklärung zur beschränkten Herstellergarantie ist wichtiger Teil dieser Vereinbarung.**

## BESCHRÄNKTE HERSTELLERGARANTIE

BESCHRÄNKTE HERSTELLERGARANTIE. WRQ garantiert für einen Zeitraum von 90 Tagen ab Erhalt der Software, daß bei sachgemäßem Gebrauch (a) die Software im wesentlichen gemäß der mitgelieferten Dokumentation funktioniert und (b) daß der/die WRQ-Datenträger, auf dem/denen die Software geliefert wurde, fehlerfrei sind. Alle Ansprüche aus der Software gegen WRQ sind auf den genannten Zeitraum von 90 Tagen beschränkt. Die Garantie gilt nicht, wenn die geltend gemachten Mängel Folge einer Änderung an der Software, der Einwirkung von Gewalt, eines Mißbrauchs oder eines unsachgemäßen Gebrauchs sind. DIESE GARANTIE WIRD VON WRQ ALS HERSTELLER DES PRODUKTES ÜBERNOMMEN; ETWAIGE GESETZLICHE GEWÄHRLEISTUNGS- ODER HAFTUNGSANSPRÜCHE GEGEN DEN HÄNDLER, VON DEM SIE IHR EXEMPLAR DER SOFTWARE BEZOGEN HABEN, WERDEN HIERDURCH WEDER ERSETZT NOCH BESCHRÄNKT.

Deutsch

7

IHRE AUSSCHLIESSLICHEN ANSPRÜCHE. Die Haftung von WRQ und den Lieferanten von WRQ Ihnen gegenüber sowie Ihr Anspruch gegenüber WRQ und den Lieferanten von WRQ beschränkt sich, nach Wahl von WRQ, auf folgende Möglichkeiten: (a) Rückerstattung des von Ihnen bezahlten Kaufpreises oder (b) Instandsetzung bzw. Umtausch der Software, die in diesem Fall zusammen mit einer Kopie Ihres Zahlungsbelegs an WRQ zurückgegeben werden muß. Für eine Ersatz-Software übernimmt WRQ eine Garantie nur für den Rest der ursprünglichen Garantiedauer oder für 30 Tage, wobei die jeweils längere Frist gilt. Außerhalb der USA gelten sowohl diese (Ihre) Ansprüche als auch Ihr Anspruch auf irgendwelche von WRQ angebotenen Kundendienstleistungen nur, wenn Sie den Nachweis erbringen, daß Sie die Software von einer autorisierten internationalen Bezugsquelle rechtmäßig erworben haben. Wir weisen Sie jedoch auf Ihre Rechte gegenüber dem Verkäufer hin sowie auf andere unabdingbare gesetzliche Ansprüche, die hierdurch in keiner Weise eingeschränkt werden.

AUSSCHLUSS JEDER WEITEREN GEWÄHR-LEISTUNG. SOWEIT IN DIESER VEREIN-BARUNG NICHTS ANDERES VEREINBART IST UND SOWEIT ES DAS GELTENDE RECHT ZULÄSST, SCHLIESST WRQ FÜR SICH UND SEINE LIEFERANTEN JEDE WEITERGEHENDE HAFTUNG UND GEWÄHRLEISTUNG AUS.

KEINE HAFTUNG FÜR FOLGESCHÄDEN. WEDER WRQ NOCH DIE LIEFERANTEN VON WRQ HAFTEN FÜR IRGENDWELCHE SCHÄDEN (AUCH NICHT FÜR PERSONENSCHÄDEN, SCHÄDEN AUS ENTGANGENEM GEWINN, BETRIEBSUNTERBRECHUNG, VERLUST VON GESCHÄFTLICHEN ODER VERTRAULICHEN INFORMATIONEN ODER DATEN, VERLET-ZUNGEN VON VERTRAULICHKEITS- ODER GEHEIMHALTUNGSBESTIMMUNGEN ODER IRGENDWELCHEN ANDEREN FINANZIELLEN VERLUSTEN), DIE AUFGRUND DER BENUTZUNG DIESER SOFTWARE ODER DER UNMÖGLICH-KEIT, SIE ZU BENUTZEN, ENTSTEHEN, UND ZWAR SELBST DANN NICHT, WENN

WRQ BZW. SEINE LIEFERANTEN VON DER MÖGLICHKEIT EINES SOLCHEN SCHADENS IN KENNTNIS GESETZT WORDEN SIND. HILFSWEISE UND AUF JEDEN FALL IST DIE HAFTUNG VON WRQ UND SEINEN LIEFERANTEN AUF DEN BETRAG BESCHRÄNKT, DEN SIE BEZAHLT HABEN, UM DIE SOFTWARE ZU ERWERBEN. UNBERÜHRT BLEIBEN LEDIG-LICH ANSPRÜCHE, DIE AUF UNABDINGBAREN GESETZLICHEN VORSCHRIFTEN ZUR PRODUKT-HAFTUNG BERUHEN.

8

**IMPORTANTE—SÍRVASE LEER DETENIDAMENTE ANTES DE ABRIR EL(LOS) PAQUETE(S) DEL SOFTWARE:**

El presente es un acuerdo legal (el "Contrato") entre usted (ya sea un individuo o una persona jurídica) y WRQ, Inc. ("WRQ") para el producto de software de WRQ adjunto, que incluye el software para computa-dora y todos los materiales asociados ("Software"). AL ABRIR, INSTALAR, COPIAR, O HACER USO DE EL(LOS) PAQUETE(S) DE SOFTWARE, USTED ACEPTA LA OBLIGACIÓN DE CUMPLIR CON LOS TÉRMINOS Y CONDICIONES DE ESTE CONTRATO. Si usted no acepta estos términos y condiciones, devuelva el(los) paquetes(s) sin abrir con todos sus materiales adjuntos al lugar donde los adquirió para que se le reembolse totalmente el precio pagado.

## CONTRATO DE LICENCIA WRQ PARA USUARIO FINAL

1    OTORGAMIENTO DE LICENCIA.

> Si usted ha adquirido una Licencia para Usuario Único de este Software, usted podrá instalar y usar una copia del Software únicamente en una sola computadora en cualquier momento dado. Se considerará que el Software se encuentra "en uso" cuando está cargado en la memoria temporal o permanente de la computadora.

> Si usted ha adquirido una Licencia Multivolumen del Software, puede instalar y usar una copia del Software en cada una de tantas computadoras como el número de licencias que haya adquirido. También podrá instalar una copia del Software en el(los) servidor(es) de una red, siempre y cuando haya adquirido y dedicado una Licencia para cada computadora en la cual el Software vaya a estar instalado o vaya a ser ejecutado. El usuario principal de la computadora en la cual se instala el Software

podrá hacer una segunda copia para su uso exclusivo en su computadora en casa o en una computadora portátil. Si el usuario principal cambia, la segunda copia deberá ser destruida.

> Si usted ha adquirido una Licencia Simultánea de este Software, podrá permitir que el Software sea instalado y utilizado por tantos usuarios simultáneamente como el número de licencias que haya adquirido. Como parte de la instalación del Software, usted acepta utilizar un paquete de medición de software para controlar el uso simultáneo tanto en una red como en computadoras individuales, que puede suministrar informes de uso cuando WRQ los solicite.

> Si usted ha adquirido una Licencia de Reflection® para Citrix® Win Frame® o de Reflection con Citrix Win Frame, podrá usar el Software conforme a las disposiciones para una Licencia Simultánea, excepto que (i) no estará obligado a usar un paquete de medición de software, y (ii) el Software le habrá sido licenciado exclusivamente para uso junto con el producto software Citrix Win Frame.

2    LÍMITES DE USO. Usted no podrá hacer ingeniería inversa, descompilar o desensamblar el Software, excepto en la medida que dicha actividad esté permitida por la ley aplicable. Asimismo, no podrá alquilar, vender, sublicenciar o prestar el Software. El Software está licenciado como un solo producto. Sus componentes no podrán ser separados para uso en más de una computadora, excepto, (1) si el medio que le ha sido provisto incluye programas múltiples de WRQ para el mismo sistema operativo de computadoras de mesa ("Programas") o versiones del mismo Software en varios idiomas ("Idiomas"), y (2) si el Software no tiene en su nombre la designación de "Suite" or "Citrix," usted puede usar cada Programa o Idioma, siempre y cuando el número total de copias en uso no exceda el número de licencias del Software que ha adquirido. Si usted ha adquirido una Licencia para Usuario Único,

**Español**

9

podrá ceder permanentemente todos sus derechos bajo este Contrato, siempre y cuando: (i) no retenga ninguna copia, (ii) transfiera todo el Software (incluyendo todos los materiales adjuntos y todas las versiones anteriores), y (iii) las condiciones de este Contrato sean aceptadas por la parte receptora. Si usted ha adquirido una Licencia Multivolumen o una Simultánea, no podrá ceder sus derechos u obligaciones bajo este Contrato a ninguna persona o entidad sin el previo consentimiento escrito de WRQ.

3  **CANCELACIÓN.** Si usted no cumple con cualquiera de las condiciones de este Contrato, WRQ podrá cancelarlo sin renunciar a ningún otro derecho. Si su Contrato es cancelado, usted deberá devolver el Software o, si WRQ lo indica, deberá destruir todas las copias del Software. WRQ retendrá todos los derechos no otorgados expresamente bajo este Contrato.

4  **MEDIDAS DE SEGURIDAD/DERECHOS DE AUDITORÍA.** Usted acuerda: (i) implementar medidas de seguridad internas que prevengan la copia, distribución o uso no autorizado del Software; (ii) proporcionar, a petición de WRQ, certificación escrita del número de copias o del uso simultáneo del Software; y (iii) permitir que WRQ lleve a cabo auditorías, en horas hábiles, de sus locales y sistemas para asegurar que cumplan con este Acuerdo. WRQ pagará el costo de la auditoría, a menos de que ésta muestre alguna discrepancia del 5% o mayor en el número de copias utilizadas con la licencia que usted ha adquirido, en cuyo caso, usted deberá pagar el costo de la auditoría.

5  **ACTUALIZACIONES Y CÓDIGO SUPLEMENTARIO.** Usted deberá tener licencia para usar el Software identificado por WRQ como elegible para una actualización a fin de poder utilizar dicha actualización. El Software adquirido como una actualización reemplazará y/o suplementará todas las versiones anteriores. Podrá utilizar la actualización resultante únicamente de acuerdo con los términos y condiciones de este Contrato. Las actualizaciones del Software, en caso de ser

obtenidas, deberán conseguirse para todas las copias o usuarios simultáneos autorizados. Si usted recibe cualquier código de software suplementario como parte de los servicios de asistencia técnica de WRQ relacionados con el Software, dicho código será considerado como parte del Software y sujeto a los términos y condiciones de este Contrato.

6  **DERECHOS DE AUTOR.** Esta Licencia solamente le da el derecho de utilizar el Software; el Software en sí no se le vende. WRQ y sus proveedores-distribuidores son los dueños del Software. El Software está protegido bajo las leyes de derechos de autor y las disposiciones de tratados internacionales. Si usted hace copias, deberá incluir todas las notificaciones aplicables de derechos de autor y las leyendas de otros derechos de propiedad que vienen con el Software. No podrá copiar los materiales impresos que vienen con el Software a menos que haya sido autorizado expresamente por WRQ. Puede hacer una copia del Software y guardarla únicamente como respaldo o para el propósito de archivarla.

7  **EXPORTACIÓN.** Usted acuerda que el Software no será enviado, transferido o exportado a ningún país ni usado por ninguna persona o entidad, ni de ninguna manera prohibida por la Ley de la Administración de Exportaciones de los Estados Unidos, las Regulaciones Internacionales del Tráfico de Armas del Departamento de Estado de los EE.UU. o por cualquier otra ley, restricción o regulación de exportaciones de cualquier jurisdicción. Usted garantiza y manifiesta que ni los Controles de Comercio de la Oficina de Defensa del Departamento de Estado de los EE.UU. ni ningún otro organismo estadounidense ha suspendido, revocado o denegado sus privilegios de exportación.

8  **DERECHOS LIMITADOS DEL GOBIERNO DE LOS EE.UU.** El Software se provee con DERECHOS LIMITADOS del Gobierno de los EE.UU. El uso, duplicación o divulgación por parte del Gobierno estarán sujetos a las limitaciones enunciadas en FAR 52.227-14(g)(Jun. 1987) o DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988). Todo Software y toda

10

documentación entregados a: (i) organismos civiles del Gobierno de los EE.UU. de conformidad con solicitudes hechas después del 1 de diciembre de 1995, o (ii) al Departa-mento de Defensa del Gobierno de los EE.UU. por solicitaciones hechas después del 29 de septiembre de 1995, se entregan solamente con los derechos de licencia comercial establecidos en este Contrato. El fabricante es WRQ Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

9    **LEY NORMATIVA Y HONORARIOS DE ABOGADOS.** Este Contrato está regido por las leyes del Estado de Washington, EE.UU., a exclusión de sus reglas para casos de conflicto entre leyes, y específicamente a exclusión de la Convención de las Naciones Unidas sobre Contratos para la Venta Internacional de Mercancías. Si usted adquirió este Software fuera de los Estados Unidos, se podrán aplicar las leyes de ese país. En toda acción o pleito para hacer cumplir algún derecho o recurso bajo este Contrato o para interpretar alguna disposición de este Contrato, la parte ganadora tendrá derecho a recuperar sus costos, incluyendo honorarios razonables para abogados.

10    **CONTRATO COMPLETO.** Este Contrato constituye el acuerdo completo entre usted y WRQ con respecto al Software y reemplaza todas las demás afirmaciones. Este Contrato no puede ser modificado excepto por consentimiento escrito de ambas partes. Los términos y condiciones de este Contrato prevalecerán sobre todas las condiciones conflictivas o inconsistentes en los formularios impresos utilizados por las partes por conveniencia en la ejecución del Contrato. Si se determina que no es posible cumplir con alguna sección de este Contrato por la manera en que está redactada, dicha sección se hará cumplir en la medida que lo contemple la ley aplicable, y no afectará a la obligatoriedad de las demás secciones.

Si tiene alguna pregunta con respecto a este Contrato, o si desea comunicarse con WRQ por cualquier motivo, sírvase comunicarse con el representante de WRQ que atiende a su empresa, o escriba a: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, USA.

**La siguiente Garantía Limitada del Software está incorporada a este contrato por referencia.**

## GARANTÍA LIMITADA

GARANTÍA LIMITADA. WRQ garantiza que por un período de noventa (90) días posterior a la fecha en que usted recibió el Software, (a) el Software funcionará substancialmente en la forma descrita en los materiales escritos que acompañan al Software, siempre y cuando éste no haya sido modificado, y (b) todo medio WRQ estará libre de defectos. Cualquier garantía implícita del Software se limitará al período de 90 días. Esta Garantía Limitada se anulará si la falla en el Software es el resultado de modificaciones, accidente, abuso o uso indebido. Algunas jurisdicciones no permiten limitaciones en la duración de una garantía implícita, de modo que es posible que las limitaciones antes mencionadas no se apliquen a usted.

SUS RECURSOS EXCLUSIVOS. Sus recursos exclusivos y la responsabilidad total de WRQ y sus proveedoresdistribuidores, que se derivan de o están relacionados al uso del Software serán, a elección de WRQ, ya sea (a) el reembolso del precio pagado, o (b) la reparación o reposición del Software, el cual deberá ser devuelto a WRQ acompañado por una copia de su recibo. Cualquier reposición del Software se garantizará por el resto de la garantía original o por un período de treinta (30) días, el que sea más largo. WRQ no ofrece ninguno de estos recursos ni ningún servicio de asistencia fuera de los Estados Unidos sin un comprobante de compra de un representante internacional autorizado.

NINGUNA OTRA GARANTÍA, A EXCEPCIÓN DE LO PROVISTO EN ESTE CONTRATO Y EN LA MEDIDA MÁXIMA QUE PERMITE LA LEY, WRQ Y SUS PROVEEDORESDISTRIBUIDORES PROVEEN EL SOFTWARE TAL CUAL ESTÁ Y EXCLUYEN CUALQUIER OTRA GARANTÍA, YA SEA ORAL O ESCRITA, EXPRESA O IMPLÍCITA, INCLUYENDO SIN LIMITACIÓN GARANTÍAS IMPLÍCITAS DE COMERCIABILIDAD,

Español

11

IDONEIDAD PARA UN FIN EN PARTICULAR, DE TÍTULO, DE NO VIOLACIÓN DE OBLIGACIONES, Y CUALQUIER OTRA GARANTÍA RELACIONADA CON VIRUSES, REFERENTE AL SOFTWARE. Esta garantía le da derechos legales específicos. Sin embargo usted puede tener otros derechos, los cuales varían de una jurisdicción a otra.

**LIMITACIÓN DE RESPONSABILIDAD.**
WRQ Y SUS PROVEEDORESDISTRIBUIDORES NO SERÁN RESPONSABLES DE NINGÚN DAÑO ESPECIAL, INCIDENTAL, INDIRECTO O CONSECUENTE (INCLUYENDO, SIN LIMITACIÓN, DAÑOS POR LESIONES PERSONALES, PÉRDIDA DE GANANCIAS, INTERRUPCIÓN DE NEGOCIOS, PÉRDIDA DE NEGOCIOS O INFORMACIÓN CONFIDENCIAL, PÉRDIDA DE PRIVACIDAD O CUALQUIER OTRA PÉRDIDA PECUNIARIA) QUE SURJA DEL USO O DE LA IMPOSIBILIDAD DE USAR EL SOFTWARE, AÚN EN EL CASO DE QUE WRQ (O SUS PROVEEDORESDISTRIBUIDORES) HAYA SIDO NOTIFICADO DE LA POSIBILIDAD DE DICHOS DAÑOS. SIN IMPORTAR CUALESQUIERA SEAN LOS DAÑOS QUE USTED PUEDA INCURRIR POR CUALQUIER RAZÓN (INCLUYENDO, SIN LIMITACIÓN, DAÑOS DIRECTOS O GENERALES), LA RESPONSABILIDAD TOTAL DE WRQ Y SUS PROVEEDORESDISTRIBUIDORES BAJO ESTE CONTRATO Y GARANTÍA LIMITADA SE LIMITARÁ AL REEMBOLSO DEL PRECIO PAGADO POR USTED POR EL SOFTWARE QUE CAUSÓ LOS DAÑOS. Algunas jurisdicciones no permiten la limitación o exclusión de responsabilidad, de manera que las anteriores limitaciones o exclusiones pueden no aplicarse a usted.

12

**ATTENTION – A LIRE IMPERATIVEMENT
AVANT D'OUVRIR L'EMBALLAGE DU
LOGICIEL :**

La présente convention de droits d'utilisation
(ci-après "la Convention") constitue un contrat
de licence entre vous (personne physique ou
personne morale) et la Société WRQ, Inc., (ci-
après "WRQ") pour l'utilisation du progiciel
WRQ, comprenant le logiciel et les matériels
d'accompagnement (ci-après "le Logiciel").
EN OUVRANT L'EMBALLAGE DU LOGICIEL,
EN L'INSTALLANT, LE COPIANT OU L'UTILI-
SANT DE QUELQUE MANIÈRE QUE CE SOIT,
VOUS VOUS ENGAGEZ A RESPECTER LES
TERMES DE LA CONVENTION. En cas de
désaccord sur les termes de la Convention,
n'ouvrez pas l'emballage scellé et retournez-le,
ainsi que tous les matériels d'accompagnement
et votre justificatif d'achat, au revendeur qui
vous l'a fourni afin d'obtenir le remboursement
intégral de votre facture.

## CONVENTION DE DROITS
## D'UTILISATION DU LOGICIEL WRQ

1  UTILISATION AUTORISEE DU LOGICIEL.

- Si vous avez acquis le Logiciel avec une
  Licence Mono-Utilisateur, vous êtes en
  droit d'installer et d'utiliser un exemplaire
  du Logiciel sur un seul ordinateur à la fois.
  Le Logiciel est considéré "en utilisation"
  lorsqu'il est stocké de manière temporaire ou
  permanente dans la mémoire de l'ordinateur.

- Si vous avez acquis le Logiciel avec une
  Licence Multi-Postes, vous êtes en droit
  d'installer et d'utiliser une copie du Logiciel
  sur un nombre d'ordinateurs égal au nombre
  de licences que vous avez acquises. Vous
  pouvez également installer le Logiciel sur un
  serveur réseau, à la condition que vous ayez
  acquis autant de licences que vous possédez
  d'ordinateurs sur lesquels le Logiciel sera

utilisé et que chaque licence soit attribuée à
un ordinateur déterminé. L'utilisateur princi-
pal de l'ordinateur sur lequel le Logiciel est
installé est en droit de faire une seconde copie
du Logiciel pour son usage personnel exclusif,
sur son propre ordina-teur personnel à
domicile ou sur son portable. Vous vous
engagez à assurer la destruction de
la seconde copie du Logiciel si l'utilisateur
principal change.

- Si vous avez acquis le Logiciel avec une
  Licence d'Utilisation par Accès Concomi-
  tants, vous êtes en droit d'installer le Logiciel
  sur un serveur réseau, ou sur des ordinateurs
  autonomes, à la condition que le nombre
  d'utilisateurs utilisant simultanément le
  Logiciel soit inférieur ou égal au nombre de
  licences que vous avez acquises. Dans ce cas,
  vous vous engagez à utiliser un logiciel de
  contrôle permettant de déterminer et de
  surveiller l'utilisation simultanée du Logiciel
  tant sur un réseau que sur des ordinateurs
  individuels et qui peut établir des rapports
  d'utilisations concomitantes, à la demande
  de WRQ.

- Si vous avez acquis une licence pour
  Reflection® for Citrix® WinFrame® ou pour
  Reflection with Citrix WinFrame, vous
  pouvez utiliser le Logiciel suivant les condi-
  tions d'une Licence d'Utilisation par Accès
  Concomitants, sauf que (i) vous n'êtes
  pas tenu de mettre en œuvre de logiciel de
  contrôle de licences, et que (ii) vous n'avez le
  droit d'utiliser le Logiciel qu'avec le logiciel
  WinFrame de Citrix.

2  RESTRICTIONS D'EMPLOI. Sous réserve des
opérations autorisées par la loi applicable, il
vous est interdit de procéder à de l'ingénierie
inverse sur le Logiciel, de le désassembler ou de
le décompiler de quelque manière que ce soit.
Il vous est interdit de louer le Logiciel, de le
vendre, de le prêter ou d'accorder des sous-
licences sur le Logiciel. Votre Licence porte sur

**Francais**

13

le Logiciel dans son intégralité. Vous ne pouvez en dériver les composants pour les utiliser sur plus d'un ordinateur. Exception : si (1) le support qui vous a été remis comprend plusieurs programmes WRQ pour le même système d'exploitation de poste de travail ("Programmes") ou plusieurs versions du même logiciel dans des langues différentes ("Langues") et si (2) la désignation du Logiciel ne comporte pas les mots "Suite" ou "Citrix", vous pouvez utiliser séparément chaque Programme ou Langue, à condition que le nombre total des copies du Logiciel en utilisation ne dépasse pas le nombre des licences que vous avez acquises pour le Logiciel. Si vous avez acquis une Licence Mono-Utilisateur, vous pouvez transférer de manière permanente à un tiers l'intégralité des droits que vous accorde la licence, dans la mesure où : (i) vous ne gardez aucune copie du Logiciel, (ii) vous remettez à ce tiers le Logiciel complet (y compris tous les matériels d'accompagnement et toutes les versions antérieures), et (iii) ce tiers s'engage à respecter les termes de la Convention. Si vous avez acquis une Licence Multi-Postes ou une Licence d'Utilisation par Accès Concomitants, vous ne pourrez transférer vos droits sans l'autorisation préalable et écrite de WRQ.

3   RESILIATION. WRQ pourra résilier la Convention si vous manquez à une quelconque de vos obligations en vertu de cette Convention, sans pour autant renoncer à ses autres droits. Si la Convention est résiliée, vous êtes tenu de retourner à WRQ toutes les copies du Logiciel qui sont en votre possession et tous les matériels d'accompagnement, y compris la documentation, ou de détruire ces derniers, si WRQ vous le demande.

4   SAUVEGARDES/ DROIT DE CONTROLE DE WRQ. Vous vous engagez (i) à prendre les précautions nécessaires pour empêcher toute copie, distribution ou utilisation non autorisée du Logiciel, (ii) à fournir à WRQ, à sa demande, une déclaration écrite du nombre de copies du Logiciel que vous détenez/utilisez ou du nombre d'utilisations concomitantes du Logiciel, et (iii) à permettre que WRQ inspecte vos locaux et vos systèmes informatiques pendant les heures de bureau, afin de vérifier si les Logiciels sont utilisés en conformité avec les dispositions de la Convention. WRQ supportera les frais occasionnés par ce contrôle, sauf si les résultats du contrôle montrent que le nombre réel des copies du Logiciel que vous détenez/utilisez ou que le nombre d'utilisations concomitantes du Logiciel est supérieur de 5 % ou plus aux valeurs que vous avez indiquées ; dans ce cas, les frais occasionnés par le contrôle seront supportés par vous.

5   MISES A JOUR ET LOGICIELS COMPLEMENTAIRES. Pour pouvoir utiliser des mises à jour, vous devez être détenteur d'une licence vous autorisant à utiliser un Logiciel WRQ pouvant faire l'objet de mise(s) à jour. Un Logiciel acquis sous la forme d'une mise à jour remplace et/ou complète toutes les versions antérieures de ce Logiciel. L'utilisation des mises à jour de Logiciels est assujettie aux dispositions de la présente Convention. Des mises à jour ne peuvent être obtenues, le cas échéant, que pour le nombre total de copies ou d'utilisateurs concomitants autorisés. Tout Logiciel complémentaire, mis à votre disposition dans le cadre de l'assistance technique WRQ relative au Logiciel objet de la présente Convention, est considéré faisant partie du Logiciel et est soumis aux termes de la Convention.

6   DROITS D'AUTEUR. La présente Convention de droits d'utilisation est un contrat de licence de Logiciel et non un contrat de vente. Le Logiciel objet de la Convention demeure la propriété de WRQ et de ses fournisseurs. Le Logiciel est protégé par les lois relatives à la propriété industrielle et par les dispositions de traités internationaux. Si vous faites une copie du Logiciel, vous êtes tenu d'y faire figurer toutes les mentions relatives aux droits d'auteur et à tout autre droit relatif à la propriété industrielle. Vous n'êtes pas autorisé à copier la documentation accompagnant le Logiciel sauf autorisation écrite et préalable de WRQ. Vous êtes autorisé à faire une copie du Logiciel à des fins de sauvegarde et d'archivage uniquement.

14

7   EXPORTATION. Vous vous engagez à ce que le Logiciel ne soit pas livré, transféré ou exporté dans un pays faisant l'objet d'une interdiction, ou utilisé par une personne physique ou morale d'une manière interdite par le United States Export Administration Act, les International Traffic in Arms Regulations du U.S. State Department ou par toute autre loi ou règlement relatifs à l'exportation. Vous déclarez formellement et vous vous portez garant que ni le U.S. State Department Office of Defense Trade Controls ni aucune autre autorité des Etats-Unis d'Amerique n'a suspendu, révoqué ou refusé votre droit d'exportation.

8   DROITS RESTREINTS DU GOUVERNEMENT DES ETAS-UNIS ("RESTRICTED RIGHTS"). Ce Logiciel est fourni au Gouvernement des Etats-Unis d'Amérique avec des droits d'utilisation restreints ("restricted rights"). L'utilisation, la duplication ou la divulgation par le Gouvernement des Etats-Unis est soumise aux restrictions du FAR 52.227-14(g) (Juin 1987) ou du DFAR 252.227-7013(c)(1)(Octobre 1988). Tous les Logiciels et la documentation livrés (i) aux agences civiles du Gouvernement des Etats-Unis en vertu de demandes postérieures au 1er décembre 1995, ou (ii) au Department of Defense du Gouvernement des Etats-Unis en vertu de demandes postérieures au 29 septembre 1995, ne sont livrés qu'avec les droits de licence prévus dans la présente convention. L'éditeur du Logiciel est : WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

9   LOI APPLICABLE ET HONORAIRES D'AVOCAT. Les rapports entre vous et WRQ seront régis par les lois de l'Etat de Washington, Etats-Unis d'Amérique, à l'exception de ses règles de conflits de lois et à l'exception expresse des dispositions de la Convention des Nations Unies sur la vente internationale de marchandises. Si vous avez acquis le Logiciel dans un pays autre que les Etats-Unis d'Amérique, la loi de ce pays pourrait régir les rapports entre vous et WRQ. En cas d'action ou de procès relatif à l'exécution d'un droit ou d'un recours prévus par la Convention ou relatif à l'interprétation d'une quelconque disposition

de la Convention, la partie qui prévaudra sera en droit d'être remboursée des coûts qu'elle a supportés et notamment des honoraires raisonnables de ses avocats.

10  DISPOSITIONS FINALES. La présente Convention constitue l'intégralité de l'accord conclu entre vous et WRQ en ce qui concerne le Logiciel; en tant que telle, la Convention remplace tous bons de commande, toutes correspondances ou toutes déclarations antérieures la concernant. Toute résiliation, modification ou extension du présent contrat doit faire l'objet d'un accord écrit. Un accord oral, y compris un accord qui annulerait l'écrit, ne saurait avoir d'effet. Toute condition générale ou tous imprimés échangés entre les parties ne seront valables que dans la mesure où ils ne s'opposeront pas aux dispositions de la Convention. Dans l'hypothèse où l'une des clauses de la Convention serait déclarée nulle, ceci n'entraînerait pas pour autant la nullité de la Convention elle-même, dont les autres clauses continueront à s'appliquer.

Si vous avez des questions concernant cette Convention de droits d'utilisation ou si vous désiriez contacter WRQ pour quelque raison que ce soit, veuillez vous mettre en rapport avec votre représentant WRQ local ou écrire à : WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, USA.

**La declaration sur les limites de garantie applicables au logiciel jointe en annexe constitue une partie indissociable de la convention.**

## GARANTIE LIMITEE

GARANTIE LIMITEE. WRQ garantit, sous réserve d'une utilisation conforme à ses instructions que (a) le Logiciel non modifié par l'utilisateur fonctionne pour l'essentiel conformément aux spécificités prévues dans la documentation qui l'accompagne, pendant une période de quatre-vingt-dix (90) jours à compter de

Français

15

la date de son acquisition, et (b) que les supports, matériels et documentations fournis avec le Logiciel sont exempts de vice de fabrication. Toute garantie légale, de quelque nature que ce soit, sera limitée à quatre-vingt-dix (90) jours. Toutefois, la garantie limitée de WRQ ne sera pas applicable au cas où la défectuosité résulterait d'une modification apportée au logiciel, d'un accident, d'un abus ou d'une utilisation non conforme.

VOTRE SEUL RECOURS. En cas de défectuosité, les obligations de WRQ et de ses fournisseurs ainsi que vos droits sont limités, à la discrétion de WRQ, soit (a) au remboursement du prix d'achat payé, soit (b) à la réparation ou au remplacement du Logiciel, qui devra être renvoyé à WRQ accompagné d'une copie du justificatif d'achat. Tout Logiciel de remplacement sera garanti pour la période de la garantie d'origine restant à courir ou pour trente (30) jours à compter de la date de remplacement, au cas où cette dernière période serait plus longue. En dehors des États-Unis, vous ne pourrez exercer aucun de ces recours, ni bénéficier d'aucune assistance technique offerte par WRQ sans avoir apporté la preuve d'avoir acquis le Logiciel auprès d'un revendeur agréé.

EXCLUSION DE TOUTE AUTRE GARANTIE. A L'EXCEPTION DE LA GARANTIE DECRITE CI-DESSUS, ET DANS LA MESURE AUTORISEE PAR LA LOI, WRQ ET SES FOURNISSEURS EXCLUENT TOUTE GARANTIE DE QUELQUE NATURE ET A QUELQUE TITRE QUE CE SOIT, ORALE OU ECRITE, EXPLICITE OU IMPLICITE, ET NOTAMMENT TOUTE GARANTIE POUR LA COMMERCIALISATION DE TOUT PRODUIT EN RAPPORT AVEC LE LOGICIEL, TOUTE GARANTIE RELATIVE A L'UTILISATION DU LOGICIEL POUR UN USAGE DETERMINE, AINSI QUE TOUTE GARANTIE RELATIVE A DES VIRUS. Cette garantie vous donne des droits spécifiques. Vous pouvez en avoir d'autres qui peuvent varier en fonction de la loi applicable à la convention.

LIMITATION DE RESPONSABILITE. EN AUCUN CAS WRQ OU SES FOURNISSEURS NE POURRONT ETRE TENUS RESPONSABLES DE TOUT DOMMAGE INDIRECT DE QUELQUE NATURE QUE CE SOIT, NOTAMMENT UNE PERTE D'EXPLOITATION, UNE PERTE DE DONNEES – CONFIDENTIELLES OU NON – OU TOUTE AUTRE PERTE FINANCIERE RESULT-ANT DE L'UTILISATION OU DE L'IMPOSSI-BILITE D'UTILISER LE LOGICIEL, ET CE, MEME SI WRQ OU SES FOURNISSEURS ONT ETE PRE-VENUS DE L'EVENTUALITE DE TELS DOMMAGES. EN TOUT ETAT DE CAUSE, LA RESPONSABILITE DE WRQ OU SES FOURNISSEURS NE POURRA EN AUCUN CAS EXCEDER LE MONTANT EFFECTIVEMENT PAYE PAR L'UTILISATEUR POUR L'ACQUISITION DU LOGICIEL.

16

## IMPORTANTE—LEIA COM ATENÇÃO, ANTES DE ABRIR A(S) EMBALAGEM(NS) DO SOFTWARE:

Este documento constitui um acordo legal (o "Acordo") entre a V. Sa. (pessoa física ou jurídica) e a WRQ, Inc. ("WRQ") para o produto de software da WRQ em anexo, que inclui o programa de computador e todos os materiais relacionados ("Software"). AO ABRIR ESTA(S) EMBALA-GEM(NS), INSTALAR, COPIAR OU, DE ALGUMA FORMA USAR O SOFTWARE, V.S.A. CONCORDA EM VINCULAR-SE AOS TERMOS DESTE ACORDO. Se V. Sa. não concordar com os termos, deve devolver a embalagem ou embalagens sem abri-las, inclusive todos os itens que a(s) acompanham, ao local em que V. Sa. as adquiriu, para obter o reembolso total.

## CONTRATO DE LICENÇA PARA USUÁRIO FINAL WRQ

1   CONCESSÃO DA LICENÇA.

> Caso V. Sa. tenha aduirido uma Licença para Usuário Único do Software, V. Sa. pode, a qualquer tempo, instalar e usar uma única cópia do Software em apenas um computador por vez. O Software será considerado "em uso" ao ser carregado na memória temporária ou permanente do computador.

> Caso V. Sa. tenha adquirido uma Licença Múltipla do Software, V. Sa. pode instalar e usar uma única cópia do Software em cada um dos computadores para os quais V. Sa. tenha adquirido licenças. V. Sa. também pode instalar uma cópia do Software em um ou mais servidores de rede, contanto que tenha adquirido uma Licença específica para cada computador no qual o Software venha a ser instalado ou executado. O usuário principal do computador no qual o Software tenha sido instalado pode fazer uma cópia adicional do Software, para uso próprio, em computador

doméstico ou num computador portátil. Caso o usuário principal seja substituído, V. Sa. deverá assegurar-se de que sua cópia adicional do Software seja destruída.

> **Caso V. Sa. tenha adquirido uma Licença Simultânea do Software**, V. Sa. pode permitir que o Software seja instalado e usado ao mesmo tempo pelo número de usuários equivalente ao número de licenças legalmente adquiridas por V. Sa. Como parte da instalação do Software, V. Sa. concorda em usar um pacote de software de medição, que monitoriza o uso simultâneo do Software, tanto numa rede quanto em computadores individuais e que possibilitará a elaboração de relatórios de utilização, quando assim solicitado pela WRQ.

> **Caso a Licença adquirida for uma "Licença para o Reflection® for Citrix® WinFrame® ou para o Reflection with Citrix WinFrame**, V. Sa. pode usar o Software de acordo com os termos de uma Licença Simultânea, exceto que (i) não é exigido que use o pacote de Software que monitoriza o uso do programa, e (ii) o Software é licenciado a V. Sa. para o uso apenas em conjunto com o produto para o Citrix WinFrame.

2   LIMITAÇÕES DE USO. Não é permitido efetuar a engenharia reversa, descompilar nem desmontar o Software, exceto quando, e apenas na medida em que, tal atividade seja permitida pela lei aplicável. Não é permitido alugar, vender, sublicenciar, nem emprestar o Software. O Software é licenciado como um produto único. Seus componentes não podem ser separados para fins de utilização em mais de um computador, a menos que, (1) a mídia fornecida inclua múltiplos programas da WRQ para o mesmo sistema operacional de desktop ("Programas") ou versões do mesmo Software para múltiplos idiomas ("Idiomas") e (2) o Software não apresente a designação "Suite" ou "Citrix" no nome, V. Sa. pode usar cada Programa ou Idioma, contanto que o número total de cópias em uso não exceda



17

o número de licenças adquiridas para o Software. Se V. Sa. adquiriu uma Licença para Usuário Único, V. Sa. pode transferir permanentemente todos os direitos sob este Acordo, contanto que: (i) não retenha nenhuma cópia, (ii) transfira o Software todo (inclusive todos os materiais fornecidos com o mesmo, e todas as versões anteriores), e (iii) o destinatário concorde com os termos deste Acordo. Se V. Sa. adquiriu uma Licença Múltipla ou uma Licença Simultânea, V. Sa. não poderá transferir os direitos ou obrigações sob este Acordo a nenhum indivíduo ou sociedade sem permissão prévia, por escrito, da WRQ.

3   **RESCISÃO.** Caso V. Sa. viole qualquer disposição desta Licença, a WRQ poderá rescindir este Acordo, sem prejuízo de nenhum outro direito. Se a Licença for rescindida, V. Sa. deverá devolver o Software ou, mediante solicitação da WRQ, destruir todas as cópias do Software. A WRQ reserva para si todos os direitos que não tenham sido expressamente concedidos sob este Acordo.

4   **SALVAGUARDAS/AUDITORIA.** V.Sa. desde já concorda em: (i) implementar sistemas de segurança internos a fim de prevenir a cópia, a distribuição ou o uso não autorizados do software; (ii) fornecer à WRQ declaração por escrito atestando o número de cópias ou de usuários simultâneos do Software em questão e (iii) permitir que a WRQ auditore, durante o horário comercial normal, as premissas e os sistemas da empresa de V.Sa. com o objetivo de verificar o cumprimento deste acordo. A WRQ custeará o processo de auditoria a menos que seja comprovada discrepância, a qual consiste em cinco por cento (5%) ou mais, em relação ao número de cópias do software em uso acima das licenças adquiridas; em face da referida discrepância, V.Sa. será responsável pelo custo da auditoria.

5   **ATUALIZAÇÕES E SUPLEMENTOS.** V. Sa. deverá ter licenciado um Software designado pela WRQ como passível de atualização, para poder usar sua atualização. Softwares adquiridos como atualização substituem e/ou suplementam todas as

versões anteriores. A atualização só pode ser usada de acordo com os termos e condições deste Acordo. As atualizações do Software devem ser adquiridas para todas as cópias autorizadas ou usuários simultâneos. Caso V. Sa. receba algum código de programa suplementar, como parte dos serviços de suporte técnico da WRQ relacionados ao Software, tal código será considerado parte do Software e estará sujeito aos termos e condições deste Acordo.

6   **DIREITOS AUTORAIS.** O Software é licenciado, e não vendido a V. Sa. A WRQ e seus fornecedores são os proprietários do Software. O Software é protegido pelas leis e tratados internacionais relativos a direitos autorais. As cópias do Software elaboradas por V. Sa. deverão incluir todos os avisos de direitos autorais aplicáveis e os outros avisos de direitos de propriedade contidos no Software. Não é permitido copiar os materiais impressos que acompanham o Software, exceto quando expressamente autorizado pela WRQ. É permitido fazer uma única cópia do Software exclusivamente para fins de salvaguarda e arquivo.

7   **EXPORTAÇÃO.** V. Sa. concorda que o Software não será remetido, transferido ou exportado a nenhum país, nem usado por nenhum indivíduo ou instituição, ou para qualquer outro propósito vedado pelo "Export Administration Act" dos Estados Unidos, pelas disposições contidas no "International Traffic in Arms Regulations" do Departamento de Estado dos Estados Unidos ou, ainda por qualquer outra lei, regulamentação ou restrições de exportação de qualquer país. V. Sa. garante e declara que seus direitos ou licenças de exportação não foram suspensos, revogados ou negados pelo "US State Department Office of Defense Trade Controls" ou por qualquer outro órgão governamental dos Estados Unidos.

8   **DIREITOS RESTRITOS DO GOVERNO DOS ESTADOS UNIDOS.** O Software é fornecido com DIREITOS RESTRITOS no tocante ao Governo dos Estados Unidos. O uso, duplicação ou divulgação pelo Governo dos Estados Unidos.

18

estão sujeitos a restrições contidas em FAR 52.227-14(g)(Jun. 1987) ou DFAR 252.227-7013 (c)(1)(ii)(Out. 1988). Todo Software e documentação entregues a: (i) órgãos civis do Governo dos Estados Unidos. conforme solicitações emitidas após o dia 1º de dezembro de 1995, ou ao (ii) o Departamento de Defesa do Governo dos Estados Unidos em solicitações emitidas após o dia 29 de setembro de 1995, são entregues apenas com direitos de licença comerciais estabelecidos neste Acordo. O fabricante é a WRQ Inc., com endereço: 1500 Dexter Avenue North, Seattle, WA 98109 - E.U.A.

9   **LEI APLICÁVEL E HONORÁRIOS ADVOCATÍCIOS.**
Este Acordo é regido pelas leis do Estado de Washington, Estados Unidos da América, exceto no tocante às regras relativas a conflito de leis, com exclusão específica da Convenção das Nações Unidas relativa a Contratos para a Venda Internacional de Bens. Se este Software foi adquirido em um país que não os Estados Unidos, serão aplicadas as leis do respectivo país. Em qualquer ação ou demanda para exigir qualquer direito sob este Acordo ou relativa à interpretação de qualquer disposição deste Acordo, a parte vencedora da ação ou demanda terá direito de exigir o reembolso das despesas por ela incorridas, incluindo honorários advocatícios razoáveis.

10  **ACORDO INTEGRAL.** Este Acordo constitui a integra dos entendimentos entre V. Sa. e a WRQ no que se refere ao Software, e substitui qualquer outra declaração ou entendimento. Este Acordo não pode ser modificado exceto com consenti-mento por escrito de ambas as partes. Os termos deste Acordo prevalecerão na hipótese de conflito ou inconsistência com os termos de qualquer formulário impresso usado pelas partes no desempenho de suas obrigações sob este Acordo. Se qualquer disposição deste Acordo for determinada inexequível, este Acordo será cumprido de acordo com o máximo permitido pela lei aplicável, sem que as demais disposições sejam de qualquer modo afetadas.

Caso V. **Sa.** tenha alguma dúvida com respeito a este Acordo, **ou** se, por qualquer motivo, deseje contatar a WRQ, **deve** entrar em contato com o representante da WRQ alocado para a sociedade de V. Sa., ou escrever para: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, Estados Unidos.

**A seguinte Garantia Limitada relativa ao Software constitui parte integrante deste acordo.**

## GARANTIA LIMITADA

GARANTIA LIMITADA. A WRQ garante que, durante um prazo de noventa (90) dias a partir da data de recebimento do Software, e se usado conforme as instruções, (a) o Software não modificado terá um desempenho substancial de acordo com os materiais escritos que o acompanham e (b) que toda mídia da WRQ estará livre de defeitos. Qualquer garantia implícita com respeito ao Software limita-se a **esse** prazo de 90 dias. Esta Garantia Limitada será consid-erada nula se a falha do Software for resultado de modificação, acidente, abuso ou utilização inadequada. Alguns países proíbem limitações na duração de uma garantia implícita, de modo que a limitação acima pode não se aplicar a V. Sa.

ÚNICO DIREITO. A responsabilidade integral da WRQ e de seus fornecedores e o único direito de V. Sa. no tocante ao uso do Software é, a critério da WRQ, (a) a devolução do preço pago por V. Sa., ou (b) o conserto ou substituição do Software defeituoso, que deve ser devolvido à WRQ com uma cópia do recibo. Qualquer Software substituído será garantida para o restante do prazo original da garantia ou por 30 (trinta) dias, o que for maior. Fora dos Estados Unidos, os direitos acima ou os serviços de assistência técnica ao(s) produto(s) oferecido(s) pela WRQ não estarão disponíveis sem a apresentação do compro-vante de compra junto ao fornecedor internacional autorizado.

Português

19

**LIMITAÇÃO DE GARANTIA.** EXCETO SE DIVER-SAMENTE ESPECIFICADO NESTE ACORDO E NA MEDIDA DO MÁXIMO PERMITIDO POR LEI, A WRQ E SEUS FORNECEDORES FORNECEM O SOFTWARE "NO ESTADO EM QUE SE ENCONTRA" E EXCLUEM QUALQUER OUTRA GARANTIA, ORAL OU ESCRITA, EXPRESSA OU IMPLÍCITA, INCLUINDO, MAS NÃO SE LIMITANDO A, GARANTIAS IMPLÍCITAS DE COMERCIALIZAÇÃO, ADEQUAÇÃO A UM DETERMINADO FIM ESPECÍFICO, TITULAR-IDADE, NÃO INFRAÇÃO DE DIREITOS, E QUAISQUER OUTRAS GARANTIAS RELACION-ADAS A VÍRUS, NO QUE DIZ RESPEITO AO SOFTWARE. Esta garantia outorga direitos legais específicos à V. Sa. V. Sa. pode ter outros direitos, que variam de país para país.

**LIMITAÇÃO DE RESPONSABILIDADE.** A WRQ E SEUS FORNECEDORES NÃO SE RESPONSABILIZAM POR NENHUM DANO ESPECIAL, INCIDENTAL, CONSEQÜENCIAL OU INDIRETO (INCLUINDO, SEM LIMITAÇÕES, DANOS DECORRENTES DE LESÃO PESSOAL, PERDA DE LUCROS CESSANTES, INTERRUPÇÃO DO CURSO DE NEGÓCIOS, PERDA DE INFORM-AÇÕES CONFIDENCIAIS, PERDA DE PRIVACI-DADE OU QUALQUER OUTRO PREJUÍZO PECUNIÁRIO) DECORRENTE DO USO OU DA INABILIDADE DE USAR O SOFTWARE, MESMO SE A WRQ OU SEUS FORNECEDORES TIVEREM SIDO AVISADOS DA POSSIBILIDADE DE TAIS DANOS. INDEPENDENTEMENTE DE QUAISQUER DANOS QUE V. SA. POSSA SOFRER, POR QUALQUER MOTIVO (INCLUINDO, E SEM LIMITAÇÕES, DANOS DIRETOS OU INDIRETOS), A RESPONSABILIDADE TOTAL DA WRQ E DE SEUS FORNECEDORES, SOB ESTE ACORDO E A GARANTIA LIMITADA, É LIMITADA À QUANTIA QUE FOI, DE FATO, PAGA POR V. SA. PELO SOFTWARE QUE CAUSOU O DANO. Como alguns países não permitem a exclusão ou limitação de responsabilidade, a limitação acima pode não se aplicar a V. Sa.

20

**重要!開封する前に必ずお読み下さい。**

このパッケージの中にはコンピュータソフトウエアとその付属品（以下、「本件ソフトウエア」といいます。）が入っています。お客様は、下記の契約条件に従ってのみ本件ソフトウエアを使用することができます。このパッケージを開封したときは、お客様が下記の契約条件に同意されたものとみなされます。もし下記の契約条件にご同意いただけない場合は、このパッケージを開封しないでそのまま代理店へ速やかにご返送下さい。その場合は、お支払いいただいた代金をお返し致します。

**WRQエンドユーザ使用許諾契約**

**1　使用許諾**

▶ お客様が単一ユーザ使用権を購入された場合は、いちどきに、1台のコンピュータ上で本件ソフトウエアを1個だけインストールして使用することができます。本件ソフトウエアがコンピュータの一時的または常設のメモリに読み込まれたときは、「使用」されたものとみなされます。

▶ お客様が複数使用権を購入された場合は、その使用権の数だけのコンピュータ上で本件ソフトウエアを各1個だけインストールして使用することができます。本件ソフトウエアをネットワークサーバにインストールする場合は、それが使用されるコンピュータの数に応じた使用権を購入することが必要です。お客様の従業員のうち、本件ソフトウエアがインストールされたコンピュータを主として使用する方は、その方の自宅またはポータブルコンピュータで使用する場合に限って、本件ソフトウエアのコピーを1個だけ作成することができます。その方が変わった場合は、このコピーを必ず破棄して下さい。

▶ お客様が同時使用権を購入された場合（これを購入するにはWRQ社の所定の申込書が必要です。）は、同時使用を許された人数に至るまで同時に本件ソフトウエアを使用することができます。本件ソフトウエアをインストールする際に、ネットワーク上及び個々のコ

ンピュータ上での同時使用の状況を調べることができる使用者数計測ソフトウエアを使用し、WRQ社の要請があり次第使用状況を報告していただきます。

▶ お客様がReflection® for Citrix® WinFrame®あるいはReflection with Citrix WinFrameの使用権を購入された場合は、以下の (1) 及び (2) に該当する場合を除き、同時使用権を購入された場合の取り決めに従って、本件ソフトウエアを使用することができます。(1)お客様が使用者数計測ソフトウエアを使用する必要がない場合で、しかも (2)本件ソフトウエアの使用がお客様がCitrix WinFrameソフトウエアを併用される場合についてのみ許諾されている場合。

**2　使用権の制限**

お客様は、本件ソフトウエアをリバースエンジニア、逆コンパイルまたは逆アセンブルすることはできません。また、本件ソフトウエアをお客様の従業員以外の第三者に使用させたり、本件ソフトウエアについてレンタル、リース、売却、再使用許諾、貸与その他の処分をすることはできません。本件ソフトウエアは単一の製品として使用許諾されたものであり、したがって、これを分離分解して、複数のコンピュータで使用することはできません。但し、以下の (1) 及び (2) に該当する場合は、この限りではありません。(1)万一、お客様に提供された媒体に同じデスクトップオペレーティングシステム用の複数WRQプログラム (以下、「プログラム」といいます。) あるいは同じ本件ソフトウエアの複数言語版 (以下、「言語」といいます。) が搭載されており、且つ (2)万一、本件ソフトウエアの名称に「Suite」または「Citrix」の表示が無い場合には、使用コピーの総数がお客様が購入された本件ソフトウエア使用権の数を超えない限りにおいて、各プログラムあるいは各言語を使用することができます。お客様が単一ユーザ使用権を購入された場合は、次の条件をすべて満たしたときに限り、その使用権の全部を第三者に譲渡することができます。(i) お客様が譲渡後本件ソフトウエアのコピーを一切保有しないこと。(ii) 本件ソフトウエアの全て



（付属品及び旧バージョンを含む）を引渡すこと。(iii) 第三者が本契約のすべての条件に合意することを書面で WRQ 社に通知すること。お客様が複数使用権または同時使用権を購入された場合は、予め WRQ 社の書面による同意を得ないで、本件ソフトウエアまたは本契約上のいかなる権利も義務も第三者に譲渡することができません。

3．解除

お客様が本契約または本件ソフトウエアの購入契約に違反した場合、本契約を解除することができます。その場合、お客様は直ちに本件ソフトウエアをコンピュータのメモリから消却するとともに、本件ソフトウエアを WRQ 社に返送するか、または、WRQ 社の指示によりすべてのコピーを破棄するものとします。

4　不正使用防止及び立ち入り検査権

お客様は以下の (i)、(ii)、(iii) に同意されたものと看なされます。(i)本件ソフトウエアのいかなる無許可複製、配布、あるいは使用も防止するため、利用許可者及び組織内部において不正使用防止措置を実施すること。(ii) WRQ 社の要請に応じ、本件ソフトウエアのコピー数あるいは同時使用数につき、同社に証明書を提出すること。(iii) 本契約内容が遵守されているかを確認するため、お客様の通常営業時間内に、WRQ 社に施設及び管理体制の立ち入り検査を許可すること。立ち入り検査の結果、お客様が購入された使用許諾数を超えて、使用されている本件ソフトウエアコピー数の差が 5％ 又はそれ以上でない場合は、WRQ 社が立ち入り検査費用を支払うものとし、上記の差が 5％ 又はそれ以上である場合は、立ち入り検査費用はお客様の負担とします。

5　更新バージョンまたは補完バージョン

お客様は、WRQ 社が指定した本件ソフトウエアに限り、その更新バージョンの使用許諾を受けることができます。本件ソフトウエアの更新バージョンは旧バージョンに取って代わるかまたはその補完となります。本件ソフトウエアの更新バージョンを使用する場合は、旧バージョンのすべてのコピー及び同時使用

者全部について使用しなければなりません。お客様が本件ソフトウエアに関する WRQ 社のサポートサービスとして補完のソフトウエアを受け取った場合、その補完ソフトウエアは本件ソフトウエアの一部とみなされます。更新バージョン及び補完ソフトウエアは、本契約の条件に従ってのみ使用することができます。

6　著作権その他の知的所有権

お客様は、本件ソフトウエアの購入により、その使用権を取得するものであり、それ以外に本件ソフトウエアに関する著作権その他知的所有権を何ら取得するものではありません。これらの知的所有権は WRQ 社または代理店に帰属します。

本件ソフトウエアは、著作権その他の知的所有権に関する法律及び条約によって保護されています。お客様が本件ソフトウエアのコピーを作成されるときは、必ず本件ソフトウエアに添付されているものと同じ著作権表示その他のマークをコピーにも添付して下さい。

お客様は、予め WRQ 社の書面による承認なしに、本件ソフトウエアの付属書類をコピーすることができません。本件ソフトウエアのコピーは、バックアップまたは保存用の目的でのみ 1 部だけ作成することができます。

7　輸出規制

本件ソフトウエアを特定の国に輸出または搬入するにあたっては、米国の輸出管理法令上の手続をとることが必要となる場合があります。その場合は、この手続をとらないで本件ソフトウエアを輸出することができません。お客様は、かつて米国の輸出管理法令に違反したことがないことをここに誓約します。

8　アメリカ合衆国政府による規制

本件ソフトウエアは、アメリカ合衆国政府の制限付きの権利をもって頒布されるものです。米国政府による使用、複製または開示は FAR 52.227-14(g)(Jun. 1987) または DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988) によって設定された制限の対象となります。次者に配布されたすべての本件ソフトウエアおよびドキュメンテ

22

ーション、すなわち (i) アメリカ合衆国政府の民間部門の懇請に従って 1995 年 12 月 1 日以降に発行された、または (ii) アメリカ合衆国政府国防省の懇請に対して 1995 年 9 月 29 日以降に配布されたものは、本ライセンスによって設定された商用ライセンスの権利のみとともに配布されています。本件ソフトウエアは 1500 Dexter Avenue, North, Seattle, WA 98109, USA に所在する WRQ, Inc. による製造です。

9　準拠法

本契約は、米国ワシントン州法を準拠法とします。国際的動産売買契約に関する国連条約は適用されません。本契約について紛争が生じた場合、勝訴した当事者は、相手方に対して弁護士費用を含む費用を請求することができます。なお、本件ソフトウエアをアメリカ合衆国外でお買い上げいただいた場合、その国の法規が適用されます。

10　完全合意

本契約が、本ソフトウエアに関するお客様と WRQ 社との間のすべての契約であり、他のすべての書面の記載に優先します。本契約に対する修正は、両者により署名された書面によってのみ有効となります。本契約の文言及び取り決めは、本契約の行使の便宜上、当事者間にて用いられているいかなる文書において抵触又は矛盾する文言及び取り決めを支配するものです。本契約に含まれるいずれかの条項が効力を失った場合においても、他の条項は有効であるものとします。

本ソフトウエアの使用許諾に関するご質問、その他の理由で WRQ 社に連絡をご希望の方は、WRQ 社の代理店、または、WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, U.S.A. までご連絡下さい。

## 製品保証

保証の条件。お客様のお手元に本件ソフトウエアが届いてから 90 日間、WRQ 社は、(a) 本件ソフトウエアが付属の印刷物に記載されたとおりに実質的に機能すること、及び、(b) 記録媒体に物理的な欠陥がないことを保証します。本件ソフトウエアに関する黙示的保証も同様に 90 日間に限られます。本件ソフトウエアの不具合が、ソフトウエアの改変、事故、誤用または目的外使用に起因する場合は、この保証は適用されません。

保証責任。この保証が適用になる場合、WRQ 社または代理店は、その選択により、(a) お客様が支払われた代金をお返しするか、または、(b) 本件ソフトウエアを修正もしくは交換致します。本件ソフトウエアが交換された場合は、元の保証期間の残りか交換から 30 日かのいずれか長い方の期間この保証を適用します。

本件ソフトウエアについてこの保証の適用を要求される場合、または、WRQ 社のサポート・サービスを要求される場合は、必ず指定代理店の発行した本件ソフトウエアの代金の領収書を提示して下さい。

その他の保証。上記の保証以外には、WRQ 社も代理店も、口頭であると書面であると、また、明示であると黙示であるとを問わず、本件ソフトウエアの市場性、特定の目的への適合性、第三者の知的所有権を侵害しないこと、ウイルスに感染していないことなど一切の保証をするものではありません。

責任の限定。WRQ 社及び代理店は、いかなる場合であっても、それが予見できたか否かにかかわらず、本件ソフトウエアの使用または使用不能によって生じたお客様の特別損害、偶発損害、間接損害もしくは結果損害（例えば、人身損害、逸失利益、業務の中断等）について賠償する責めを負わないものとします。また、WRQ 社及び代理店のお客様に対する本件ソフトウエアに関する損害賠償責任は、お客様が実際に支払われた本件ソフトウエアの代金相当額をもってその上限と致します。



23

**WRQ**®

Corporate Headquarters
1500 Dexter Avenue North
Seattle, WA 98109 USA
+1.206.217.7100
+1.206.217.0293 FAX
800.872.2829

European Headquarters
The Netherlands
+31.70.375.11.00
+31.70.356.12.44 FAX

S.E. Asian Headquarters
Singapore
+65.336.3122
+65.336.5233 FAX

France
+33.1.49.19.88.00
+33.1.48.16.16.99 FAX

Germany
+49.2102.4965.0
+49.2102.4965.65 FAX

United Kingdom
+44.1784.898.167
+44.1784.898.349 FAX

E-mail: info@wrq.com
Web: www.wrq.com

©1998 WRQ, Inc. All rights reserved. WRQ, the WRQ logo, Reflection, Reflection
Network Series, and Reflection Suite for the Enterprise are trademarks of WRQ, Inc.,
registered in the U.S. and other countries, and Reflection EnterView is a trademark of
WRQ, Inc. Other brand and product names are trademarks of their respective owners.
Citrix WinView and ICA are registered trademarks of and WinFrame is a trademark
of Citrix Systems, Inc.
5/98 19-0014-001

EXHIBIT B-4

***END USER LICENSE AGREEMENT***

***ENDBENUTZERLIZENZVEREINBARUNG***

***CONVENTION DE DROITS D'UTILISATION***

エンドユーザ使用許諾契約



**IMPORTANT—READ CAREFULLY**

**This WRQ End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and WRQ, Inc. ("WRQ") for the enclosed WRQ software product, which includes computer software and associated documentation ("Software"). The Software also includes any updates and supplements to the original Software provided to you by WRQ. Any product provided along with the Software that is associated with a separate end-user license agreement is licensed to you under the terms of that license agreement. By installing, copying, downloading, accessing or otherwise using the Software, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not install, copy, or otherwise use the Software. If you have purchased the Software, promptly return the Software and all accompanying materials with proof of purchase to your place of purchase for a refund.**

ENGLISH

---

## SOFTWARE LICENSE

The Software is confidential and protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The Software is licensed, not sold.

1 GRANT OF LICENSE. This EULA grants you the following rights ("Product Use Rights"):

- You may install, use, access, display, run, or otherwise interact with ("Run") one copy of the Software on a single computer or workstation ("Computer"). You may also store or install a copy of the Software on a storage device, such as a network server(s), used only to allow your other Computers to Run the Software over an internal network. You must acquire and dedicate a license for each Computer on which the Software is Run. The primary user of the Computer on which the Software Runs may make a second copy for his or her exclusive use on a home or portable Computer. If you deploy WRQ Software to an end user by establishing a Roaming User Profile setting in a Windows operating environment, you must acquire and dedicate a license for each end user who will access the WRQ Software under a Roaming User Profile ("Roaming User"). A Roaming User who is licensed to use the Software may install and use the Software on multiple desktops, so long as the Roaming User uses only one copy of the Software at one time. You must ensure that copies of the Software for use by Roaming Users on desktops outside your control are destroyed when a Roaming User's right to use the Software is terminated.

- If you acquire concurrent licenses for the Software, you may allow as many users to Run the Software at the same time as the number of concurrent licenses you acquire, provided you (i) Run the Software only in an appropriately configured Windows Terminal Services (sometimes referred to as "multi-user Windows") environment; (ii) monitor, control, and (on

WRQ's request) report on, concurrent usage both over a network and on individual computers; and (ii) have a valid WRQ certificate for your concurrent licenses. You must have express written authorization from WRQ for any concurrent use of the Software contrary to the above requirements.

- Use of software or hardware that reduces the number of Computers directly accessing or utilizing the Software (sometimes called "multiplexing" or "pooling" software or hardware) does not reduce the number of licenses required. The number of licenses required would equal the number of distinct inputs to the multiplexing or pooling software or hardware front end.

- If you have acquired a Time-Limited Evaluation version of the Software, you may Run one copy of the Software on a Computer for the Evaluation Period only, solely for evaluation and test purposes and not for production use. The "Evaluation Period" extends from your first use of the Software to the earlier of (i) the date when the Time-Limited Evaluation version automatically ceases to function or (ii) sixty (60) days after your first use. At the end of the Evaluation Period, your license to Run the Time-Limited Evaluation version of the Software is automatically terminated. You may not extend the time limits of the Software in any manner. If you choose to evaluate more than one Software program provided on the media, the Evaluation Period may be different for each program.

2 OTHER RIGHTS AND LIMITATIONS.

- LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is permitted by applicable law.

- RENTAL. You may not rent, lease, sell, sublicense, or lend the Software. You may not use the Software to provide time sharing services or operate a service bureau for others.

- SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one Computer.

- LANGUAGE VERSIONS. If the media provided to you includes more than one language version of the same Software, you may Run any of the language versions of the Software, provided the total number of copies Run does not exceed the number of licenses you have acquired.

- NOTE ON JAVA SUPPORT. The Software is not designed or licensed for use in on-line control equipment in hazardous environments, such as operation of nuclear facilities, aircraft navigation or control, or direct life-support machines. You warrant that you will not use or redistribute the Software for such purposes.

2

ENGLISH

- **TRANSFER.** You may not transfer or assign your rights or obligations under this EULA to any person or entity without the prior written consent of WRQ. However, if the Software is labeled "Single User", you may permanently transfer all of your rights under this EULA, as long as: (i) you retain no copies, (ii) you transfer all of the Software (including all accompanying materials, and all prior versions), and (iii) the recipient agrees to the terms of this EULA.

- **SUPPLEMENTAL CODE.** A Patch is supplemental code (sometimes referred to as a fix) that addresses one or more specific issues in the Software; it is considered part of the Software and is subject to the terms and conditions of this EULA unless accompanied by its own terms. You may use a Patch only if WRQ has authorized you to do so and only for your licensed copies of the Software for which the authorization was given.

- **NONDISCLOSURE.** You agree to (i) limit use and disclosure of the Software to your employees and consultants who agree to be bound by the terms of this EULA; (ii) not provide or disclose any of the Software to another party; (iii) take all reasonable precautions to maintain the confidentiality of the Software; and (iv) not disclose any benchmark results relating to your use of the Software without WRQ's prior written consent.

- **COMPLIMENTARY SOFTWARE.** If the Software is provided to you as a "Complimentary" or "Comp" copy, then, notwithstanding other sections of this EULA, your use of the Software is limited to use for demonstration, test, or evaluation purposes.

- **RESERVATION OF RIGHTS.** WRQ reserves all rights not expressly granted under this EULA.

3 **TERMINATION.** If you violate any term of this EULA, WRQ may terminate this EULA without waiving any other rights. If your EULA is terminated, you must destroy all copies of the Software and, on request of WRQ, certify said destruction.

4 **SAFEGUARDS/AUDIT RIGHTS.** You agree to (i) implement internal safeguards to prevent any unauthorized copying, distribution, or use of the Software; (ii) provide WRQ with written certification of the number of copies or concurrent usage of the Software on request, and (iii) allow WRQ to audit your premises and systems for compliance with this EULA during regular business hours. WRQ will pay for the cost of the audit unless the audit shows a discrepancy which is five percent (5%) or more of the number of copies of the Software Run over the licenses you have acquired; in which event, you shall pay for the cost of the audit.

5 **UPGRADES.** You may only Run an upgrade to the Software if you have acquired a license for the Software. Software acquired as an upgrade replaces and/or supplements all prior versions. You may Run the resulting upgrade only in accordance with the terms and conditions of the EULA that accompanies the upgrade. When you purchase upgrades to the Software or maintenance service for the Software, your purchase must cover all of your Computers or concurrent users licensed for the Software.

3

6 COPYRIGHT. WRQ and its suppliers retain all ownership of the Software and all copies thereof. Except as expressly provided in this EULA, you may not make copies of the Software or the printed materials accompanying the Software. You may make one copy of electronic documentation accompanying the Software for each license you have acquired for the Software. You must include all applicable copyright notices and other proprietary rights legends that come with the Software in any copies you make.

7 BACKUP COPY. You may keep the original media on which the Software was provided by WRQ solely for backup or archival purposes. If the original media is required to use the Software on the Computer, you may make one copy of the Software solely for backup or archival purposes.

8 EXPORT. You agree that you will not export or re-export the Software, any part thereof, or any process or service that is the direct product of the Software (the foregoing collectively referred to as "Restricted Components"), to any country, person or entity subject to U.S. export restrictions. You specifically agree not to export or re-export any of the Restricted Components (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to Cuba, Iran, Iraq, Libya, North Korea, Sudan and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the Restricted Components back to such country; (ii) to any person or entity who you know or have reason to know will utilize the Restricted Components in the design, development or production of nuclear, chemical or biological weapons; or (iii) to any person or entity who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. Government. You warrant and represent that neither the Bureau of Export Administration of the U.S. Commerce Department nor any other U.S. federal agency has suspended, revoked or denied your export privileges. The Software contains strong encryption technology. If you import the Software to any country or re-distribute it from any country, you also may be subject to, and are solely responsible for any violations of, the import or export restrictions of countries besides the United States of America.

9 U.S. GOVERNMENT RESTRICTED RIGHTS. Software and documentation delivered to civilian agencies of the U.S. Government pursuant to solicitations dated prior to December 1, 1995, and Software and documentation delivered to the Department of Defense of the U.S. Government pursuant to solicitations dated prior to September 29, 1995, are provided with RESTRICTED RIGHTS; use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph FAR 52.227-14(g)(Jun. 1987) or subparagraph DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988). All Software and documentation delivered to civilian agencies or the Department of Defense of the U.S. Government pursuant to solicitations issued after the dates specified above, are delivered with commercial licensing rights as set forth in this EULA only.

10 GOVERNING LAW AND ATTORNEYS' FEES. This EULA is governed by the laws of the State of Washington, USA, excluding its conflict of laws rules, and specifically excludes the United Nations Convention on Contracts for the International Sale of Goods. If you acquired this

4

Software in a country outside of the United States, that country's laws may apply. In any action or suit to enforce any right or remedy under this EULA or to interpret any provision of this EULA, the prevailing party will be entitled to recover its costs, including reasonable attorneys' fees.

11 SUPPLIER RIGHTS. To the limited extent necessary to protect their respective interests, suppliers of third-party software code included in the Software and covered by this EULA have third-party beneficiary status.

12 USE OF NAME. You agree to be identified as a customer of WRQ and that WRQ may refer to you by name, tradename or trademark, and may briefly describe your business in WRQ's customer information and marketing materials. You grant WRQ a license to use your name and any of your tradenames and trademarks solely in connection with these rights.

13 ENTIRE AGREEMENT. This EULA constitutes the entire agreement between you and WRQ with respect to the Software, and replaces all other agreements or representations, whether written or oral. The terms of this EULA cannot be modified by any terms in any printed forms used by the parties in performing the EULA, and can only be modified by express written consent of both parties. If any part of this EULA is held to be unenforceable as written, it will be enforced to the maximum extent allowed by applicable law, and will not affect the enforceability of any other part. The original of this EULA is in English. If it is translated into another language, the English language version shall prevail.

Should you have any questions concerning this EULA, or if you desire to contact WRQ for any reason, please contact the WRQ representative serving your company, or write: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109 USA.

THE FOLLOWING LIMITED WARRANTY ON THE SOFTWARE IS INCORPORATED INTO THIS EULA BY REFERENCE.

LIMITED WARRANTY

LIMITED WARRANTY. For a period of ninety (90) days from the date you receive the Software, WRQ warrants that (a) the unmodified Software will perform substantially in accordance with the accompanying written materials when used as directed and (b) WRQ media will be free of defects. Any implied warranties are limited to the 90 day period. This Limited Warranty is void if failure of the Software has resulted from modification, accident, abuse, or misapplication. This Limited Warranty does not apply to any Time-Limited Evaluation versions of the Software, which are provided "AS IS" with no warranty whatsoever. Some jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to you.

YOUR EXCLUSIVE REMEDY. WRQ's and its suppliers' entire liability and your exclusive remedy arising from a breach of the limited warranty is, at WRQ's option, either repair or replacement of

5

the nonconforming Software, or return of the price you paid for the nonconforming Software. You must return all nonconforming Software to WRQ with your proof of purchase to be entitled to this remedy. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States, neither these remedies nor any product support services offered by WRQ are available without proof of your purchase from an authorized international source.

NO OTHER WARRANTIES. TO THE FULL EXTENT PERMITTED BY LAW, WRQ AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES. WHETHER ORAL OR WRITTEN. EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, WITH REGARD TO THE SOFTWARE AND THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHERS, WHICH VARY FROM JURISDICTION TO JURISDICTION.

LIMITATION OF LIABILITY. WRQ AND ITS SUPPLIERS WILL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, DAM-AGES FOR PERSONAL INJURY, LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR CONFIDENTIAL INFORMATION, LOSS OF PRIVACY, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT, EVEN IF WRQ OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, THE ENTIRE LIABILITY OF WRQ AND ITS SUPPLIERS UNDER THIS AGREEMENT AND LIMITED WARRANTY SHALL BE LIM-ITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR TECHNICAL SUPPORT THAT CAUSES THE DAMAGE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU

6

**WICHTIG – BITTE AUFMERKSAM LESEN, BEVOR SIE DIE SOFTWARE INSTALLIEREN ODER BENUTZEN:**

Diese WRQ-Endbenutzerlizenzvereinbarung (im Folgenden „EULA" [End User License Agreement] genannt) ist eine Vereinbarung zwischen Ihnen (als natürlicher oder juristischer Person) und WRQ, Inc. (im Folgenden „WRQ" genannt) bezüglich der Benutzung des Software-Pakets, dem sie beilag, welches aus Software und Begleitmaterialien (im Folgenden „Software" genannt) besteht. Die Software beinhaltet ebenfalls alle Updates und Ergänzungen zur von WRQ gelieferten Original-Software. Alle mit der Software gelieferten Produkte, die über eine getrennte Endbenutzerlizenzvereinbarung verfügen, werden gemäß den Bestimmungen der jeweiligen Lizenzvereinbarung lizenziert. Durch Installieren, Kopieren, Herunterladen, Zugreifen oder anderweitige Nutzung der Software stimmen Sie dieser EULA mit allen ihren Bestimmungen zu. Wenn Sie den Bestimmungen dieser EULA nicht zustimmen, installieren, kopieren oder benutzen Sie die Software nicht. Geben Sie die Software, einschließlich der gesamten Begleitmaterialien, zusammen mit dem Kaufbeleg an die Bezugsquelle zurück, wo Ihnen der Kaufpreis zurückerstattet wird.

DEUTSCH

---

### SOFTWARE-LIZENZ

Die Software ist vertraulich und durch Urheberrechtsschutzgesetze und internationale Urheberrechtsverträge sowie durch Gesetze und Verträge über geistiges Eigentum geschützt. Die Software wird lizenziert, nicht verkauft.

1 IHRE NUTZUNGSRECHTE. Die EULA erteilt Ihnen die folgenden Rechte („Product Use Rights"):

- Sie haben das Recht, eine Kopie der Software auf einem Computer oder einem Arbeitsplatz (im Folgenden „Computer" genannt) zu installieren, zu benutzen, anzuzeigen, auszuführen, auf die Kopie zuzugreifen oder anderweitig mit ihr zu interagieren (im Folgenden „ausführen" genannt). Sie haben außerdem das Recht, eine Kopie der Software auf einem Speichergerät, wie z. B. auf einem oder mehreren Netz-Servern zu speichern oder zu installieren, wenn das Speichergerät ausschließlich verwendet wird, damit Ihre anderen Computer die Software über ein internes Netzwerk ausführen. Sie müssen für jeden Computer, auf dem die Software ausgeführt wird, eine gesonderte Lizenz erwerben und zuordnen. Der Hauptbenutzer des Computers, auf dem die Software ausgeführt wird, darf eine zweite Kopie der Software für den ausschließlichen Einsatz auf einem Heimcomputer oder einem tragbaren Computer anfertigen. Wenn Sie WRQ-Software für einen Endbenutzer bereitstellen und zu diesem Zweck Server-gespeicherte Benutzerprofile in einer Windows-Betriebssystemumgebung erstellen, müssen Sie für jeden Endbenutzer, der mittels eines Server-gespeicherten Benutzerprofils (im Folgenden „Roaming User" genannt) auf die WRQ-Software zugreift,

7

eine gesonderte Lizenz erwerben und ihm diese zuordnen. Ein Roaming-User, der über eine Lizenz zur Nutzung der Software verfügt, hat das Recht, die Software auf mehreren Desktop-Rechnern zu installieren und zu nutzen, solange der Roaming-User jeweils nur eine Kopie der Software gleichzeitig ausführt. Sie müssen sicherstellen, dass Kopien der Software, die durch Roaming-User auf Desktop-Rechnern genutzt werden, über die Sie keine Kontrolle haben, vernichtet werden, sobald das Recht des Roaming-Users auf die Nutzung der Software endet.

- Wenn Sie die Software mit einer Lizenz für gleichzeitigen Zugriff erwerben, darf die Software von so vielen Benutzern gleichzeitig ausgeführt werden, wie in Ihrer Lizenz für den gleichzeitigen Zugriff vereinbart ist, wenn Sie (a) die Software ausschließlich in einer ordnungsgemäß konfigurierten Windows-Terminal-Services-Umgebung (manchmal auch als „Multi-User-Windows" bezeichnet) ausführen, (b) die gleichzeitige Nutzung der Software sowohl im Netzwerk als auch auf Einzelcomputern überwachen, steuern und (auf Verlangen von WRQ) Berichte erstellen und (c) ein gültiges WRQ-Zertifikat für die Lizenzen für den gleichzeitigen Zugriff haben. Jegliche gleichzeitige Nutzung der Software, die nicht den oben genannten Bedingungen entspricht, muss von WRQ ausdrücklich und schriftlich genehmigt werden.

- Der Einsatz von Software oder Hardware (manchmal auch als „Multiplexing"- oder „Pooling"-Software bzw. -Hardware bezeichnet), durch die die Anzahl der Computer, die direkt auf die Software zugreifen oder die Software nutzen, scheinbar verringert wird, führt keinesfalls zu einer niedrigeren Anzahl der erforderlichen Lizenzen. Die Zahl der erforderlichen Lizenzen muss der Zahl der Eingänge entsprechen, die die Multiplexing- oder Pooling-Software bzw. -Hardware aufweist.

- Wenn Sie eine zeitlich begrenzte Evaluierungsversion der Software erworben haben, haben Sie das Recht, eine Kopie der Software ausschließlich zu Test- und Auswertungszwecken, nicht aber zu Produktionszwecken während des Evaluierungszeitraums auf einem Computer auszuführen. Der „Evaluierungszeitraum" beginnt mit der ersten Ausführung der Software und endet (a) an dem Tag, an dem die zeitlich begrenzte Evaluierungsversion automatisch ihre Funktion einstellt oder (b) sechzig (60) Tage nach der erstmaligen Ausführung. Am Ende des Evaluierungszeitraums endet automatisch Ihre Lizenz zur Ausführung der zeitlich begrenzten Evaluierungsversion der Software. Sie sind nicht berechtigt, die zeitlichen Begrenzungen der Software in irgendeiner Weise zu erweitern. Wenn Sie mehr als eines der Software-Programme testen möchten, die auf den Ihnen gelieferten Datenträgern vorhanden sind, so gilt unter Umständen für jedes Programm ein anderer Evaluierungszeitraum.

**2** SONSTIGE RECHTE UND EINSCHRÄNKUNGEN.

- EINSCHRÄNKUNGEN BEZÜGLICH RÜCKENTWICKLUNG, ABÄNDERUNG DER SOFTWARE. Sie sind nicht berechtigt, die Software zurückzuentwickeln oder in irgendeiner Form abzuändern, es sei denn, das anwendbare Recht gestattet es, und dann nur insoweit rechtlich zulässig.

8

- VERMIETUNG. Sie sind nicht berechtigt, die Software zu vermieten, zu verleasen, zu verkaufen, per Unterlizenz weiterzugeben oder zu verleihen. Sie sind ferner nicht berechtigt, mit Hilfe der Software Time-Sharing-Services bereitzustellen oder die Software im Rahmen von Dienstleistungen Dritter zugänglich zu machen.

- TRENNUNG DER KOMPONENTEN. Die Software ist als einheitliches Produkt lizenziert. Sie sind nicht berechtigt, Teile hiervon separat auf verschiedenen Computern einzusetzen.

- SPRACHVERSIONEN. Wenn die Ihnen gelieferten Datenträger mehrere Sprachversionen derselben Software enthalten, dürfen Sie jede Sprachversion ausführen, solange die Gesamtzahl der ausgeführten Kopien die Zahl der Lizenzen, die Sie für die Software erworben haben, nicht überschreitet.

- HINWEIS ZUR JAVA-UNTERSTÜTZUNG. Die Software ist nicht zur Verwendung in Online-Steuergeräten in gefährlichen Umgebungen entwickelt oder lizenziert, wie z. B. dem Betrieb von Nuklearreinrichtungen, Flugzeugnavigation oder -überwachung bzw. von medizinischen Geräten für die direkte Erhaltung lebenswichtiger Funktionen. Sie übernehmen die Gewähr dafür, dass Sie die Software für solche Zwecke weder nutzen noch weitergeben werden.

- ÜBERTRAGUNG. Sie dürfen Ihre Rechte und Pflichten aus dieser EULA nur an eine natürliche oder juristische Person übertragen oder zuordnen, wenn eine vorherige schriftliche Einwilligung seitens WRQ vorliegt. Wenn die Software jedoch als Einzellizenz gekennzeichnet ist, können Sie die Gesamtheit Ihrer Rechte aus dieser EULA dauerhaft übertragen, sofern Sie (a) keine Kopie zurückbehalten, (b) die vollständige Software (einschließlich aller Begleitmaterialien und aller älteren Versionen, die sich in Ihrem Besitz befinden) übertragen und (c) die/der Empfänger(in) den Bedingungen dieser EULA zustimmt.

- ZUSÄTZLICHER CODE. Ein Patch (manchmal auch als Fix bezeichnet) ist ein zusätzlicher Code, der dazu dient, Probleme an einer oder mehreren spezifischen Stellen in der Software zu lösen. Er ist als Teil der Software entsprechend den Bestimmungen dieser EULA zu behandeln, wenn nicht eigene Bedingungen für ihn gelten. Sie haben nur dann das Recht, ein Patch zu nutzen, wenn WRQ sie dazu berechtigt hat, wobei diese Berechtigung nur für die lizenzierten Kopien der Software gilt.

- NICHTWEITERGABE VON INFORMATIONEN. Sie verpflichten sich, (a) die Verwendung oder Offenlegung der Software auf die Mitarbeiter und Berater zu beschränken, die bereit sind, sich zur Einhaltung der Bedingungen und Bestimmungen dieser EULA zu verpflichten; (b) die Software nicht an Dritte weiterzugeben bzw. für Dritte bereitzustellen; (c) alle angemessenen Maßnahmen zur Wahrung der Urheberrechte an der Software zu ergreifen; und (d) keine Benchmark-Ergebnisse in Bezug auf Ihre Verwendung der Software ohne vorherige schriftliche Genehmigung durch WRQ offen zu legen.

- FREIEXEMPLARE. Wenn Sie die Software als „Freiexemplar" erhalten, ist die Verwendung der Software ungeachtet anderer Bestimmungen dieser EULA auf Demo-, Test- oder Auswertungszwecke beschränkt.

DEUTSCH

9

- **VORBEHALTUNG VON RECHTEN.** Alle Rechte, die Ihnen durch diese EULA nicht ausdrücklich eingeräumt werden, sind WRQ vorbehalten.

**3 BEENDIGUNG DER EULA.** Wenn Sie irgendeiner Bestimmung dieser EULA zuwiderhandeln, ist WRQ unbeschadet aller anderen Rechte berechtigt, die EULA fristlos zu kündigen. Ist die EULA beendet, sind Sie verpflichtet, alle Kopien der Software zu vernichten und auf Verlangen von WRQ die Vernichtung zu zertifizieren.

**4 VERTRAGLICHE SCHUTZBESTIMMUNGEN / PRÜFRECHT.** Sie verpflichten sich, (a) geeignete Vorkehrungen zu treffen, um eine unzulässige Vervielfältigung, Verteilung oder Verwendung der Software zu verhindern, (b) WRQ auf Anforderung eine schriftliche Erklärung bezüglich der Anzahl der eingesetzten Exemplare der Software bzw. des Umfangs der gleichzeitigen Nutzung vorzulegen, und (c) es WRQ zu ermöglichen, während der üblichen Geschäftszeiten in Ihren Geschäftsräumen und auf Ihren DV-Systemen die Einhaltung der Bestimmungen dieser EULA zu überprüfen. WRQ trägt die Kosten der Prüfung, es sei denn, die Prüfungsergebnisse liegen um fünf Prozent (5 %) oder mehr höher als Ihre Angaben bezüglich der Anzahl der ausgeführten Exemplare der Software bzw. des Umfangs der gleichzeitigen Nutzung; in diesem Fall tragen Sie die Kosten.

**5 UPGRADES.** Wenn Sie ein Software-Upgrade ausführen möchten, müssen Sie über eine gültige Lizenz für solche Software verfügen. Als Upgrade erworbene Software ersetzt und/oder ergänzt alle vorherigen Versionen dieser Software. Das Upgrade kann von Ihnen nur entsprechend den Bestimmungen der EULA ausgeführt werden, die mit dem Upgrade mitgeliefert wird. Upgrades oder Wartungsdienstleistungen für die Software können nur für alle Computer bzw. Benutzerlizenzen für die Software erworben werden.

**6 URHEBERRECHT.** Alle Eigentumsrechte an der Software und deren Kopien verbleiben bei WRQ und den WRQ-Lieferanten. Sie sind nicht berechtigt, sonstige Kopien der Software anzufertigen oder das gedruckte Begleitmaterial zu vervielfältigen, es sei denn, die EULA erteilt Ihnen hierzu die ausdrückliche Erlaubnis. Sie dürfen pro Lizenz, die Sie für die Software erworben haben, eine Kopie der elektronischen Begleitdokumentation anfertigen. Sie müssen alle Urheberrechtsvermerke und andere Hinweise auf Eigentumsrechte, die mit der Software geliefert werden, in allen von Ihnen angefertigten Kopien übernehmen.

**7 SICHERUNGSKOPIE.** Sie dürfen den Originaldatenträger, auf dem Software von WRQ geliefert wird, ausschließlich für Sicherungs- oder Archivierungszwecke behalten. Wenn der Originaldatenträger für den Einsatz der Software auf dem Computer erforderlich ist, dürfen Sie eine Kopie der Software ausschließlich für Sicherungs- oder Archivierungszwecke anfertigen.

**8 AUSFUHR.** Sie verpflichten sich, die Software, irgendeinen Teil der Software oder irgendeinen Prozess bzw. irgendeine Dienstleistung, der bzw. die ein direktes Produkt der Software ist (das Vorangehende wird zusammengefasst als „einfuhrbeschränkte Komponenten" bezeichnet) nicht in ein Land bzw. an eine natürliche oder juristische Person, das bzw. die den US-Export-

10

beschränkungen unterliegt, auszuführen oder wiederauszuführen. Sie verpflichten sich insbesondere, keine der einfuhrbeschränkten Komponenten (a) in ein Land, für das die USA eine Ausfuhrsperre oder -beschränkung von Waren oder Dienstleistungen verhängt hat, einschließlich derzeit, jedoch nicht ausschließlich, Kuba, Iran, Irak, Libyen, Nordkorea, Sudan und Syrien, oder an einen Staatsbürger eines dieser Länder, unabhängig von seinem derzeitigen Aufenthaltsort, der die Übertragung bzw. den Transport der einfuhrbeschränkten Komponenten in eines dieser Länder beabsichtigt, (b) an eine natürliche oder juristische Person, von der Sie wissen oder vermuten, dass die einfuhrbeschränkten Komponenten beim Design, bei der Entwicklung oder bei der Herstellung von atomaren, chemischen oder biologischen Waffen verwendet werden, oder (c) an eine natürliche oder juristische Person, die einem US-Ausfuhrgeschäftsverbot durch eine US-Bundesbehörde unterliegt, auszuführen oder wiederauszuführen. Sie übernehmen die Gewähr, dass weder das Bureau of Export Administration des U.S. Commerce Department noch eine andere US-Bundesbehörde Ihre Ausfuhrgenehmigungen eingestellt, widerrufen oder abgelehnt hat. Die Software enthält eine leistungsstarke Verschlüsselungstechnik. Die Einfuhr der Software in ein anderes Land bzw. die Wiederausfuhr der Software aus einem anderen Land unterliegt möglicherweise weiteren Import- und Exportbeschränkungen, für deren Einhaltung Sie die alleinige Verantwortung übernehmen.

9 EINGESCHRÄNKTE RECHTE DER US-REGIERUNG. Für Software und Dokumentation, die aufgrund vor dem 1. Dezember 1995 erteilter Aufträge an US-Zivilbehörden oder aufgrund vor dem 29. September 1995 erteilter Aufträge an das US-Verteidigungsministerium geliefert wurden, gelten EINGESCHRÄNKTE RECHTE. Die Verwendung, Vervielfältigung oder Veröffentlichung durch die Regierung unterliegt den Einschränkungen, wie sie in Unterabschnitt FAR 52.227-14(g)(Juni 1987) oder Unterabschnitt DFAR 252.227-7013 (c)(1)(ii)(Oktober 1988) enthalten sind. Für die gesamte Software und Dokumentation, die aufgrund nach den oben aufgeführten Daten erteilter Aufträge an US-Regierungsstellen oder an das US-Verteidigungsministerium geliefert wurden, gelten lediglich die handelsüblichen Nutzungsrechte, wie sie in dieser EULA eingeräumt werden.

10 ANWENDBARES RECHT UND ANWALTSKOSTEN. Wenn Sie dieses Produkt in den USA erworben haben, unterliegt diese EULA den Gesetzen des Staates Washington mit Ausnahme der Conflict of Laws Rules und unter ausdrücklichem Ausschluss des UN Convention on Contracts for the International Sale of Goods. Wenn Sie dieses Produkt außerhalb der USA erworben haben, gilt ggf. das lokal anwendbare Recht. Im Falle gerichtlichen Vorgehens zur Durchsetzung von Rechten oder Ansprüchen aus dieser EULA oder zur Auslegung von Bedingungen dieser EULA ist die obsiegende Partei berechtigt, ihre Kosten einschließlich angemessener Anwaltskosten von der Gegenpartei einzufordern.

11 LIEFERANTENRECHTE. In dem Maße, wie es zum Schutz entsprechender Rechtsansprüche erforderlich ist, wird Lieferanten von Fremdsoftwarecode, der in der Software enthalten ist und den Bestimmungen dieser EULA unterliegt, der Status eines Drittbegünstigten eingeräumt.

11

12 VERWENDUNG VON NAMEN. Sie erklären sich damit einverstanden, dass Sie als WRQ-Kunde identifiziert werden und WRQ darüber hinaus das Recht hat, auf Ihren Namen, Handelsnamen und Ihre Marke Bezug zu nehmen sowie Ihr Unternehmen in den WRQ-Kundeninformationen und in den Marketingunterlagen kurz zu beschreiben. Sie räumen WRQ das Recht ein, Ihren Namen sowie Ihre Handelsnamen und Marken ausschließlich im Rahmen dieser gewährten Rechte zu verwenden.

13 SCHLUSSBESTIMMUNGEN. Diese EULA stellt die alleinige Vereinbarung zwischen Ihnen und WRQ hinsichtlich der Software dar und ersetzt alle anderen bisher zwischen den Parteien erfolgten schriftlichen oder mündlichen Vereinbarungen und Absichtserklärungen. Die Bestimmungen dieser EULA können nur durch ausdrückliche schriftliche Einwilligung beider Parteien geändert werden. Falls einzelne Bestimmungen dieser EULA unwirksam bzw. undurchführbar sind, wird der Bestand der EULA im Übrigen nicht davon berührt. Die unwirksame oder undurchführbare Bestimmung ist so umzudeuten, dass sie rechtswirksam oder durchführbar ist. Die originale Version dieser EULA wurde in englischer Sprache geschrieben. Falls diese EULA in eine andere Sprache übersetzt wird, gilt nur die originale englische Version.

Falls Sie Fragen zu dieser EULA haben oder WRQ ansprechen möchten, wenden Sie sich bitte an den WRQ-Vertriebspartner, der Sie betreut, oder schreiben Sie an: WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, USA.

## DIE ALS ANLAGE BEIGEFÜGTE ERKLÄRUNG ZUR BESCHRÄNKTEN HERSTELLERGARANTIE IST WICHTIGER BESTANDTEIL DIESER EULA.

### BESCHRÄNKTE HERSTELLERGARANTIE

BESCHRÄNKTE HERSTELLERGARANTIE. WRQ garantiert für einen Zeitraum von neunzig (90) Tagen ab Erhalt der Software, dass (a) die ungeänderte Software bei sachgemäßem Gebrauch im Wesentlichen gemäß der mitgelieferten Dokumentation funktioniert und (b) dass der/die Datenträger, auf dem/denen die Software geliefert wird, fehlerfrei ist/sind. Alle gesetzlichen Gewährleistungen sind auf den genannten Zeitraum von 90 Tagen beschränkt. Die Garantie gilt nicht, wenn die geltend gemachten Mängel Folge einer Änderung an der Software, eines Unfalls, eines Missbrauchs oder eines unsachgemäßen Gebrauchs sind. Diese beschränkte Herstellergarantie gilt nicht für zeitlich begrenzte Evaluierungsversionen der Software, die unter Ausschluss jeglicher Gewährleistung geliefert werden. Einige Gerichtsbarkeiten erlauben keine Fristen für gesetzliche Gewährleistungen. In diesem Fall trifft die oben aufgeführte Einschränkung u. U. nicht auf Sie zu.

IHRE AUSSCHLIESSLICHEN ANSPRÜCHE. Die Haftung von WRQ und den Lieferanten von WRQ Ihnen gegenüber sowie Ihr Anspruch gegenüber WRQ und den Lieferanten von WRQ bei einer Verletzung der Gewährleistungspflicht beschränkt sich nach Wahl von WRQ auf folgende Möglichkeiten: Instandsetzung bzw. Umtausch der beanstandeten Software oder Rückerstattung

12

des von Ihnen bezahlten Kaufpreises für die beanstandete Software. Die beanstandete Software muss in diesem Fall zusammen mit dem Kaufbeleg an WRQ zurückgegeben werden. Für die Ersatz-Software übernimmt WRQ eine Garantie nur für den Rest der ursprünglichen Garantiedauer oder für dreißig (30) Tage, wobei die jeweils längere Frist gilt. Außerhalb der USA gelten sowohl diese Ansprüche als auch Ihr Anspruch auf irgendwelche von WRQ angebotenen Kundendienstleistungen nur, wenn Sie den Nachweis erbringen, dass Sie die Software von einer autorisierten internationalen Bezugsquelle rechtmäßig erworben haben.

AUSSCHLUSS JEDER WEITEREN GEWÄHRLEISTUNG. IM GRÖSSTMÖGLICHEN DURCH DAS ANWENDBARE RECHT GESTATTETEN UMFANG LEHNEN WRQ UND SEINE LIEFERANTEN HIERMIT ALLE SCHRIFTLICHEN ODER MÜNDLICHEN GEWÄHRLEISTUNGEN IN BEZUG AUF DIE SOFTWARE UND DIE BEREITSTELLUNG BZW. NICHTBEREITSTELLUNG VON KUNDENDIENSTLEISTUNGEN AB. SEIEN SIE AUSDRÜCKLICH ODER GESETZLICH, EINSCHLIESSLICH, JEDOCH NICHT BESCHRÄNKT AUF GEWÄHRLEISTUNGEN IN BEZUG AUF HANDELSÜBLICHKEIT, EIGNUNG FÜR EINEN BE-STIMMTEN ZWECK, TITEL UND NICHTVERLETZUNG DER RECHTE DRITTER. DIESE GEWÄHRLEISTUNG GIBT IHNEN BESTIMMTE RECHTE. JE NACH GERICHTSBARKEIT BESITZEN SIE MÖGLICHERWEISE WEITERE RECHTE.

HAFTUNGSBESCHRÄNKUNG. WEDER WRQ NOCH DIE LIEFERANTEN VON WRQ HAFTEN FÜR IRGENDWELCHE SPEZIELLEN, ZUFÄLLIGEN, INDIREKTEN ODER FOLGESCHÄDEN (EIN-SCHLIESSLICH, ABER NICHT BESCHRÄNKT AUF PERSONENSCHÄDEN, SCHÄDEN AUS ENTGAN-GENEM GEWINN, BETRIEBSUNTERBRECHUNG, VERLUST VON GESCHÄFTLICHEN ODER VER-TRAULICHEN INFORMATIONEN ODER DATEN, VERLETZUNGEN VON VERTRAULICHKEITS- ODER GEHEIMHALTUNGSBESTIMMUNGEN ODER IRGENDWELCHEN ANDEREN FINANZIELLEN VERLUS-TEN), DIE AUFGRUND DER BENUTZUNG DIESER SOFTWARE BZW. DER UNMÖGLICHKEIT, SIE ZU BENUTZEN, ODER AUFGRUND DER BEREITSTELLUNG BZW. NICHTBEREITSTELLUNG VON KUN-DENDIENST-LEISTUNGEN ENTSTEHEN, UND ZWAR SELBST DANN NICHT, WENN WRQ BZW. SEINE LIEFERANTEN VON DER MÖGLICHKEIT EINES SOLCHEN SCHADENS IN KENNTNIS GESETZT WORDEN SIND. AUF JEDEN FALL IST DIE HAFTUNG VON WRQ UND SEINEN LIEFERANTEN AUF DEN BETRAG BESCHRÄNKT, DEN SIE BEZAHLT HABEN, UM DIE SOFTWARE ODER DIE KUNDEN-DIENSTLEISTUNG ZU ERWERBEN, DIE DIE URSACHE DES SCHADENS WAR. EINIGE GERICHTS-BARKEITEN ERLAUBEN KEINEN HAFTUNGSAUSSCHLUSS BZW. KEINE HAFTUNGSEIN-SCHRÄNKUNG. IN DIESEM FALL TRIFFT DIE OBEN AUFGEFÜHRTE EINSCHRÄNKUNG U. U. NICHT AUF SIE ZU.

DEUTSCH

13

14

**ATTENTION – A LIRE IMPERATIVEMENT AVANT D'INSTALLER OU D'UTILISER LE LOGICIEL**

La Convention des droits d'utilisation du logiciel WRQ (ci-après la « Convention ») constitue un contrat de licence entre vous (personne physique ou personne morale) et la société WRQ, Inc. (ci-après « WRQ ») pour l'utilisation du logiciel WRQ, comprenant le logiciel et les matériels d'accompagnement (ci-après le « Logiciel »). Le Logiciel inclut également toutes les mises à jour et les suppléments du Logiciel initial que vous a fourni WRQ. Tout produit accompagnant le Logiciel qui est lié à une convention de droits d'utilisation distincte vous est octroyé selon les termes de ladite convention. En installant le, en le copiant, en le téléchargeant, en l'utilisant de quelque manière que ce soit, vous vous engagez à respecter les termes de cette convention. En cas de désaccord sur les termes de la Convention, n'installez pas et n'utilisez pas le Logiciel, et n'en effectuez pas de copie. Si vous avez acheté le Logiciel, vous devez le renvoyer rapidement, avec tous les matériels d'accompagnement et votre justificatif d'achat, au revendeur qui vous l'a fourni afin d'obtenir son remboursement.

**FRANÇAIS**

**ACCORD DE LICENCE**

Le Logiciel est confidentiel et protégé par des lois relatives à la propriété industrielle et par les dispositions de traités internationaux en matière de droits d'auteur. La présente Convention de droits d'utilisation est un contrat de licence de Logiciel et non un contrat de vente.

1 UTILISATION AUTORISEE DU LOGICIEL. Cette Convention vous accorde les droits suivants (« Droits d'utilisation du Produit ») :

* Vous êtes en droit d'installer, d'utiliser, d'ouvrir, d'afficher, d'exécuter ou encore d'interagir (« Exécuter ») avec un exemplaire du Logiciel sur un seul ordinateur ou station de travail (« Ordinateur »). Vous pouvez également enregistrer ou installer une copie du Logiciel sur un dispositif de stockage, tels qu'un ou des serveurs de réseau, afin de permettre à d'autres Ordinateurs d'Exécuter le Logiciel sur un réseau interne. Vous devez acquérir et réserver une licence pour chaque Ordinateur sur lequel le Logiciel est Exécuté. L'utilisateur principal de l'Ordinateur sur lequel le Logiciel est exécuté est en droit de faire une copie du Logiciel pour son usage personnel exclusif sur son Ordinateur personnel à domicile ou sur son Ordinateur portable. Si vous déployez le Logiciel WRQ pour un utilisateur final en créant un paramètre de profil d'utilisateur itinérant sous Windows, vous devez acquérir une licence et la réserver pour chaque utilisateur final qui accède au Logiciel WRQ sous un profil d'utilisateur itinérant (« Utilisateur itinérant »). Un Utilisateur itinérant détenteur d'une licence d'utilisation du Logiciel peut installer et utiliser le Logiciel sur plusieurs postes de travail, du moment qu'il n'utilise qu'un exemplaire du Logiciel à la fois. Vous devez veiller à la destruction des

15

exemplaires du Logiciel destinés à être utilisés par les Utilisateurs itinérants sur des postes de travail échappant à votre contrôle dès l'expiration des droits d'utilisation du Logiciel correspondants.

- Si vous faites l'acquisition du Logiciel avec une licence multi-utilisateur, vous êtes en droit de permettre à plusieurs utilisateurs d'exécuter le Logiciel simultanément, dans la limite du nombre d'utilisateurs précisé dans votre licence multi-utilisateur, à condition (a) d'Exécuter le Logiciel uniquement dans un environnement Windows Terminal Services (parfois également appelé « Windows multi-utilisateur ») correctement configuré ; (b) de surveiller, de contrôler et, à la demande de WRQ, d'établir des rapports d'utilisations multi-utilisateur sur un réseau ou sur des ordinateurs individuels et (c) de faire valoir un certificat WRQ de justification valide concernant les licences multi-utilisateur. Pour toute utilisation concomitante du Logiciel ne satisfaisant pas aux conditions mentionnées ci-dessus, une autorisation écrite formelle de WRQ est nécessaire.

- L'utilisation de logiciels ou de matériels réduisant le nombre d'Ordinateurs qui accèdent directement au Logiciel ou qui l'utilisent directement (quelquefois appelés logiciels ou matériels de multiplexage ou de concentration) ne réduit pas le nombre de licences nécessaires. Le nombre de licences nécessaires correspond au nombre d'entrées distinctes que comporte le logiciel ou le matériel de multiplexage ou de concentration.

- Si vous avez reçu une version d'évaluation avec période d'utilisation limitée du Logiciel, vous êtes en droit d'exécuter un exemplaire du Logiciel sur un ordinateur uniquement pendant la Période d'évaluation stipulée et aux seules fins d'évaluation et de test, à l'exclusion de tout usage destiné à la production. La « Période d'évaluation » va de la première exécution du Logiciel à la première des deux échéances suivantes : (a) la date d'expiration automatique de la version d'évaluation à durée limitée ou (b) soixante (60) jours après la première exécution de la version d'évaluation à durée limitée. Au terme de la Période d'évaluation, la licence octroyée pour cette version d'évaluation à durée limitée du Logiciel est terminée automatiquement. Vous ne pouvez en aucune manière proroger la date de validité du Logiciel. Si vous procédez à l'évaluation de plusieurs des programmes logiciels fournis sur le support de distribution, la Période d'évaluation limitée peut être différente dans chaque cas.

**2 AUTRES DROITS ET LIMITATIONS.**

- **LIMITATIONS SUR L'ANALYSE RETROTECHNIQUE, LA DECOMPILATION ET LE DESASSEMBLAGE.** Sous réserve des opérations autorisées par la loi applicable, il vous est interdit d'analyser par rétrotechnique, de décompiler ou de désassembler le Logiciel de quelque manière que ce soit.

- **LOCATION.** Il vous est interdit de louer le Logiciel, de le prêter, de le vendre ou d'accorder des sous-licences sur le Logiciel. Il vous est également interdit d'utiliser le Logiciel dans le but de proposer des services en temps partagé ou de rendre le Logiciel accessible à des tiers au travers de prestations de services.

15

- **SEPARATION DES COMPOSANTS.** Votre licence porte sur le Logiciel dans son intégralité. Vous ne pouvez pas en dériver les composants pour les utiliser sur plus d'un Ordinateur.

- **VERSIONS LINGUISTIQUES.** Si le support médiatique inclut plusieurs versions linguistiques du même Logiciel, vous êtes autorisé à Exécuter les versions linguistiques du Logiciel, à condition que le nombre total de copies Exécutées ne dépasse pas le nombre de licences que vous avez acquises.

- **REMARQUE SUR LA PRISE EN CHARGE DU LANGAGE JAVA.** Le Logiciel n'est pas conçu pour être utilisé dans des équipements de contrôle en ligne dans des environnements à risques (par exemple installations nucléaires, navigation aérienne ou contrôle du trafic aérien, ou encore appareils médicaux destinés à maintenir les fonctions vitales) et sa licence n'est pas concédée pour une telle utilisation. Vous vous engagez à ne pas utiliser le Logiciel et à ne pas le transmettre à des tiers à de telles fins.

- **TRANSFERT.** Vous n'êtes pas autorisé à transférer ou à attribuer vos droits ou vos obligations inhérents à cette Convention à une personne physique ou morale sans l'accord écrit préalable de WRQ. Toutefois, si le Logiciel porte la mention « Licence mono-utilisateur », vous pouvez transférer définitivement à un tiers l'intégralité des droits que vous accorde cette Convention, dans la mesure où : (a) vous ne gardez aucune copie du Logiciel, (b) vous remettez à ce tiers le Logiciel complet (y compris tous les matériels d'accompagnement et toutes les versions antérieures) et (c) ce tiers s'engage à respecter les termes de la Convention.

- **CODE SUPPLEMENTAIRE.** Un correctif est un code supplémentaire (désigné parfois par « patch ») destiné à résoudre des problèmes spécifiques dans le Logiciel. En l'absence de termes et conditions qui lui sont propres, le correctif est considéré comme faisant partie intégrante du Logiciel et est, à ce titre, soumis aux termes et conditions de cette Convention. Vous êtes en droit d'utiliser un correctif uniquement si WRQ vous a autorisé à le faire et seulement pour les exemplaires du Logiciel assortis d'une licence d'utilisation pour lesquels cette autorisation a été accordée.

- **CONFIDENTIALITE.** Vous vous engagez à (a) limiter l'utilisation et la divulgation du Logiciel aux seuls employés et conseillers qui ont accepté les termes de cette Convention ; (b) ne pas fournir ni divulguer le Logiciel à un tiers ; (c) prendre toutes les précautions nécessaires pour veiller au respect des droits à la propriété industrielle relatifs au Logiciel et (d) ne pas divulguer de résultats de tests relatifs aux performances du Logiciel sans le consentement écrit préalable de WRQ.

- **LOGICIELS GRATUITS.** Si le Logiciel vous est fourni en tant qu'exemplaire « gratuit » (Complimentary ou Comp.) alors, nonobstant les autres sections de cette Convention, votre utilisation du Logiciel ne doit intervenir qu'à titre de démonstration, de test ou d'évaluation.

- **RESERVATION DES DROITS.** WRQ se réserve tous les droits qui ne seraient pas expressément accordés au titre de cette Convention.

17

**FRANÇAIS**

**3 RESILIATION.** Sans préjudice de tous autres droits, WRQ peut résilier cette convention si vous n'en respectez pas les termes. Dans ce cas, vous devez détruire tous les exemplaires du Logiciel et, à la demande de WRQ, certifier que cette destruction a été effectuée.

**4 SAUVEGARDES/DROITS DE CONTROLE.** Vous vous engagez à (a) prendre les mesures de sécurité internes pour empêcher toute copie, distribution ou utilisation non autorisée du Logiciel ; (b) justifier à la demande de WRQ, par une déclaration écrite, le nombre de copies du Logiciel que vous détenez ou le nombre d'utilisations concomitantes du Logiciel et (c) permettre que WRQ inspecte vos locaux et vos systèmes informatiques pendant les heures de bureau, afin de vérifier que les Logiciels sont utilisés en conformité avec les dispositions de cette Convention. WRQ prendra en charge les frais occasionnés par ce contrôle, sauf si le nombre d'utilisations concomitantes du Logiciel est supérieur de cinq pour cent (5 %) ou plus aux valeurs que vous avez indiquées ; dans ce cas, les frais occasionnés par le contrôle vous incomberont.

**5 MISES A NIVEAU.** Vous pouvez Exécuter une mise à niveau du Logiciel uniquement après avoir acquis une licence pour celui-ci. Tout Logiciel acquis en tant que mise à niveau remplace et/ou complète toute version antérieure. L'exécution d'une mise à niveau est assujettie aux dispositions de la Convention fournie avec cette mise à niveau. Lorsque vous faites l'acquisition de mises à niveau ou de service de maintenance pour le Logiciel, vous devez vous assurer que cette acquisition est suffisante pour tous vos ordinateurs ou tous les utilisateurs concomitants détenteurs d'une licence d'utilisation du Logiciel.

**6 DROITS D'AUTEUR.** WRQ et ses fournisseurs conservent le titre et la propriété du Logiciel et de toutes les copies associées. Vous n'êtes autorisé à copier le Logiciel que selon les termes expressément accordés au titre de cette Convention. Pour chaque licence de logiciel en votre possession, vous n'êtes autorisé qu'à copier une seule fois la documentation électronique accompagnant le Logiciel. Dans toute copie effectuée, vous êtes tenu d'y faire figurer toutes les mentions relatives aux droits d'auteur et à tout autre droit relatif à la propriété industrielle.

**7 COPIE DE SAUVEGARDE.** Vous êtes en droit de conserver les supports originaux sur lesquels le Logiciel vous a été fourni à des fins de sauvegarde et d'archivage. Si l'emploi des supports originaux est nécessaire à l'exécution du Logiciel sur l'Ordinateur, vous êtes autorisé à faire une copie du Logiciel à des fins de sauvegarde et d'archivage uniquement.

**8 EXPORTATION.** Vous vous engagez à ne pas exporter ni réexporter tout ou partie du Logiciel, ou un procédé ou un service qui en serait le produit direct (collectivement, les « Composants restreints ») vers un pays, une personne physique ou morale qui ferait l'objet de restrictions à l'exportation selon les lois des États-Unis d'Amérique. Vous vous engagez plus particulièrement à ne pas exporter ni réexporter l'un des Composants restreints (a) vers un pays comptant parmi les pays faisant l'objet d'un embargo ou d'une restriction sur l'exportation des biens et services de la part des États-Unis, notamment vers Cuba, l'Iran, l'Iraq, la Libye, la Corée du Nord, le Soudan et la Syrie, ou vers tout citoyen de l'un de ces pays, où qu'il se trouve, qui envisagerait

18

de transmettre ou de transporter les Composants restreints vers ces pays ; (b) vers toute personne physique ou morale que vous auriez des raisons de croire ou soupçonner d'utiliser les Composants restreints pour concevoir, développer ou produire des armes biologiques, chimiques ou nucléaires, ou (c) vers toute personne physique ou morale faisant l'objet d'une interdiction sur les exportations américaines par l'une des agences fédérales du gouvernement américain. Vous certifiez et déclarez que ni le Bureau de l'administration des exportations du Ministère du commerce américain ni toute autre agence fédérale du gouvernement américain n'a suspendu, révoqué ou refusé vos privilèges d'exportation. Le Logiciel contient une technologie de chiffrement renforcée. Si vous importez le Logiciel ou le redistribuez à partir d'un pays quelconque, vous risquez d'être également soumis aux restrictions d'exportation ou d'importation imposées aux pays autres que les Etats-Unis d'Amérique, et d'être tenu responsable en cas de violation.

9 DROITS RESTREINTS DU GOUVERNEMENT AMERICAIN. Les logiciels et la documentation livrés aux agences civiles du gouvernement américain en vertu de demandes antérieures au 1er décembre 1995, ainsi que les logiciels et la documentation livrés au Ministère de la défense du gouvernement américain en vertu de demandes antérieures au 29 septembre 1995, sont fournis avec des DROITS RESTREINTS. Leur usage, leur reproduction ou leur divulgation par le gouvernement américain sont soumis aux restrictions du sous-paragraphe FAR 52.227-14(g) (Juin 1987) ou DFAR 252.227-7013 (c)(1)(ii) (Octobre 1988). Tous les logiciels et la documentation livrés aux agences civiles ou au Ministère de la défense du gouvernement américain en vertu de demandes postérieures aux dates spécifiées ci-dessus, sont délivrés uniquement avec les droits de licence prévus dans la présente Convention.

10 LOI D'INTERPRETATION ET HONORAIRES D'AVOCAT. Cette Convention est régie par les lois de l'Etat de Washington aux Etats-Unis d'Amérique, à l'exception des règles liées aux conflits de lois et à l'exception expresse des dispositions de la Convention des Nations Unies sur le commerce international des marchandises. Si vous avez acquis le Logiciel dans un pays autre que les Etats-Unis d'Amérique, les lois de ce pays pourraient s'appliquer à votre cas. En cas d'action ou de procès relatif à l'exécution d'un droit ou d'un recours prévus par cette Convention ou relatif à l'interprétation d'une disposition quelconque de la Convention, la partie qui prévaudra sera en droit d'être remboursée des coûts qu'elle aura supportés, y compris des honoraires raisonnables de ses avocats.

11 DROITS DES FOURNISSEURS. Dans une mesure limitée à la protection de leurs intérêts propres, les fournisseurs de code logiciel tiers inclus dans le Logiciel et entrant dans le cadre de la Convention disposent d'un statut d'ayant droit.

12 UTILISATION DU NOM. Vous acceptez d'être identifié en tant que client de WRQ et acceptez également que WRQ puisse citer votre nom ou le nom de votre marque et qu'il puisse décrire brièvement votre activité dans sa documentation marketing et client. Vous accordez à WRQ une licence d'utilisation de votre nom et de vos marques liée exclusivement aux présents droits.

FRANÇAIS

19

**13 DISPOSITIONS FINALES.** La présente Convention constitue l'intégralité de l'accord conclu entre vous et WRQ en ce qui concerne le Logiciel ; en tant que telle, la Convention remplace tous les autres accords ou déclarations antérieurs la concernant, qu'ils soient de nature écrite ou orale. Les dispositions de cette Convention ne doivent pas être modifiées par les termes de formulaires imprimés que les parties utiliseraient dans l'exécution de cette Convention, et toute modification doit faire l'objet d'un accord formel rédigé par les deux parties. Dans l'hypothèse où l'une des clauses de la Convention serait déclarée nulle, ceci n'entraînerait pas pour autant la nullité de la Convention elle-même, dont les autres clauses continueront à s'appliquer. La version originale de cette Convention est rédigée en anglais. Si la Convention est traduite dans une autre langue, la version anglaise originale prévaudra.

Si vous avez des questions concernant cette Convention ou si vous désirez contacter WRQ pour quelque raison que ce soit, veuillez vous mettre en rapport avec le représentant de WRQ attaché à votre entreprise ou écrire à : WRQ, Inc., 1500 Dexter Avenue North, Seattle, WA 98109, Etats-Unis.

## LA DECLARATION SUR LES LIMITES DE GARANTIE APPLICABLES AU LOGICIEL CI-APRES CONSTITUE UNE PARTIE INDISSOCIABLE DE CETTE CONVENTION.

### GARANTIE LIMITEE

**GARANTIE LIMITEE.** Sous réserve d'une utilisation conforme à ses instructions, WRQ garantit (a) que le Logiciel non modifié par l'utilisateur fonctionne pour l'essentiel conformément aux spécificités prévues dans la documentation qui l'accompagne et (b) que les supports fournis par WRQ seront exempts de vices de fabrication, et ce pendant une période de quatre-vingt-dix (90) jours à compter de la date d'acquisition du Logiciel. Les garanties implicites, de quelque nature qu'elles soient, sont limitées à quatre-vingt-dix (90) jours. La garantie limitée restera sans effet si l'anomalie du Logiciel est le résultat d'une modification apportée au Logiciel, d'un accident ou d'une utilisation abusive ou non conforme. La garantie limitée ne s'applique pas aux versions d'évaluation à durée limitée du Logiciel, lesquelles sont fournies « EN L'ETAT », sans garantie d'aucune sorte. Certaines juridictions n'admettent pas de limitations sur la durée d'une garantie implicite. Il est donc possible que ces restrictions ne s'appliquent pas dans votre cas.

**VOTRE SEUL RECOURS.** La totalité de la responsabilité de WRQ et de ses fournisseurs et votre seul recours se limitent, au choix de WRQ, au remplacement ou à la réparation du Logiciel non conforme, ou au remboursement du prix payé pour le Logiciel non conforme. Vous devez renvoyer tout Logiciel non conforme à WRQ, accompagné de son justificatif d'achat, pour pouvoir faire valoir ce recours. Tout Logiciel de remplacement sera garanti pour la période de garantie d'origine restant à couvrir ou pour trente (30) jours à compter de la date de remplacement, selon la période la plus longue considérée. En dehors des Etats-Unis, vous ne pourrez exercer aucun de ces recours, ni bénéficier d'une assistance technique offerte par WRQ sans avoir apporté la preuve d'avoir acquis le Logiciel auprès d'un revendeur agréé.

20

**EXCLUSION DE TOUTE AUTRE GARANTIE.** DANS LA MESURE AUTORISEE PAR LA LOI, WRQ ET SES FOURNISSEURS N'ADMETTENT AUCUNE GARANTIE, ORALE OU ECRITE, EXPLICITE OU IMPLICITE, NOTAMMENT LES GARANTIES IMPLICITES SUR LA VALEUR COMMERCIALE DU PRODUIT ET SON ADAPTATION A UN USAGE PARTICULIER, SUR LES CONTREFACONS ET LA PROPRIETE INTELLECTUELLE, QUANT AU LOGICIEL ET AUX DISPOSITIONS PREVOYANT LA FOURNITURE DE L'ASSISTANCE TECHNIQUE. CETTE GARANTIE VOUS ACCORDE DES DROITS LEGAUX SPECIFIQUES. VOUS POUVEZ EN AVOIR D'AUTRES QUI PEUVENT VARIER D'UNE JURIDICTION A L'AUTRE.

**LIMITATION DE RESPONSABILITE.** WRQ OU SES FOURNISSEURS NE SAURAIENT ETRE EN AUCUN CAS TENUS RESPONSABLES DES DOMMAGES PARTICULIERS, INDIRECTS, ACCIDENTELS OU CONSECUTIFS RESULTANT DE BLESSURES CORPORELLES, DE LA PERTE DES PROFITS COMMERCIAUX, DE L'INTERRUPTION DE LA CONDUITE DES AFFAIRES, DE LA PERTE D'INFORMATIONS COMMERCIALES, CONFIDENTIELLES OU DE TOUTE AUTRE PERTE PECUNIERE, QUI DECOULERAIENT DE L'UTILISATION OU DE L'IMPOSSIBILITE D'UTILISER LE LOGICIEL, OU DE LA FOURNITURE OU DU DEFAUT A FOURNIR L'ASSISTANCE TECHNIQUE QUAND MEME WRQ OU SES FOURNISSEURS ETAIENT PREVENUS DE L'EVENTUALITE DE TELS DOMMAGES. EN TOUT ETAT DE CAUSE, LA RESPONSABILITE DE WRQ OU DE SES FOURNISSEURS AUX TERMES DE CET ACCORD ET DE SA GARANTIE LIMITEE NE POURRA NULLEMENT EXCEDER LE MONTANT EFFECTIVEMENT PAYE PAR L'UTILISATEUR POUR L'ACQUISITION DU LOGICIEL OU POUR L'ASSISTANCE TECHNIQUE A L'ORIGINE DES DOMMAGES. ETANT DONNE QUE CERTAINES JURIDICTIONS N'AUTORISENT PAS L'EXCLUSION OU LA LIMITATION DE LA RESPONSABILITE, LA PRESENTE LIMITATION NE S'APPLIQUE PAS NECESSAIREMENT DANS VOTRE CAS.

FRANÇAIS

21

22

**重要！ソフトウェアをインストールまたは使用する前に必ずお読みください。**

この WRQ エンドユーザ使用許諾契約（以下「本契約」といいます）は、ユーザ（個人または 1 団体）と WRQ, Inc.（以下「WRQ 社」といいます）との法的契約で、パッケージの中にはコンピュータソフトウェアとその印刷物（以下「本件ソフトウェア」といいます）が入っています。本件ソフトウェアには、WRQ 社からお客様に提供されたすべてのアップデート及び付属品が含まれています。本件ソフトウェアに付属する別のエンドユーザ使用許諾契約によって使用権を与えられたすべての製品は、その使用権の条項に基づいて、お客様に使用権が与えられています。

このパッケージを開封したときは、お客様が本契約条項に同意されたものとみなされます。もし、本契約条項に同意いただけない場合は、本ソフトウェアをインストール、コピーまたはその他の方法で使用しないで、そのまま代理店へ速やかにご返送下さい。その場合は、お支払いいただいた代金をお返し致します。

---

### ソフトウェアの使用権

本件ソフトウェアは業務上の秘密事項であり、また、著作権法及び国際著作権条約、その他の知的所有権法や条約によって保護されています。本件ソフトウェアは使用権を許諾するもので、それを売却することはできません。

1   使用許諾。本契約は次の権利（「製品使用権」）を許諾します。

- お客様は、1 台のコンピュータまたは PC ワークステーション（以下「コンピュータ」といいます）で 1 次のソフトウェアに限って、インストール、使用、アクセス、表示、実行または操作（以下「実行」といいます）することができます。また、内部ネットワーク上にある他のコンピュータで本件ソフトウェアを実行する場合に限り、お客様はネットワークサーバなどの記憶装置に本件ソフトウェアを保管またはインストールすることができます。本件ソフトウェアを実行するコンピュータごとに、本件ソフトウェアの使用権が必要です。使用権を得たコンピュータを主として実行する方は、その方のご自宅またはポータブルコンピュータで補助的に使用する必要がある場合に限って、本件ソフトウェアのコピーを 1 部だけ作成することが許されます。Windows の操作環境でローミングユーザプロファイルを確立することによって WRQ ソフトウェアをエンドユーザに配布構成した場合は、ローミングユーザプロファイル（以下「ローミングユーザ」といいます）で WRQ ソフトウェアにアクセスする各エンドユーザのライセンスを入手し、1 ユーザ用に設定しなければなりません。ソフトウェアを使用するためにライセンスを与えられたローミングユーザは、一度に 1 つのソフトウェアのコピーを使用する限り、ソフトウェアを複数のデスクトップにインストールして使用することができます。ローミングユーザを使用するローミングユーザの権利が失効した場合には、監視下のデスクトップ以外にある、ローミングユーザによって使用されるソフトウェアのコピーも削除しなければなりません。
- お客様が本件ソフトウェアの同時使用ライセンスを購入された場合は、次の条件を満たす場合にのみ、同時使用を許された人数に至るまで同時に本件ソフトウェアを実行することができます。(i) 本件ソフトウェアを適切に構成された Windows Terminal Services（「マルチユーザ Windows」ともいいます）環境で実行すること。(ii) ネットワーク上および随時のコンピュータでの同時使用を監視、制御、及び（WRQ 社の要請に応じて）報告すること。(iii) 同時使用ライセンス用に WRQ 社より正式の証明書を取得すること。上記の条件に反して本件ソフトウェアを同時使用する場合は、書面による明示的な許可を WRQ 社より受ける必要があります。

日本語

23

-104-

- 本件ソフトウェアに直接アクセスしたり利用するコンピュータの数を削減するソフトウェアまたはハードウェア（「多重化」または「プール」ソフトウェアあるいはハードウェアともいいます）を使用しても、必要なライセンスの数は減りません。必要なライセンスの数は、多重化またはプールソフトウェアあるいはハードウェアフロントエンドへの個別入力数と同じです。

- 期間制限付きのソフトウェア評価版を使用する場合は、その評価期間に限り、機能を使用する目的ではなく評価およびテストの目的にのみ、ソフトウェアの1つのコピーを実行することができます。「評価期間」は、ソフトウェアを最初に使用した日から、(i) 期間制限付きの評価版が自動的に機能の動作を停止する日、または (ii) ソフトウェアを最初に使用した日から 60 日間のいずれか早い方の時期まで延長されます。評価期間が過ぎると、ソフトウェアの期限付き評価版の実行ライセンスは、自動的に破棄されます。この期間制限をいかなる方法によっても延長させることはできません。メディアに含まれている複数のソフトウェアプログラムを評価する場合は、各プログラムによって評価期間が異なる場合があります。

**2　その他の権利と使用権の制限**

- リバースエンジニア、逆コンパイル及び逆アセンブルに関する制限。お客様は、該当する法律に規定されている範囲を超えて、本件ソフトウェアをリバースエンジニア、逆コンパイルまたは逆アセンブルすることはできません。

- 貸与。お客様は、本件ソフトウェアをお客様の従業員以外の第三者に使用させたり、売却、再使用許諾、貸与することはできません。また、お客様は、本ソフトウェアをタイムシェアリングサービスを提供するため、またはその他のサービス業務運用のためには使用しないものとします。

- 製品の分離。本件ソフトウェアは単一の製品として使用許諾されたものであり、したがってこれを分離分解して、複数のコンピュータで使用することはできません。

- 言語版。本件ソフトウェアのメディアに複数の言語版のソフトウェアが含まれている場合は、使用コピーの総数がお客様の購入された本件ソフトウェア使用権の数を超えない限りにおいて、各プログラム及び各言語版を実行することができます。

- JAVA 対応に関する注意。本ソフトウェアは、原子力施設、航空の航行または管制システム、直接的な生命維持装置の操作など、危険な環境におけるオンライン制御装置での使用を目的として設計されたものではなく、そのために使用許諾されるものではありません。本件ソフトウェアをそのような目的で使用または再配信しないことを保証するものとします。

- 譲渡。WRQ 社に書面で通知することなしに、本契約にある権利及び義務を第三者に譲渡することはできません。しかし、本件ソフトウェアに「シングルユーザバージョン」と記載されている場合は、次の条件をすべて満たしたときに限り、本契約の権利を第三者に譲渡することができます。(i) お客様が譲渡後本件ソフトウェアのコピーを一切保有しないこと、(ii) 本件ソフトウェアの全て（付属品及び旧バージョンを含む）を譲渡すること、(iii) 受取る方が本契約にある条項に同意すること。

- 補完コード。パッチは、ソフトウェアの1つまたは複数の特定の問題を解決する補完コードで、コードに独自の契約条件が付属している場合以外は、本件ソフトウェアの一部と見なされ、本契約条件の対象となります。パッチは、WRQ 社から使用を許可された場合、および使用を許可されているソフトウェアのコピーのみに使用することができます。

24

- 非開示。お客様は以下の条件 (i)、(ii)、(iii)、(iv) に同意するものとします。(i) 本件ソフトウェアの使用権を付与する対象、および本件ソフトウェアの情報を開示する対象は、本契約の条項を遵守することに同意した従業員およびコンサルタントに限ること。(ii) 本件ソフトウェアのいかなる部分も上記以外の第三者に提供または開示しないこと。(iii) 本件ソフトウェアの機密を保持するためにあらゆる合理的な措置を実施すること。(iv) WRQ 社の書面による同意を事前に取得することなく、本件ソフトウェアの使用に伴うベンチマークテストの結果を開示しないこと。

- 非売品ソフトウェア。本ソフトウェアが「非売品」コピーとしてお客様に提供された場合は、本契約のほかの条項に関わらず、本ソフトウェアの使用目的はデモ、テスト、または評価に制限されます。

- 権利の保有。WRQ 社は、本契約で明示的に許可していないすべての権利を保有します。

3   解除。お客様が本契約に違反した場合、WRQ 社はその他の権利を与えることなく本契約を解除できます。その場合は、お客様は WRQ 社の指示により本件ソフトウェアのすべてのコピーを廃棄するものとします。

4   不正使用防止及び立ち入り検査権。お客様は以下の条件 (i)、(ii)、(iii) に同意されたものと見なされます。(i) 本件ソフトウェアのいかなる無許可複製、配布、あるいは使用を防止するため、利用許可者及び組織内部において不正使用防止措置を実施すること。(ii) WRQ 社の要請に応じ、本件ソフトウェアのコピー設或いは同時使用状につき、同社に証明書を提供すること。(iii) 本契約内容が遵守されているかを確認するため、お客様の通常営業時間内に、WRQ 社に施設及び管理体制の立ち入り検査を許可すること。立ち入り検査の結果、お客様が購入された使用件数を超えて、実行されている本件ソフトウェアコピー数の差が 5 % 未満の場合は、WRQ 社が立ち入り検査費用を支払うものとし、上記の差が 5 % 以上である場合は、立ち入り検査費用はお客様の負担とします。

5   更新バージョン。お客様は、本件ソフトウェアを所有している場合に限って、この更新バージョンを実行することができます。本件ソフトウェアの更新バージョンは旧バージョンに取って代わるかまたはその補完となります。更新バージョンは、それに付随する本契約の条項に従ってのみ使用することができます。お客様が本ソフトウェアの更新版または本ソフトウェアの保守契約をご購入になる場合は、本ソフトウェアを使用するコンピュータの総数または本ソフトウェアの使用許諾を与えるユーザの同時使用人数に相当する分を購入する必要があります。

6   著作権。本件ソフトウェア及びすべてのコピーの所有権は、WRQ 社またはその代理店に帰属します。本契約に明示されている以外の場合は、本件ソフトウェアや本件ソフトウェアに付随する印刷物のコピーを作成することはできません。ただし、本件ソフトウェアに関して購入をされた各使用権に対して、本件ソフトウェアに付随するオンライン印刷物のコピーを 1 部作成することができます。お客様が作成されるコピーには、必ずソフトウェアに貼付されているものと同じ著作権表示その他の商標の説明を貼付してください。

7   バックアップコピー。お客様は WRQ 社から提供された本件ソフトウェアの元の記録媒体をバックアップまたは保存用の目的で保存しておくことができます。コンピュータで本件ソフトウェアを使用する際に元の記録媒体が必要な場合は、本件ソフトウェアのコピーを、バックアップまたは保存用の目的でのみ 1 部だけ作成することができます。

日本語

25

8 　輸出規制。お客様は、本件ソフトウェア及びいかなる部分、本件ソフトウェアの直接製品である工程または サービス（前述の「制限されているコンポーネント」を参照）をも、アメリカ合衆国輸出規制の対象となる いかなる国、個人、または法人にも輸出または再輸出しないことに同意したものとします。特に、お客様は、 制限されているコンポーネントを (i) キューバ、イラン、イラク、リビア、北朝鮮、スーダン、シリアなどの アメリカ合衆国が物資やサービスの輸出を禁止している国や同等の扱いを行っているその他の国に、制限され ているコンポーネントを転送または輸送する可能性のあるいかなる国籍を持つ国人へ、(ii) 核兵器、化学兵器 または細菌兵器などの設計、開発または製造のために制限されたコンポーネントを利用する可能性のある個人 や法人へ、または、(iii) アメリカ合衆国政府機関からアメリカ合衆国輸出取引への参加を禁止されている個人や 法人へ輸出しないことに同意したものとします。お客様は、アメリカ合衆国商業局の輸出管理事務局およびいか なるアメリカ合衆国政府機関からも、お客様の輸出権を一時停止、破棄、拒否されたことがないことを保証し、 断言するものとします。本件ソフトウェアには強力な暗号化技術が含まれています。お客様が本ソフトウェアを他 国に持ち出した場合、または他国から本ソフトウェアを再販した場合、アメリカ合衆国以外の国家の輸出入規制 の対象となることがあります。また、そのような規制に抵触した場合、その責任はすべてお客様が負うことにな ります。

9 　アメリカ合衆国政府による規制。アメリカ合衆国政府の民間機関の需要によって 1995 年 12 月 1 日以降に発行 されたソフトウェア及び印刷物や、及びアメリカ合衆国政府の防衛局の需要によって 1995 年 9 月 29 日以降に発 行されたソフトウェア及び印刷物は、限定権利とともに配布されています。政府による制限、コピー、公開 は、副則 FAR 52.227-14(g)(1987 年 6 月)、または副則 DFAR 252.227-7013 (c)(1)(ii)(1988 年 10 月）に 述べられているように、制限の対象となります。上記に示した日付以降にアメリカ合衆国の民間機関または 防衛局の需要によって発行されたすべてのソフトウェア及び印刷物は、この契約に述べられている商用ライセ ンスの権利のみとともに配布されています。

10 　準拠法。本契約は、アメリカ合衆国ワシントン州法を準拠法とします。国際動産売買契約に関する国連条約は 適用されません。なお、本件ソフトウェアをアメリカ合衆国外でお買い上げいただいた場合、その国の法規が 適用されます。本契約について紛争が生じた場合、勝訴した当事者は、相手に対して弁護士費用を含む 質問を請求することができます。

11 　供給企業の権利。本ソフトウェアに組み込まれており、本契約が適用される他社ソフトウェアコードを提供 する企業の立場は、それぞれの利益を最低限保証するため、第三者の受益者であるとします。

12 　名前の使用。お客様は、WRQ 社の顧客とみなされることに同意したものとし、また、WRQ 社はお客様につ いてその名前、商号または商標で言及し、顧客情報やマーケティング関連責任にお客様の業務について簡単に 記載することに同意したものとします。お客様は、お客様の名前、商号や商標をその他の権利に関連する場合 にのみ使用することを WRQ 社に許諾するものとします。

13 　完全同意。本契約は本件ソフトウェアに関するお客様と WRQ 社との間のすべての合意であり、他のすべて の口頭の記載または口頭による契約に優先します。本契約の条件は、本契約を管理する一方からの文書によっ て修正されることはなく、両者により署名された書面によってのみ修正することができます。本契約に含まれ るいずれかの条項が効力を失った場合においても、他の条項は有効であるものとします。本契約の原版は、英 語で書かれています。他の言語に翻訳されている場合は、英語版が優先されます。

本件ソフトウェアの本契約に関するご質問、その他の理由で WRQ 社に連絡をご希望の方、WRQ 社の代理店、 または WRQ, Inc.、1500 Dexter Avenue North, Seattle, WA 98109 USA までご連絡ください。

26

以下に本ソフトウェアの限定保証を参考として記載します。

**製品保証**

保証の条件。お客様のお手元に本件ソフトウェアが届いてから 90 日間、WRQ 社は、(a) 変更の加えられていない本件ソフトウェアを正しく使用した場合、本件ソフトウェアが付属の印刷物に記載されたとおりに実質的に機能すること、及び (b) WRQ 社の記録媒体に物理的な欠陥がないことを保証します。黙示的保証も同様に 90 日間に限られます。本件ソフトウェアの不具合が、ソフトウェアの改変、事故、誤用または目的外使用に起因する場合は、この保証は適用されません。この保証条件は、保証をいっさい持たないソフトウェアのみが提供される期間制限付きの評価版ソフトウェアには適用されません。司法管轄によっては黙示的保証による継続期間の制限を認めない場合があり、この場合は上記制限は適用されません。

**保証責任。** この保証が適用になる場合、WRQ 社または代理店は、WRQ 社の選択により、不具合の生じた本件ソフトウェアの修理または交換を行うか、お客様が本件ソフトウェアに対して支払われた代金をお返しいたします。この賠償を受けるためには、WRQ 社にすべての不具合の生じた本件ソフトウェアとそのソフトウェアの代金の領収書とともに返却するものとします。本件ソフトウェアが交換、再提供される場合は、元の保証期間の残りか交換、再提供から 30 日かのいずれか長い方の期間この保証を適用します アメリカ合衆国外では、本件ソフトウェアについてこの保証の適用を要求される場合、または、WRQ 社のサポートサービスを要求される場合は、必ず指定代理店の発行した本件ソフトウェアの代金の領収書を提示して下さい。

その他の保証。WRQ 社も代理店も、本件ソフトウェア及び技術サポートの提供や未提供に関して、口頭または書面、あるいは、明示または黙示であるとを問わず、本件ソフトウェアの市場性、特定の目的への適合性、第三者の知的所有権を優害しないことなど一切の保証をするものではありません。この保証は、お客様に特定の法的権利を授与するものです。その他の保証は司法機関によって異なる場合があります。

**責任の限定。** WRQ 社及び代理店は、いかなる場合であっても、それが予見できたか否かにかかわらず、本件ソフトウェアの使用または使用不能や、技術サポートの提供または未提供によって生じたお客様の特別損害、偶発損害、間接損害もしくは結果損害 ( 例えば、人身損害、逸失利益、業務の中断等) について賠償する責任を負わないものとします。いかなる場合も、WRQ 社及び代理店のお客様に対する損害賠償責任は、お客様が実際に支払われた本件ソフトウェアまたは技術サポートの代金相当額をもってその上限といたします。司法管轄によっては、責任の除外または制限を認めない場合があり、この場合は上記制限は適用されません。

◇ WRQ

**Corporate Headquarters**
1500 Dexter Avenue North
Seattle, Washington 98109
TEL 206 217 7500
    800 872 2829
FAX 206 217 7515

**European Headquarters**
The Netherlands
TEL +31 70 375 1100
FAX +31 70 356 1244

**Asia Pacific Headquarters**
Singapore
TEL +65 6336 2122
FAX +65 6336 5233

WRQ.COM
EMAIL info@wrq.com

For regional office information, visit www.wrq.com.

Copyright © 2003 WRQ, Inc. All rights reserved. WRQ, the WRQ logo, and Reflection are trademarks of WRQ, Inc., registered in the USA and other countries. Other brand and product names are trademarks of their respective owners.

Copyright © 2003 WRQ, Inc. Alle Rechte vorbehalten. WRQ, das WRQ Firmenzeichen und Reflection sind Marken von WRQ, Inc., die in den USA und anderen Ländern eingetragen sind. Andere Warenzeichen und Produktnamen sind Marken der jeweiligen Inhaber.

Copyright © 2003 WRQ, Inc. Tous droits réservés. WRQ, Le Logo WRQ ET Reflection sont des marques déposées de WRQ, Inc., aux Etats-Unis d'amerique et dans d'autres pays, les autres noms de marque et de produit sont des marques de leurs propriétaires respectifs.

Copyright © 2003 WRQ, Inc. All rights reserved. WRQ、WRQ ロゴ、Reflection は、米国およびその他の国における WRQ 社の登録商標です。その他の名称および商標は、それぞれの所有者の商標です。

Printed in the USA. P/03 19-0014-0006

EXHIBIT B-5

# END USER LICENSE AGREEMENT FOR REFLECTION v.8.0 SOFTWARE

## IMPORTANT—READ CAREFULLY:

This WRQ End User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and WRQ, Inc. ("WRQ") for the enclosed WRQ software product, which includes computer software and associated documentation ("Software"). The Software also includes any updates and supplements to the original Software provided to you by WRQ. Any product provided along with the Software that is associated with a separate end-user license agreement is licensed to you under the terms of that license agreement. By installing, copying, downloading, accessing or otherwise using the Software, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, do not use or install the Software. If you have purchased the Software, promptly return the Software and all accompanying materials with proof of purchase to your place of purchase for a refund.

## SOFTWARE LICENSE

The Software is confidential and protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The Software is licensed, not sold.

1  **GRANT OF LICENSE.** This EULA grants you the following rights:

- You may install, use, access, display, run, or otherwise interact with ("Run") one copy of the Software on a single computer or workstation ("Computer"). You may also store or install a copy of the Software on a storage device, such as a network server(s), used only to allow your other Computers to Run the Software over an internal network. You must acquire and dedicate a license for each Computer on which the Software is Run. The primary user of the Computer on which the Software Runs may make a second copy for his or her exclusive use on a home or portable Computer.

- If you have acquired concurrent licenses for the Software, you may allow as many users to Run the Software at the same time as the number of concurrent licenses you have acquired, provided you (i) monitor, control, and (on WRQ's request) report on, concurrent usage both over a network and on individual computers; and (ii) have a valid WRQ certificate for your concurrent licenses.

2  **OTHER RIGHTS AND LIMITATIONS.**

- Limitations on Reverse Engineering, Decompilation, and Disassembly. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is permitted by applicable law.

- Rental. You may not rent, lease, sell, sublicense, or lend the Software.

- Separation of Components. The Software is licensed as a single product. Its component parts may not be separated for use on more than one Computer.

- Language Versions. If the media provided to you includes more than one language version of the same Software, you may Run any of the language versions of the Software, provided the total number of copies Run does not exceed the number of licenses you have acquired.

- DCOM95. You may only use copies of the DCOM95 component on computer(s) for which you have licensed Microsoft Windows operating system platforms.

- Transfer. You may not transfer or assign your rights or obligations under this EULA to any person or entity without the prior written consent of WRQ. However, if the Software is labeled "Single User", you may permanently transfer all of your rights under this EULA, as long as: (i) you retain no copies, (ii) you transfer all of the Software (including all accompanying materials, and all prior versions), and (iii) the recipient agrees to the terms of this EULA.

WWAD 3/2000 English; 6/2000 Frn/Ger; 7/2000 Japanese

- Technical Support. WRQ may provide you with technical support services related to the Software ("Technical Support") as described in other WRQ-provided materials. Any supplemental software code provided to you as part of the Technical Support shall be considered part of the Software and subject to the terms and conditions of this EULA. With respect to technical information you provide to WRQ as part of the Technical Support, WRQ may use such information for its business purposes, including for product support and development. WRQ will not utilize such technical information in a form that personally identifies you.

- Complimentary Software. If the Software is labeled "Complimentary" or "Comp", then, notwithstanding other sections of this EULA, your use of the Software is limited to use for demonstration, test, or evaluation purposes.

- Reservation of Rights. WRQ reserves all rights not expressly granted under this EULA.

**3   TERMINATION.** If you have received a Time-Limited Evaluation version of the Software, your license to such version of the Software will terminate on the earlier of sixty (60) days after you first Run the Time-Limited Evaluation version or the date the Time-Limited Evaluation version times out. If you violate any term of this EULA, WRQ may terminate this EULA without waiving any other rights. If your EULA is terminated, you must destroy all copies of the Software and, on request of WRQ, certify said destruction.

**4   SAFEGUARDS/AUDIT RIGHTS.** You agree to: (i) implement internal safeguards to prevent any unauthorized copying, distribution, or use of the Software; (ii) provide WRQ with written certification of the number of copies or concurrent usage of the Software on request, and (iii) to allow WRQ to audit your premises and systems for compliance with this EULA during regular business hours. WRQ will pay for the cost of the audit unless the audit shows a discrepancy which is five percent (5%) or more of the number of copies of the Software Run over the licenses you have acquired; in which event, you shall pay for the cost of the audit.

**5   UPGRADES.** You may only Run an upgrade to the Software if you have acquired a license for the Software. Software acquired as an upgrade replaces and/or supplements all prior versions. You may Run the resulting upgrade only in accordance with the terms and conditions of this EULA. Upgrades of the Software, if obtained, must be obtained for the total of all authorized copies or concurrent users.

**6   COPYRIGHT.** WRQ and its suppliers retain all ownership of the Software and all copies thereof. Except as expressly provided in this EULA, you may not make copies of the Software or the printed materials accompanying the Software. You may make one copy of electronic documentation accompanying the Software for each license you have acquired for the Software. You must include all applicable copyright notices and other proprietary rights legends that come with the Software if you make copies.

**7   BACKUP COPY.** You may keep the original media on which the Software was provided by WRQ solely for backup or archival purposes. If the original media is required to use the Software on the Computer, you may make one copy of the Software solely for backup or archival purposes.

**8   EXPORT.** You agree that you will not export or re-export the Software, any part thereof, or any process or service that is the direct product of the Software (the foregoing collectively referred to as the "Restricted Components"), to any country, person or entity subject to U.S. export restrictions. You specifically agree not to export or re-export any of the Restricted Components (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to Cuba, Iran, Iraq, Libya, North Korea, Sudan and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the Restricted Components back to such country; (ii) to any person or entity who you know or have reason to know will utilize the Restricted Components in the design, development or production of nuclear, chemical or biological weapons; or (iii) to any person or entity who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. Government. You warrant and represent that neither the Bureau of Export Administration of the U.S. Commerce Department nor any other U.S. federal agency has suspended, revoked or denied your export privileges.

**9   U.S. GOVERNMENT RESTRICTED RIGHTS.** Software and documentation delivered to civilian agencies of the U.S. Government pursuant to solicitations dated prior to December 1, 1995, and Software and documentation delivered to the Department of Defense of the U.S. Government pursuant to solicitations dated prior to September 29, 1995, are provided with RESTRICTED RIGHTS: use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph FAR 52.227-14(g)(Jun. 1987) or subparagraph DFAR 252.227-7013 (c)(1)(ii)(Oct. 1988). All Software and documentation delivered to civilian

WWAD 3/2000 English; 6/2000 Frn/Ger; 7/2000 Japanese

agencies or the Department of the Defense of the U.S. Government pursuant to solicitations issued after the dates specified above, are delivered with commercial licensing rights as set forth in this EULA only.

10 **GOVERNING LAW AND ATTORNEYS' FEES.** This EULA is governed by the laws of the State of Washington, USA, excluding its conflict of laws rules, and specifically excludes the United Nations Convention on Contracts for the International Sale of Goods. If you acquired this Software in a country outside of the United States, that country's laws may apply. In any action or suit to enforce any right or remedy under this EULA or to interpret any provision of this EULA, the prevailing party will be entitled to recover its costs, including reasonable attorneys' fees.

11 **ENTIRE AGREEMENT.** This EULA constitutes the entire agreement between you and WRQ with respect to the Software, and replaces all other agreements or representations, whether written or oral. The terms of this EULA cannot be modified by any terms in any printed forms used by the parties in performing the EULA, and can only be modified by express written consent of both parties. If any part of this EULA is held to be unenforceable as written, it will be enforced to the maximum extent allowed by applicable law. and will not affect the enforceability of any other part. The original of this EULA is in English. If it is translated into another language, the English language version shall prevail.

Should you have any questions concerning this EULA. or if you desire to contact WRQ for any reason, please contact the WRQ representative serving your company, or write: WRQ, Inc.. 1500 Dexter Avenue North, Seattle, WA 98109 USA.

---

**THE FOLLOWING LIMITED WARRANTY ON THE SOFTWARE IS INCORPORATED INTO THIS EULA BY REFERENCE.**

---

**LIMITED WARRANTY**

LIMITED WARRANTY. For a period of ninety (90) days from the date you receive the Software or from the date of performance of Technical Support by WRQ. WRQ warrants that (a) the unmodified Software will perform substantially in accordance with the accompanying written materials when used as directed. (b) WRQ media will be free of defects. and (c) such Technical Support will be performed in a manner consistent with generally accepted industry standards. Any implied warranties are limited to the 90 day period. This Limited Warranty is void if failure of the Software has resulted from modification. accident. abuse. or misapplication. Some jurisdictions do not allow limitations on duration of an implied warranty. so the above limitation may not apply to you.

YOUR EXCLUSIVE REMEDY. WRQ's and its suppliers' entire liability and your exclusive remedy arising from a breach of the Limited Warranty is. at WRQ's option. either repair or replacement of the nonconforming Software or reperformance of the nonconforming Technical Support. or return of the price you paid for the nonconforming Software or Technical Support. You must return all nonconforming Software to WRQ with your proof of purchase to be entitled to this remedy. Any replacement Software or Technical Support will be warranted for the remainder of the original warranty period or thirty (30) days. whichever is longer. Outside the United States. neither these remedies nor any product support services offered by WRQ are available without proof of your purchase from an authorized international source.

NO OTHER WARRANTIES. TO THE FULL EXTENT PERMITTED BY LAW. WRQ AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES. WHETHER ORAL OR WRITTEN. EXPRESS OR IMPLIED. INCLUDING. BUT NOT LIMITED TO. IMPLIED WARRANTIES OF MERCHANTABILITY. FITNESS FOR A PARTICULAR PURPOSE. TITLE. AND NON-INFRINGEMENT. WITH REGARD TO THE SOFTWARE AND THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHERS. WHICH VARY FROM JURISDICTION TO JURISDICTION.

LIMITATION OF LIABILITY. WRQ AND ITS SUPPLIERS WILL NOT BE LIABLE FOR ANY SPECIAL. INCIDENTAL. INDIRECT. OR CONSEQUENTIAL DAMAGES (INCLUDING. WITHOUT LIMITATION. DAMAGES FOR PERSONAL INJURY. LOSS OF BUSINESS PROFITS. BUSINESS INTERRUPTION. LOSS OF BUSINESS OR CONFIDENTIAL INFORMATION. LOSS OF PRIVACY. OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THIS SOFTWARE OR THE PROVISION OF OR FAILURE TO PROVIDE TECHNICAL SUPPORT. EVEN IF WRQ OR ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE. THE ENTIRE LIABILITY OF WRQ AND ITS SUPPLIERS UNDER THIS AGREEMENT AND LIMITED WARRANTY SHALL BE

WWAD 3/2000 English: 6/2000 Frn/Ger; 7/2000 Japanese

LIMITED TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR TECHNICAL SUPPORT THAT CAUSES THE DAMAGE. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

©2000 WRQ, Inc. All rights reserved. WRQ, the WRQ logo, and Reflection are trademarks of WRQ, Inc., registered in the USA and other countries. Other brand and product names are trademarks of their respective owners.

12/99 19-0044-0003

WWAD 3/2000 English; 6/2000 Frn/Ger; 7/2000 Japanese